**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **CHELSEA L. DAVIS** | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | **No. ______________** |
| **SUPREME COURT OF TEXAS** | § | |
| | § | |

---

**EMERGENCY PETITION**

I, Chelsea L. Davis ("Chelsea Davis"), State Bar No. 24059652, hereby file this, my EMERGENCY PETITION FOR WRIT OF MANDAMUS TO COMPEL THE SUPREME COURT OF TEXAS TO PROCESS MY RESIGNATION OF MY ADMISSION TO THE STATE BAR OF TEXAS against the Supreme Court of Texas.

I do not resign any other license to practice law issued by any state or any court or other entity. I will remain a licensed U.S. Patent Attorney, licensed to practice patent and trademark law before the United States Patent and Trademark Office from any location, in all fifty states, including Texas, without restraint.

I am a member in good standing in the State of Texas, and I am being forced to resign under duress in violation of my Constitutional rights. I introduce the facts in support in my attached affidavits, exhibits and documents for the limited purpose of obtaining the relief requested herein of a writ of mandamus and refund of costs, expenses, attorney fees and other relief from the Supreme Court of Texas to protect my Constitutional rights without waiving my right to sue others under the same facts.

I pray that the Supreme Court of Texas accept my resignation of my admission to the State Bar of Texas.

**DECLARATORY JUDGMENT OF NO LIABILITY FOR CHILD SUPPORT**

I was arrested for failure to pay child support even though I am not married and do not have any children in unlawful retaliation against me for attempting to file suit. I was forced to pay $2500 into the registry of a court. I seek declaratory judgment that there is no child support order, I do not owe any child support, the court lacked authority and jurisdiction to issue an order of capias for my arrest and to purport to compel me to appear before it, and I have not been charged with any crime or any contempt of any court order.

**ATTORNEY FEES**

As a result of the wrongful conduct of the Supreme Court of Texas, I, Chelsea L. Davis, TX Bar No. 24059652, have been required to work as the undersigned attorney to attempt to file and prosecute a lawsuit. I, Chelsea Davis, am entitled to recover attorney fees in an amount of $515,000.

**PRAYER**

I, Chelsea Davis, pray that: the Supreme Court of Texas be cited to appear in person, to give testimony and to produce documents, and to specifically answer this petition individually, judgment be entered for Chelsea Davis against the Supreme Court of Texas for an award of monetary damages, actual, punitive, and exemplary damages, etc., for liability, Chelsea Davis be awarded judgment in a monetary amount of damages sufficient to punish the Supreme Court of Texas for its wrongful conduct up to $1,000,000 and over $1,000,000, Chelsea Davis be awarded pre-judgment interest at the maximum rate allowable by law, Chelsea Davis be awarded a

judgment for reasonable attorney fees, Chelsea Davis be awarded a judgment for all costs of court incurred by Chelsea Davis, including clerk fees and service fees, court reporter fees, and other costs permitted by law, Chelsea Davis be granted judgment for post-judgment interest until the total amount of judgment is paid, and Chelsea Davis demands judgment for all the other relief to which Chelsea Davis deems herself entitled.

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

I move for leave to proceed in forma pauperis because I qualify as indigent under the rules of this Court. Further, I do not owe any fees or court costs for any disciplinary or disability matters.

**APPLICATION FOR WRIT TO COMPEL RELEASE TO ME OF MY CERTIFIED DISCIPLINARY HISTORY**

I move for a writ to compel the Supreme Court of Texas to release to me my certified disciplinary history, which shows that there has never been any finding of just cause to discipline me and there are no pending disciplinary actions against me. I have vested property rights and interests in my law licenses and my eight years of experience as a practicing attorney. The Supreme Court of Texas is obligated to release to me (and to no one else) my file in its entirety.

**CERTIFICATE OF ATTORNEY**

I certify that all facts alleged herein are true and correct.

Dated: Feb. 4, 2014

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*

Feb. 4, 2014

Respectfully,

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*
State Bar No. 24059652

Mailing Address:
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

**CERTIFICATE OF SERVICE**

Pursuant to Tex. R. Civ. P. 21, this is to certify that a true and correct copy of this instrument is being filed electronically and sent concurrently to counsel of "record" by electronic filing service provider as permitted by Tex. R. Civ. P. 21a; or, on this day, I electronically submitted the foregoing document with the clerk of court. I hereby certify that I have served all counsel and/or pro se parties of record electronically by email or, as pro-se, on the date it is electronically docketed in the Court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules for the United States District Court for the Eastern District of Texas.

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*