**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**Chelsea L. Davis**

**v.**

**Chelsea L. Davis, Leslie D. Ware, and Samuel F. Baxter**

**NO. 4:15-cv-82, 4:14-cv-754,**
**2:14-cv-1065, 4:13-cv-514**

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**Chelsea L. Davis**

**v.**

**Chelsea L. Davis, Leslie D. Ware, and Samuel F. Baxter**

**NO. 3:15-cv-437, 3:13-CV-4926,**
**3:13-CV-4973, 3:14-CV-0056,**
**3:14-CV-1963, 3:14-CV-1964,**
**3:14-CV-3962, 3:14-CV-3975,**
**3:14-CV-4190, 3:14-CV-3963,**
**3:14-CV-4215, 3:15-CV-437,**
**3:15-CV-488, 3:15-CV-493, 3:15-CV-495,**
**3:15-CV-515, 3:15-CV-524, 3:15-CV-531**

---

**AMENDED NOTICE OF PRINCIPAL OFFICE ADDRESS**

Texas Patent Global Investments LLC and our registered agent office address is at 2101 Cedar Springs Rd., Ste. 1900, Dallas, TX 75201. We receive all mail at 25 Highland Park Vlg., Ste. 100-830, Dallas, TX 75205. However, we live and work from home and other places in Dallas, Texas, Plano, Texas, McKinney, Texas, and Marshall, Texas, as Leslie Ware and Samuel Baxter instruct as they are my traffickers, likely a common employer, as attorneys.

Dated: Feb. 20, 2015

Respectfully,

/s/Chelsea L. Davis
Chelsea L. Davis
**Texas Patent Global Investments LLC or Chelsea Davis P.C.**
**FORCED BY The Film Group LLC WITHOUT MY CONSENT**
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
**cdavis@chelseadavispc.com**
**usdocket@lawofficeofchelseadavis.com**
**cell@curesuicide.com**
**texaspatent@gmail.com**

**LEAD COUNSEL ATTORNEY TO BE NOTICED 1.** Samuel F. Baxter
Texas Bar No. 01938000
McKool Smith P.C.
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
104 East Houston Street, Suite 300
Marshall, TX 75670
Tel. 214-415-3393, 903-923-9000, 469-426-5850
Fax. 469-533-0466, 972-803-3576
sbaxter@mckoolsmith.com
sbaxter@lawofficeofchelseadavis.com
sbaxter@chelseadavispc.com
sbaxter@curesuicide.com

**LEAD COUNSEL ATTORNEY TO BE NOTICED 2.** Leslie D. Ware
Texas Bar No. 00785179
**The Film Group LLC**, DBA "The Ware Firm"
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
1700 Redbud Boulevard, Suite 300
McKinney, TX 75069
104 E Houston Street, Suite 100
Marshall, Texas 75670
2101 Cedar Springs, Suite 1900
Dallas, Texas 75201
7161 Bishop Road, Suite 200
Plano, TX 75034

4208 Armstrong Pkwy.
Dallas, TX 75205
2700 Preston Rd.
Dallas, TX 75205
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
**Tel:** 214-744-5001, 214-762-2544, 214-500-6074, 214-926-2101, 214-663-9856, 214-705-1847, 214-520-6622, 214-559-3940, 214-240-7913, 903-826-2194, 214-744-5001, 214-544-4000, 469-426-5850, ETC.
**Fax:** 214.373.9959, 903-923-9555, 214.774.1212, 214-939-2090, 469.320.6878, 214-939-2091, 214-661-4659, 214.999.7713, 214.741.4717, 817-332-4476, (214) 204-9134, 972.404.0516, 972-803-3576, 469-533-0466, 214-544-4040, ETC.
**Email Addresses and Aliases:** lware@curesuicide.com, lware@thewarefirm.com, lware@panoptisip.com, lware@lawofficeofchelseadavis.com, usdocket@lawofficeofchelseadavis.com, lstevens@lstevenslaw.com, lmccathern@mccathernlaw.com, jmckey@kendalllawgroup.com, vgriffith@velaw.com, trevor.jefferies@aporter.com, DMinter@foxrothschild.com, don.colleluori@figdav.com, erin.dwyer@figdav.com, blidji@ldhlaw.com, abain@gbfamilylaw.com, kstone@grayreed.com, jthallesq@gmail.com, rmiller@miller-brown.com, lfriedman@fflawoffice.com, bwilliams@gibsondunn.com, rwells@abernathy-law.com, cherring@herring-irwin.com, lfpara@fflawoffice.com, kurt.pankratz@bakerbotts.com, texaspatent@gmail.com, george.lamb@bakerbotts.com, rod.phelan@bakerbotts.com, hcrow@crowholdings.com, dreamymentor@gmail.com, sbaxter@mckoolsmithpc.com,

## CERTIFICATE OF SERVICE

I do not consent to being filmed, recorded or followed by any means. I do not consent to distribution. I never consented.

Dated: Feb. 20, 2015

/s/Chelsea L. Davis
Chelsea L. Davis