**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**Chelsea L. Davis**
**v.**
**Chelsea L. Davis, Leslie D. Ware, and Samuel F. Baxter**

**NO. 4:15-cv-82, 4:14-cv-754,**
**2:14-cv-1065, 4:13-cv-514**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**Chelsea L. Davis**
**v.**
**Chelsea L. Davis, Leslie D. Ware, and Samuel F. Baxter**

**NO. 3:15-cv-437, 3:13-CV-4926,**
**3:13-CV-4973, 3:14-CV-0056,**
**3:14-CV-1963, 3:14-CV-1964,**
**3:14-CV-3962, 3:14-CV-3975,**
**3:14-CV-4190, 3:14-CV-3963,**
**3:14-CV-4215, 3:15-CV-437,**
**3:15-CV-488, 3:15-CV-493, 3:15-CV-495,**
**3:15-CV-515, 3:15-CV-524, 3:15-CV-531**

## AMENDED NOTICE OF ADDRESS AND DEMAND

THIS IS RIDICULOUS. What's mine is mine, and Leslie Ware promised ***me*** the $6,000,000 and I performed for the money, and I am entitled to all of the money because I am the only person who worked for it and was harmed by the work. My physical address is 2068 Meadow View Dr., Princeton, TX 75407, and that is where I live. Give me my money back you creeps.

Dated: Feb. 20, 2015

Respectfully,

/s/Chelsea L. Davis
Chelsea L. Davis
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
**cdavis@chelseadavispc.com**