UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
and Eastern District of Texas, etc.

Leslie D. Ware
(Plaintiff)

vs

Case No. ____________________

Leslie D. Ware et al
(Defendant)

AMENDED AFFIDAVIT IN SUPPORT

Attached hereto is an affidavit in support

Respectfully submitted,

s/ Chelsea L. Davis

Address 25 Highland Park Vlg., Ste. 100-830

Dallas, TX 75205

cdavis@chelseadavispc.com

Phone 469-426-5850

Facsimile 469-533-0466

Date 2/5/2015

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it. Do not leave any blanks. If the answer to a question is "0", "none", or "not applicable (NA)", write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed? YES x NO ____

(a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

$ 100,000.00 per month

Employer McKool Smith P.C. , State Bar of Texas, The Ware Firm LLC

(b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

$________ per month

Employer ________

2. Is your spouse presently employed? YES X NO ____

If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

$ 1,000,000 per month

Employer State Bar of Texas, The Ware Firm LLC

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

(a) Business, profession, or form of self-employment? YES X NO ______

(b) Rent payment, interest or dividends? YES X NO ______

(c) Pensions, annuities, or life insurance payment? YES X NO ______

(d) Gifts or inheritances? YES ______ NO X

(e) Any other sources? YES ______ NO X

If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

$10,000,000

$6,000,000

4. How much cash do you and your spouse have? $______________________.

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

Bank of America and all other banks. $100,000,000

6. List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

Home Address Several homes, ranches, apartments, etc.

Value of Home $25,000,000

Motor Vehicle #1 Make, Year, Model 2015 Lamborghini Aventador

Value of Motor Vehicle #1 $450,000

Motor Vehicle #2 Make, Year, Model 2014 Bugatti Veyron

Value of Motor Vehicle #2 $1,914,000

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
YES X NO ______

If the answer is "YES", describe the property and state its approximate value.

$100,000,000

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Sadie, Tiffany and Caroline - $1,500,000/year

Chelsea L. Davis - $10,000,000/year

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
YES ______ NO ______

If yes, describe below or on an attached sheet.

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.

Rent or home-mortgage payment $130,600

Utilities (electricity, heating fuel, water, sewer, and phone) $60,000

Home maintenance (repairs and upkeep) $100,000

Food $60,000

Clothing $100,000

Laundry and dry-cleaning $50,000

Medical and dental expenses $1,000,000

Transportation (not including motor vehicle payments) $500,000

Recreation, entertainment, newspapers, magazines, etc. $100,000

Insurance (not deducted from wages or include in mortgage payments)

Homeowner's or renter's insurance $1,000,000

Life insurance $1,000,000

Health insurance $330,000

Motor vehicle insurance $2000

Other insurance $1,000,000

Taxes (not deducted from wages or included in mortgage payments) $250,000,000

Installment payments

Motor vehicle $1,000,000

Credit card $1,000,000

Department store credit card $1,000,000

Other installment payments $1,000,000

Alimony, maintenance and support paid to others $10,000,000

Regular expenses for operation of business, profession, or farm (attach a detailed statement) $1,000,000

Other expenses $10,000,000

/s/Chelsea L. Davis

Signature