IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **CHELSEA L. DAVIS** | § | |
| **Plaintiff** | § | |
| **v.** | § | **CASE No.: 4:15-CV-82** |
| **SUPREME COURT OF TEXAS** | § | |
| **Defendant.** | § | |

## ORDER OF TRANSFER

The issues in Case Nos. 4:13-cv-514; *Chelsea L. Davis, et al v. Samuel F. Baxter* and 4:15-cv-144, *Chelsea Davis v. Amy Abboud Ware, et al,* before Honorable Amos Mazzant appear to be related to this case.

Pursuant to Local Rule CV-63, it is, therefore, **ORDERED** that this case be reassigned and transferred to the docket of the Honorable Amos Mazzant.

**So ordered and signed on**

**Mar 19, 2015**

Ron Clark, United States District Judge