**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **CHELSEA L. DAVIS** | § | |
| | § | |
| **V.** | § | **No. 4:15CV82** |
| | § | |
| **SUPREME COURT OF TEXAS** | § | |

---

**REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

---

The above-referenced cause of action was referred to the undersigned for pretrial purposes in accordance with 28 U.S.C. § 636. On February 17, 2015, the Court denied *pro se* Plaintiff's motion to proceed in forma pauperis, noting the information supplied through Plaintiff's form motion shows she currently is self-employed, having received $2,000 for legal services and about $6,000 in gifts from friends and family in the past twelve months. The Court further noted Plaintiff did not provide an answer as to the date of last employment or the amount of the gross salary and wages per month she received.

Finally, the Court outlined Plaintiff's extensive litigation history, noting Plaintiff had recently been able to pay the full filing fee required by this Court. Considering Plaintiff's litigation history as well as the information supplied in Plaintiff's motion, the Court ordered Plaintiff to pay the $400.00 filing fee for this action within thirty days. Plaintiff was advised that failure to pay the filing fee as ordered might lead to a recommendation that this lawsuit be dismissed, with or without prejudice, for failure to prosecute or to obey any Order of the Court. FED. R. CIV. P. 41(b).

As of the date of this Report and Recommendation, Plaintiff has not paid the filing fee as ordered by the Court. Considering Plaintiff's extensive litigation history and further considering

Chief Judge Clark recently instructed the Clerk of the Court not to accept any additional filings by Plaintiff in Cause No. 4:13cv514 without express leave of court, it is

**RECOMMENDED** that Plaintiff's above-entitled and numbered cause of action be dismissed without prejudice.

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the magistrate judge. 28 U.S.C.A. 636(b)(1)(C).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days after service shall bar an aggrieved party from *de novo* review by the district court of the proposed findings and recommendations and from appellate review of factual findings accepted or adopted by the district court except on grounds of plain error or manifest injustice. *Thomas v. Arn*, 474 U.S. 140, 148 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir.1988).

**SIGNED this 20th day of March, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE