# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **CHELSEA L. DAVIS** | § | |
| | § | |
| V. | § | **CASE NO. 4:15CV82** |
| | § | |
| **SUPREME COURT OF TEXAS** | § | |

## FINAL JUDGMENT

This action came on before the Court, Honorable Amos L. Mazzant, District Judge, presiding, and the Court having entered an Order Adopting Report and Recommendation of the United States Magistrate Judge, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**SIGNED this 24th day of April, 2015.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE