**BEFORE THE BOARD OF DISCIPLINARY APPEALS**
**OR DISTRICT DISABILITY COMMITTEE OR UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, OR OTHER, IF AT ALL**

Chelsea L. Davis (Texas Bar No. 24059652)

v.

McKool Smith P.C., State Bar of Texas, Leslie D. Ware, Harlan R. Crow, and Samuel F. Baxter

"CASE" No. 54202
Docket No. ______________

**CHELSEA L. DAVIS'S SPECIAL AND/OR NON-APPEARANCE PETITION FOR WRIT OF MANDAMUS; NOTICE OF APPEAL; VERIFIED DENIAL; AND NOTICE OF CHELSEA L. DAVIS'S REQUEST FOR OFFICIAL REPORTER'S RECORD, IF ANY, WITH DESIGNATIONS**

I, Chelsea L. Davis (hereinafter referred to as "Chelsea", "Chelsea Davis" or in the first person), hereby submit this, "PETITION FOR WRIT OF MANDAMUS; NOTICE OF APPEAL; VERIFIED DENIAL; and CHELSEA L. DAVIS'S SPECIAL AND/OR NON-APPEARANCE NOTICE OF CHELSEA L. DAVIS'S REQUEST FOR OFFICIAL REPORTER'S RECORD, IF ANY, WITH DESIGNATIONS".

I file this as a special/non-appearance because of my attached plea to the jurisdiction incorporated herein by reference, which may be attached at any time, which contests the subject matter jurisdiction of the State Bar of Texas to discipline me because it has grossly failed to follow the rules, specific rules are unconstitutional, and it is unfair for the State Bar to order a stay on the merits on one hand and then discipline me because a "case" on which the merits are stayed is frivolous. It is not my fault that the State Bar of Texas refuses to both hear and file a Complaint on the merits and is instead disciplining me for what appears to be frivolous without the merits. It is not my fault that the chair of the District Six Grievance Committee is on crack,

literally partying with former judge Carlos R. Cortez and celebrating raping me with Lawrence Friedman. It is not my fault that I was put under duress to plead no contest to a DWI when there is no evidence to support any criminal charge against me. It is not my fault that I was arrested without cause for failure to pay child support even though I do not have a child and there is no child support order. But how can I resolve anything when there is a stay on the merits for all purposes in the Northern and Eastern Districts of Texas that the district court or State Bar of Texas refuses to lift just to torment and harass me. By failing to follow the rules, the Commission for Lawyer Discipline loses subject matter jurisdiction and any reprimand is void.

I hereby file and incorporate by reference herein this and my attached petition for writ of mandamus (to be attached at any time) to compel the United States District Courts for the Northern and Eastern Districts of Texas to reverse their denial of my motions to proceed in forma pauperis, especially in light of the fact that there are no filing fees associated with grievance matters and I satisfy the standard of sufficient indigence to proceed in forma pauperis because my common employer is forcing me to work and failing to pay me any wages.

I hereby file and incorporate by reference herein this and my attached petition for writ of mandamus (to be attached at any time) to compel the United States District Courts for the Northern and Eastern Districts of Texas to label their reprimand (including incorporated "findings") as such and reverse it because I was denied meaningful notice and a meaningful opportunity to be heard. In fact, I still have not had a single evidentiary hearing. I requested disclosure of the persons voting for and against a finding of just cause to discipline me to which the Chief Disciplinary Counsel is required to respond with full disclosure, but such information was never disclosed to me. By failing to follow the rules, the State Bar of Texas, Commission

for Lawyer Discipline, District Six Grievance Committee, Board of Disciplinary Appeals and Chief Disciplinary Counsel lose subject matter jurisdiction and any reprimand against me is void.

I hereby file and incorporate by reference herein this and my attached petition for writ of mandamus (to be attached at any time) to compel the United States District Courts for the Northern and Eastern Districts of Texas to reverse their orders of transfer and consolidation and issue an order of severance severing civil from criminal from disciplinary from disability matters so that I know what, if anything, is pending against me and in which forum, confirming that each case I attempted to file dissolved into a matter in which a forum lacked subject matter jurisdiction or otherwise, which must be abated in favor of a later filed action, because I am entitled to and demand a jury trial in a neutral federal United States District Court in which a neutral judge having authority presides. It is absurd to have standing notices of removal from state courts in Dallas and Collin counties and standing "orders" of transfer and consolidation from one judicial forum to another such that all state and federal forums in the Northern and Eastern Districts of Texas are without authority to act on the merits of certain matters more than thirty days after the "order" of transfer signed by Emily Tobolowsky on Nov. 26, 2013, who has since recused herself.

I hereby file this notice of appeal to appeal both the final reprimand, if any, signed by Amos Mazzant or David C. Godbey, incorporating by reference my attached objections to be attached at any time, and my notice of appeal to appeal any underlying "findings" of fact and "conclusions" of law on which the reprimands are based in light of the fact that I was denied meaningful notice and a meaningful opportunity to be heard. However, both reprimands are void because each was signed more than thirty days after the the "order" of transfer signed by Emily

Tobolowsky on Nov. 26, 2013 and after additional “orders” of transfer.

Further, I file this petition for writ of mandamus and motion for anti-suit injunction with respect to matters involving McKool Smith P.C., State Bar of Texas, Leslie D. Ware, Harlan R. Crow, Samuel F. Baxter and the State of Texas to obtain a stay pending decision on the issue of abatement in the United States District Courts for the Northern and Eastern Districts of Texas and a preliminary anti-suit injunction against state courts in Dallas, Collin and Travis Counties and the sheriffs offices in each of those counties to prevent me from being arrested for harassment of the State Bar of Texas because there is no evidence in support of such allegation and I am entitled to immunity with respect to my communications filed with the clerk Gayle Vickers of the Board of Disciplinary Appeals and/or District Disability Committee and Susan Farris which I was prompted to make.

I hereby makes this special and/or non-appearance written request to the official reporter for the reporter’s record, designating the portion of the “evidence” (of which there is none against me) and of other proceedings (of which there can be none against me) to be included, which cannot be included in light of the preliminary anti-suit injunction against state courts in Dallas, Collin and Travis Counties and this unopposed motion to stay disciplinary and disability “matters” until the stay on the merits is lifted.

Designation is made of the following “items” for inclusion in the Reporter’s “record,” even though there is no reporter or any record, and a copy of this request, according at least to BODA IPR Rule 4.03, has been “filed” with the evidentiary panel (although I don’t know what that is unless that is Caroline Craven, Amos Mazzant and David Godbey, to which I object, or otherwise, for failure to follow the rules, provide meaningful notice and a meaningful

opportunity to be heard, and BODA and has been served on the "appellee." The reporter's "record" shall be or cannot be certified by the official court reporter because there isn't one. The Commission for Lawyer Discipline or Chief Disciplinary Counsel or other, not including myself, is responsible for paying the fees if there are any fees.

Any state-court dismissal did not extinguish the case or controversy. So long as there exist issues to be resolved at some level of judicial review, there exists a case or controversy and a basis for federal jurisdiction. *Nieto v. Univ. of New Mexico*, 727 F. Supp. 2d 1176, 1179 (D.N.M. 2010). Did the court deny McKool Smith P.C.'s motion to remand to allow the procedural issue to be reviewed by the state district court in accord with its own procedural requirements? Why didn't the court file a final judgment ten days from the entry of its order? I attempted to "file" an appropriate motion to deal with the state courts/judicial forum's "orders," if any, which are void or yet to be issued or otherwise. *See Chelsea L. Davis v. McKool Smith P.C. et al,* 1:15-cv-341 (D.Del. filed April 29, 2015).

**DESIGNATED MATTERS**

1. *LDW v. CLD,* No. DC-13-01240, 162nd Judicial District Court, Dallas County, Texas (opened Jan. 31, 2013)
2. *LDW v. CLD,* No. DF-13-01647, 303rd Judicial District Court, Dallas County, Texas (opened Jan. 31, 2013)
3. *Chelsea L. Davis et al v. Leslie D. Ware et al,* No. DF-13-19281, 254th Judicial District Court, Dallas County, Texas (opened Oct. 16, 2013)
    a. 2014-BK-16195 Booked Oct. 17, 2014, Released Oct. 17, 2014
        i. 201416251 Cash Bond Contempt of Child Support Order Posted $2500
4. *Chelsea L. Davis, et al v. Samuel F. Baxter, et al,* Nos. 199-03395-2013, 429-04385-2013, 429-03449-2013, 429-03552-2014, 429-04272-2014, 199th/429th Jud. Dist. Ct., Collin County, Texas (opened Aug. 27, 2013)
    a. *Chelsea L. Davis v. Samuel F. Baxter,* No. 4:13-cv-00514-RC-ALM, Eastern District of Texas, (removed from Collin County, Texas Sept. 9, 2013) TRANSFERRED???, Jan. 9, 2014, Remanded to wrong Court/body on 2/11/2014???

5. *Chelsea L. Davis, et al v. Leslie D. Ware, et al,* Nos. 429-04385-2013 and 429-03449-2013, 429th Jud. Dist. Ct., Collin County, Texas (opened Dec. 2, 2013)
6. *State of Texas v. Chelsea L. Davis*, F-13-61468, Dallas County, Texas.
    a. 2013-BK-16431 Booked Oct. 22, 2013, Released Oct. 23, 2013
        i. 201316635 Bond $15,000, posted Oct. 22, 2013, discharged Dec. 20, 2013
    b. 2013-BK-18644 Booked Dec. 3, 2013, Released Dec. 3, 2013
        i. 201318857 Bond $100,000, posted Dec. 3, 2013, discharged Jan. 13, 2014
7. *State of Texas v. Chelsea L. Davis*, 01-JM-13-4225, Collin County, Texas (Oct. 23, 2013), Precinct 1, Disposed.
8. *State of Texas v. Chelsea L. Davis*, ML1400489, Dallas County, Texas.
9. *State of Texas v. Chelsea L. Davis*, MB1359386, Dallas County, Texas.
10. *Chelsea L. Davis et al v. McKool Smith P.C. and Samuel F. Baxter,* Nos. DC-13-12834, DC-13-14215, 298th Judicial District Court, Dallas County, Texas (opened Oct. 28, 2013)
    a. Chelsea Davis attempted REMOVAL FROM FAMILY COURT TO U.S. DIST. CT FOR THE NORTHERN DISTRICT OF TEXAS, No. 3:13-cv-4926-RC-ALM, 3:14-cv-1963, followed by transfer/consolidation/remand???
11. *Chelsea L. Davis v. Harlan R. Crow et al,* Nos. DC-13-14479, DF-13-23109, 68th/254th Judicial District Court (opened Dec. 10, 2013)
    a. Chelsea Davis attempted REMOVAL FROM FAMILY COURT TO U.S. DIST. CT FOR THE NORTHERN DISTRICT OF TEXAS, 3:14-cv-1964, followed by transfer/consolidation/remand???
    b. Harlan Crow attempted transfer to Collin County, Texas.
12. *Chelsea L. Davis v. Leslie D. Ware*, No. DC-14-11682, 134th Judicial District Court, Dallas County, Texas (opened Oct. 6, 2014)
13. *Chelsea L. Davis v. Leslie D. Ware*, *et al,* No. 429-03552-2014, 429th Judicial District Court, Dallas County, Texas
14. *Chelsea L. Davis v. Amy Abboud Ware and Leslie D. Ware,* No. 429-04272-2014, 366th Judicial District Court, Collin County, Texas (opened Oct. 27, 2014)
15. *Chelsea L. Davis v. John Does 1-10,* No. DC-14-11997, 298th Judicial District Court, Dallas County, Texas
16. *Chelsea L. Davis v. McKool Smith P.C. et al,* Nos. 3:13-cv-4926-N, 3:14-cv-0056-B, 3:14-cv-0056-N, 3:14-cv-3962, 3:14-cv-3975-M, Northern District of Texas
17. *Chelsea L. Davis v. Leslie D. Ware,*3:15-cv-495 (N.D.Tex. opened Feb. 11, 2015)
18. ...

**DESIGNATED APPELLATE MATTERS, INCLUDING NOTICES OF APPEAL, IF ANY, TRANSFERRED OR OTHERWISE**

1. 05-13-01744-CV, Fifth District Court of Appeals, Dallas, TX

2. 05-13-01747-CV, Fifth District Court of Appeals, Dallas, TX
3. 05-13-01748-CV, Fifth District Court of Appeals, Dallas, TX
4. 05-14-00090-CV, Fifth District Court of Appeals, Dallas, TX
5. 05-14-00095-CV, Fifth District Court of Appeals, Dallas, TX
6. 05-14-00841-CV, Fifth District Court of Appeals, Dallas, TX
7. 05-14-00846-CV, Fifth District Court of Appeals, Dallas, TX
8. 05-14-01034-CV, Fifth District Court of Appeals, Dallas, TX
9. 05-14-01036-CV, Fifth District Court of Appeals, Dallas, TX
10. 05-14-01105-CV, Fifth District Court of Appeals, Dallas, TX
11. 14-11286, 15-10069, United States Court of Appeals for the Fifth Circuit

**DESIGNATED GRIEVANCES TO COMMISSION FOR LAWYER DISCIPLINE**

1. Grievances to Chief Disciplinary Counsel, 201305119 and 201400133, filed by Thomas A. Graves of McKool Smith P.C. and GECESP Associates LLC against Chelsea L. Davis (opened Aug. 28, 2013)

**DESIGNATED COMPLAINTS/PETITIONS AGAINST CHELSEA L. DAVIS FILED BY STATE OF TEXAS OR CHIEF DISCIPLINARY COUNSEL**

-ALL-

-NONE APPEAR TO EXIST-

*See Chief Disciplinary Counsel's Report of Disability/Davis,* from Linda Acevedo to Christine McKeeman, sent by email from Gayle Vickers to Chelsea Davis on or about April 26, 2015

**DESIGNATED BODA MATTERS**

1. 54202 (pending?)
2. 55408 (dismissed?)

**DESIGNATED BODA APPEALS**

-???-

**DOCUMENT DESIGNATIONS**

I hereby deny the accuracy of the document descriptions provided in the designations below.

*LDW v. CLD*, DC-13-01240, Dallas County Judicial District Court, opened Jan. 31, 2013, ALL - 50 DOCUMENTS

1. 06/10/2013 NON-SUIT/DISMISSAL BY PLAINTIFF / PETITIONER
2. 01/31/2013 ORIGINAL PETITION (OCA)
3. 01/31/2013 ISSUE CITATION

4. 01/31/2013 FILING COVER SHEET
5. 01/31/2013 ORDER - TEMPORARY RESTRAINING ORDER
6. 02/04/2013 ORIGINAL ANSWER - GENERAL DENIAL
7. 02/05/2013 NOTICE OF NONSUIT
8. 02/12/2013 RETURN OF SERVICE
9. 02/13/2013 MOTION - EMERGENCY
10. 02/13/2013 MOTION - MISCELLANOUS
11. 02/14/2013 NOTICE OF HEARING / FIAT
12. 02/14/2013 MOTION - SANCTIONS
13. 02/15/2013 RETURN OF SERVICE
14. 02/18/2013 NOTICE OF APPEARANCE
15. 02/20/2013 VACATION LETTER
16. 02/25/2013 ORDER - COMPEL
17. 02/27/2013 MOTION - CONTEMPT OR ENFORCE FINAL ORDER
18. 02/28/2013 MOTION - MISCELLANEOUS
19. 02/28/2013 AMENDED CROSS-CLAIM - AMENDED COUNTER-PETITION
20. EXHIBIT
21. 03/01/2013 VACATION LETTER
22. 03/04/2013 MOTION - EMERGENCY
23. 03/05/2013 CERTIFICATE OF CONFERENCE
24. 03/05/2013 CORRESPONDENCE - LETTER TO FILE
25. 03/07/2013 RULE 11
26. 03/14/2013 AMENDED CROSS-CLAIM - AMENDED COUNTER-PETITION
27. EXHIBIT
28. 03/15/2013 NOTICE OF NONSUIT
29. 06/05/2013 CORRESPONDENCE - LETTER TO FILE
30. 06/10/2013 ORDER - PARTIAL NONSUIT
31. 12/17/2013 MOTION - REINSTATE
32. 12/17/2013 ISSUE CITATION
33. EXHIBIT
34. 06/24/2014 MISCELLANEOUS EVENT
35. 06/25/2014 MOTION - NUNC PRO TUNC
36. 07/01/2014 NOTICE OF HEARING / FIAT
37. 09/26/2014 NOTICE OF NONSUIT
38. 09/30/2014 AMENDED PETITION
39. 09/30/2014 REQUEST CLERK PREPARE RECORD
40. 05/10/2013 PUBLIC
41. 05/10/2013 PUBLIC
42. 05/10/2013 PUBLIC
43. 05/10/2013 PUBLIC
44. 05/10/2013 PUBLIC
45. 05/10/2013 PUBLIC
46. 05/10/2013 PUBLIC
47. 05/10/2013 PUBLIC
48. 05/10/2013 PUBLIC

49. 05/10/2013 PUBLIC
50. 05/10/2013 PUBLIC

*Chelsea L. Davis v. Leslie D. Ware and Samuel F. Baxter*, DF-13-19281, Dallas County Judicial District Court, opened Oct. 16, 2013

1. 11/04/2013 SAMUEL BAXTER'S MOTION TO TRANSFER DC-13-12834 INTO DF-13-19281 (SEE ATTACHED EXHIBIT A)
2. 06/17/2014 NOTICE OF NONSUIT (SEE ATTACHED EXHIBIT B)
3. 06/24/2014 ORDER OF DISMISSAL WITHOUT PREJUDICE (SEE ATTACHED EXHIBIT C)

*Chelsea L. Davis v. McKool Smith P.C.*, DC-13-12834, Dallas County Judicial District Court, opened Oct. 28, 2013, ALL - 48 DOCUMENTS

1. 10/28/2013 ORIGINAL PETITION (OCA)
2. 10/28/2013 ISSUE CITATION
3. 10/28/2013 ISSUE CITATION
4. 10/28/2013 FILING COVER SHEET
5. 10/29/2013 MOTION - TEMPORARY ORDERS
6. 10/30/2013 ORDER - SEAL
7. 11/01/2013 MISCELLANOUS EVENT
8. 11/04/2013 AMENDED PETITION
9. 11/05/2013 MOTION - TEMPORARY ORDERS
10. 11/06/2013 ORDER - SEAL
11. 11/11/2013 RETURN OF SERVICE
12. 11/13/2013 MOTION - EXPEDITED HEARING
13. EXHIBIT
14. 11/14/2013 NOTICE OF HEARING / FIAT
15. 11/15/2013 RESPONSE
16. 11/18/2013 CORRESPONDENCE - LETTER TO FILE
17. 11/18/2013 NOTICE OF NONSUIT
18. EXHIBIT
19. 11/19/2013 CORRESPONDENCE - LETTER TO FILE
20. 11/19/2013 ORDER - NONSUIT
21. 11/22/2013 ORIGINAL ANSWER - DEFENDANT
22. 11/26/2013 ORDER - TRANSFER/CONSOLIDATE
23. 11/26/2013 NON-SIGNED PROPOSED ORDER/JUDGMENT
24. 11/26/2013 CORRESPONDENCE - LETTER TO FILE
25. 11/26/2013 AMENDED PETITION
26. 11/27/2013 MOTION - VACATE
27. 12/04/2013 NOTICE OF NONSUIT
28. 12/17/2013 MOTION - REINSTATE
29. 12/17/2013 MOTION - ENTER ORDER

30. 12/23/2013 NOTICE OF APPEAL - CT. OF APPEALS
31. 12/23/2013 NOTICE OF APPEAL - CT. OF APPEALS
32. 12/23/2013 NOTICE OF APPEAL - CT. OF APPEALS
33. 12/31/2013 COA - POST CARD
34. 01/10/2014 COA - POST CARD
35. 01/13/2014 COA - CORRESPONDENCE LETTER
36. 01/14/2014 COA - CORRESPONDENCE LETTER
37. 01/24/2014 REQUEST REPORTER RECORD
38. 01/24/2014 REQUEST CLERK PREPARE RECORD
39. 01/24/2014 REQUEST REPORTER RECORD
40. 01/24/2014 REQUEST CLERK PREPARE RECORD
41. 02/10/2014 CLERK'S RECORD PAYMENT INVOICE
42. 02/10/2014 CLERK'S RECORD PAYMENT INVOICE
43. 04/07/2014 APPELLATE RECORD
44. 04/07/2014 APPELLATE RECORD
45. 10/07/2014 AMENDED PETITION
46. 11/20/2013 MS WORD DOCUMENT
47. 11/20/2013 MS WORD DOCUMENT
48. 11/27/2013 MS WORD DOCUMENT

*Chelsea L. Davis v. McKool Smith P.C.*, DC-13-14215, Dallas County Judicial District Court, opened Dec. 2, 2013, - ALL - 52 DOCUMENTS

1. 12/04/2013 NON-SUIT/DISMISSAL BY PLAINTIFF / PETITIONER
2. 12/02/2013 ORIGINAL PETITION
3. 12/04/2013 NOTICE OF NONSUIT
4. 12/04/2013 MOTION - SEAL
5. 12/04/2013 NOTICE OF NONSUIT
6. 12/04/2013 ORDER - SEAL
7. 12/06/2013 MOTION - NONSUIT
8. 12/09/2013 NOTICE OF NONSUIT
9. 12/16/2013 ORDER - MISC.
10. 12/16/2013 MOTION - SANCTIONS
11. EXHIBITS
12. 12/17/2013 NOTICE OF HEARING / FIAT
13. 12/17/2013 NOTICE OF NONSUIT
14. 12/20/2013 MOTION - QUASH
15. 12/20/2013 RETURN OF SERVICE
16. 12/23/2013 NOTICE OF APPEAL - CT. OF APPEALS
17. 12/23/2013 NOTICE OF APPEAL - CT. OF APPEALS
18. 12/27/2013 NON-SUIT/DISMISSAL BY PLAINTIFF / PETITIONER
19. 12/28/2013 CORRESPONDENCE - LETTER TO FILE

20. 12/31/2013 COA - POST CARD
21. 01/06/2014 NOTICE OF APPEAL - CT. OF APPEALS
22. 01/07/2014 MOTION - REINSTATE
23. 01/07/2014 MOTION - VACATE
24. 01/10/2014 COA - POST CARD
25. 01/13/2014 COA - CORRESPONDENCE LETTER
26. 01/14/2014 COA - CORRESPONDENCE LETTER
27. 01/24/2014 NOTICE OF APPEAL - CT. OF APPEALS
28. EXHIBIT
29. 01/24/2014 REQUEST CLERK PREPARE RECORD
30. 01/27/2014 NON-SIGNED PROPOSED ORDER/JUDGMENT
31. 02/03/2014 ORDER - DENY
32. 02/11/2014 CLERK'S RECORD PAYMENT INVOICE
33. 02/28/2014 COA - POST CARD
34. 03/10/2014 COA - CORRESPONDENCE LETTER
35. 04/07/2014 CLERK'S RECORD PAYMENT INVOICE
36. 04/07/2014 APPELLATE RECORD
37. 04/07/2014 APPELLATE RECORD
38. 08/07/2014 SUPPLEMENTAL CLERK'S RECORD REQUEST
39. 08/11/2014 CLERK'S RECORD PAYMENT INVOICE
40. 08/15/2014 APPELLATE RECORD
41. 09/05/2014 MISCELLANOUS EVENT
42. 09/08/2014 AMENDED PETITION
43. 09/08/2014 NOTICE OF NONSUIT
44. 09/11/2014 MISCELLANOUS EVENT
45. 10/03/2014 REQUEST FOR SERVICE
46. 10/03/2014 ISSUE CITATION
47. 12/05/2013 MS WORD DOCUMENT
48. 12/05/2013 MS WORD DOCUMENT
49. 12/05/2013 MS WORD DOCUMENT
50. 12/27/2013 MS WORD DOCUMENT
51. 12/27/2013 MS WORD DOCUMENT
52. 02/03/2014 MS WORD DOCUMENT

*Chelsea L. Davis v. Harlan R. Crow*, DC-13-14479, Dallas County Judicial District Court, opened Jan. 31, 2013, - ALL - 31 DOCUMENTS

1. 12/11/2013 ORDER - CHANGE VENUE TRANSFER
2. 12/10/2013 ORIGINAL PETITION
3. 12/10/2013 FILING COVER SHEET

4. 12/11/2013 MOTION - TRANSFER - NO CHANGE OF VENUE
5. 12/11/2013 NON-SIGNED PROPOSED ORDER/JUDGMENT
6. 12/11/2013 MOTION - SEAL
7. 12/11/2013 NON-SIGNED PROPOSED ORDER/JUDGMENT
8. 12/11/2013 ORDER - SEAL
9. 12/18/2013 MOTION - QUASH
10. 12/20/2013 AMENDED PETITION
11. 01/24/2014 NOTICE OF APPEAL - CT. OF APPEALS
12. EXHIBIT
13. 03/17/2014 COA - POST CARD
14. 03/25/2014 COA - CORRESPONDENCE LETTER
15. 04/07/2014 CLERK'S RECORD PAYMENT INVOICE
16. 04/07/2014 APPELLATE RECORD
17. 04/18/2014 SUPPLEMENTAL CLERK'S RECORD REQUEST
18. 04/18/2014 CLERK'S RECORD PAYMENT INVOICE
19. 04/21/2014 APPELLATE RECORD
20. 06/10/2014 NOTE - CLERKS
21. 09/08/2014 AMENDED PETITION
22. 09/09/2014 NON-SIGNED PROPOSED ORDER/JUDGMENT
23. EXHIBIT
24. 09/09/2014 FILING COVER SHEET
25. 09/09/2014 CORRESPONDENCE - LETTER TO FILE
26. 09/11/2014 CORRESPONDENCE - LETTER TO FILE
27. 09/25/2014 MOTION - MISCELLANOUS
28. 10/01/2014 COA - CORRESPONDENCE LETTER
29. 10/06/2014 OPINION
30. 10/06/2014 CORRESPONDENCE - LETTER TO FILE
31. 10/06/2014 5TH COA ORDER

*Chelsea L. Davis v. McKool Smith P.C.*, DF-14-11110, Dallas County Judicial District Court, opened June 2014 - ALL - 70 DOCUMENTS

1. 10/28/2013 INSTRUMENTS
2. 10/29/2013 INSTRUMENTS
3. 10/30/2013 INSTRUMENTS
4. 11/01/2013 INSTRUMENTS
5. 11/04/2013 INSTRUMENTS
6. 11/05/2013 INSTRUMENTS
7. 11/06/2013 INSTRUMENTS
8. 11/11/2013 INSTRUMENTS
9. 11/13/2013 INSTRUMENTS
10. 11/14/2013 INSTRUMENTS
11. 11/15/2013 INSTRUMENTS
12. 11/18/2013 INSTRUMENTS
13. 11/18/2013 INSTRUMENTS

14. 11/19/2013 INSTRUMENTS
15. 11/19/2013 INSTRUMENTS
16. 11/22/2013 INSTRUMENTS
17. 11/26/2013 INSTRUMENTS
18. 11/26/2013 INSTRUMENTS
19. 11/26/2013 INSTRUMENTS
20. 11/26/2013 INSTRUMENTS
21. 11/27/2013 INSTRUMENTS
22. 12/04/2013 INSTRUMENTS
23. 12/17/2013 INSTRUMENTS
24. 12/17/2013 INSTRUMENTS
25. 06/10/2014 INSTRUMENTS
26. 06/10/2014 INSTRUMENTS
27. 06/11/2014 CORRESPONDENCE - LETTER TO FILE
28. 06/12/2014 NOTICE OF HEARING / FIAT
29. 06/12/2014 NOTICE OF HEARING / FIAT
30. 06/12/2014 JURY DEMAND
31. 06/12/2014 MOTION - MISCELLANOUS
32. 06/16/2014 MISCELLANOUS EVENT
33. 06/16/2014 NON-SIGNED PROPOSED ORDER/JUDGMENT
34. 06/17/2014 NON-SIGNED PROPOSED ORDER/JUDGMENT
35. 06/17/2014 MOTION - CONSOLIDATE
36. 08/04/2014 MOTION - NEW TRIAL
37. 08/04/2014 MOTION - VACATE
38. 08/11/2014 MISCELLANEOUS EVENT
39. 08/25/2014 MOTION - APPOINT MISC
40. 08/29/2014 NON-SIGNED PROPOSED ORDER/JUDGMENT
41. 08/29/2014 NOTICE OF NONSUIT
42. 09/03/2014 CORRESPONDENCE - LETTER TO FILE
43. 09/04/2014 NOTICE OF NONSUIT
44. 09/04/2014 CORRESPONDENCE - LETTER TO FILE
45. 09/04/2014 MOTION - CONSOLIDATE
46. 09/04/2014 MOTION - VACATE
47. 09/04/2014 AFFIDAVIT INABILITY TO PAY
48. 09/04/2014 MOTION - MISCELLANEOUS
49. 09/04/2014 REQUEST CLERK PREPARE RECORD
50. 09/04/2014 COA - POST CARD
51. 09/04/2014 NOTICE OF APPEAL - CT. OF APPEALS
52. 09/04/2014 COA - POST CARD
53. 09/04/2014 COA - POST CARD
54. 09/05/2014 MISCELLANEOUS EVENT
55. 09/09/2014 FILING COVER SHEET
56. 09/09/2014 CORRESPONDENCE - LETTER TO FILE
57. 09/09/2014 JURY DEMAND
58. 09/23/2014 OBJECTIONS - MISC

59. 09/30/2014 REQUEST CLERK PREPARE RECORD
60. 10/03/2014 NOTICE OF HEARING / FIAT
61. 10/03/2014 MOTION - MISCELLANOUS
62. 10/03/2014 MOTION - COMPEL
63. 10/03/2014 MOTION - IN LIMINE
64. 10/03/2014 MOTION - TRANSFER - CHANGE OF VENUE
65. 10/03/2014 NON-SIGNED PROPOSED ORDER/JUDGMENT
66. EXHIBIT
67. EXHIBIT
68. EXHIBIT
69. EXHIBIT
70. 10/07/2014 AMENDED PETITION

*Chelsea L. Davis v. Samuel F. Baxter*, 199-03395-2013, Collin County Judicial District Court, opened Aug. 27, 2013 - ALL - 4 Documents

1. 08/27/2013 Plaintiff's Original Petition (OCA) $283.00
2. 08/27/2013 Citation
3. 09/09/2013 Notice of Removal
4. 09/10/2013 Administrative Order Closing Case

*Chelsea L. Davis v. Leslie D. Ware,* DC-14-11682, Dallas County Judicial District Court, opened Oct. 3, 2014 - ALL 14 Documents

1. 10/03/2014 FILING COVER SHEET
2. 10/03/2014 ORIGINAL PETITION
3. 10/03/2014 INTERVENTION
4. 10/03/2014 NON-SIGNED PROPOSED ORDER/JUDGMENT
5. 10/03/2014 MOTION - TRANSFER - CHANGE OF VENUE
6. 10/03/2014 MOTION - MISCELLANOUS
7. 10/03/2014 MOTION - COMPEL
8. 10/03/2014 MOTION - IN LIMINE
9. 10/03/2014 EXHIBIT LIST
10. 10/03/2014 WITNESS LIST
11. 10/05/2014 MOTION - MISCELLANOUS
12. 10/06/2014 NOTICE OF DISMISSAL FOR WANT OF PROSECUTION
13. 10/13/2014 Motion - Compel
14. 12/12/2014 DISMISSAL FOR WANT OF PROSECUTION

*Chelsea L. Davis v. Samuel F. Baxter, et al, In the United States District Court for the Eastern District of Texas:*

1. 4307157 09/10/2013 13:35:05 413cv514 SETTLEMENT Papers & MOTION to Dismiss .
2. 4430068 12/05/2013 16:46:42 413cv514 Emergency MOTION for Extension of Time to FileNotice of Appeal/Motion to Vacate Order of Dismissal . (Attachments: # (1) Exhibit Temporary Ex Parte Protective Order Against Samuel F. Baxter, # (2) Exhibit Amended Complaint
3. 4433725 12/08/2013 20:51:25 413cv514 Amended SEALED MOTION for Extension of Time To File Notice of Appeal / Motion To Vacate Order of Dismissal Emergency . (Attachments: # (1) Exhibit Temporary Ex Parte Protective Order Under Tex. Code Crim. Proc. Art. 7A
4. 4434434 12/09/2013 13:03:58 413cv514 Amended MOTION to Vacate Order of Dismissal (Second Amended, Emergency) . (Attachments: # (1) Exhibit Temporary Ex Parte Protective Order Under Tex. Code Crim. Proc. Art. 7A Against Samuel F. Baxter and Leslie D. Ware)
5. 4434928 12/09/2013 15:39:40 413cv514 Third MOTION to Vacate Order of Dismissal (Third Amended, Emergency) . (Attachments: # (1) Exhibit Temporary Ex Parte Protective Order Under Tex. Code Crim. Proc. Art. 7A Against Samuel F. Baxter and Leslie D. Ware
6. 4460949 01/02/2014 12:00:05 413cv514 MOTION to Vacate Order Denying Plaintiffs Motion To Vacate Order of Dismissal; MOTION to Strike; MOTION to Reopen .
7. 4466381 01/06/2014 17:32:12 413cv514 NOTICE OF APPEAL as to [7] Order on Motion to Dismiss, [13] Order on Motion for Extension of Time to File, Order on Motion to Vacate, [12] Order on Sealed Motion . Appeal Record due by 1/9/2014. 413cvNOTICE OF APPEAL as to [13] Order on Motion for Extension of Time to File
8. 4466391 01/06/2014 17:40:20 514 Motion to Vacate, [12] Order on Sealed Motion . Appeal Record due by 1/13/2014.
9. 4466395 01/06/2014 17:41:31 413cv514 NOTICE OF APPEAL as to [7] Order on Motion to Dismiss . Appeal Record due by 1/6/2014.
10. 4907821 10/31/2014 03:28:24 413cv514 NOTICE of Lis Pendens by EQUITY
11. 4914345 11/05/2014 10:48:43 413cv514 AMENDED COMPLAINT CRIMINAL ONLY COMPLAINT against Carlos Raul Cortez, filed by Texas Patent Global Investments LLC.
12. 4914591 11/05/2014 11:06:08 413cv514 NOTICE by Texas Patent Global Investments LLC re [3] Complaint, [21] Amended Complaint, [4] Answer to Complaint, [2] Assigned/Reassigned
13. 4926686 11/13/2014 18:53:13 413cv514 DEMAND for Trial by Jury .
14. 4926723 11/13/2014 20:04:37 413cv514 RESPONSE to [4] Answer to Complaint .
15. 4927572 11/14/2014 11:44:41 413cv514 NOTICE of ENJOINED/CONSOLIDATED/TRANSFERRED CASES

16. 4928647 11/14/2014 16:10:38 413cv514 NOTICE of Discovery Disclosure and NOTICE OF DEPOSITION OF CHELSEA L. DAVIS, SAMUEL F. BAXTER, HARLAN R. CROW, MCKOOL SMITH P.C., LESLIE D. WARE, THIRD PARTIES, and NONPARTIES
17. 4934861 11/19/2014 15:02:26 413cv514 NOTICE of Discovery Disclosure and AntiSuit Injunction (Attachments: # (1) Exhibit)
18. 4935871 11/19/2014 17:21:26 413cv514 Emergency MOTION for Preliminary Injunction . (Attachments: # (1) Supplement Prior Motion Presented Nov. 5, 2013, # (2) Supplement Prior Proposed Order on Motion)
19. 4935894 11/19/2014 18:09:34 4:14cvOpened New CV 4:14cv753
20. 4935986 11/19/2014 21:08:41 4:14cv754 Opened New CV 4:14cv754
21. 4935997 11/19/2014 21:59:36 414cv754 AMENDED COMPLAINT AND PENDANT FIRST AMENDED ORIGINAL PETITION TRANSFERRED IN FOR CONSOLIDATION HEREWITH against Samuel F. Baxter, McKool Smith P.C., filed . (Attachments: # (1) Supplement Docket Sheet for Pendant Case)
22. 4936011 11/20/2014 03:34:25 414cv754 NOTICE of Objections and Supplemental Objections
23. 4936012 11/20/2014 03:38:53 414cv754 AMENDED COMPLAINT AND AMENDED AND CUMULATIVE PENDANT PETITIONS TRANSFERRED IN AND CONSOLIDATED HEREIN against Samuel F. Baxter, McKool Smith P.C., filed .
24. 4936013 11/20/2014 03:44:03 414cv754 MCKOOL SMITH P.C.'S ANSWER to [3] Amended Complaint AND AMENDED AND CUMULATIVE PENDANT PETITIONS TRANSFERRED IN AND CONSOLIDATED HEREIN by McKool Smith P.C..
25. 4936014 11/20/2014 04:02:38 414cv754 Amended MOTION to Dismiss McKool Smith P.C.'s frivolous complaints against Chelsea L. Davis, Dissolving AntiSuit Injunctions and Releasing Money to Chelsea Davis . Responses due by 11/19/2014
26. 4936016 11/20/2014 04:06:49 414cv754 NOTICE re [5] Amended MOTION to Dismiss McKool Smith P.C.'s frivolous complaints against Chelsea L. Davis, Dissolving AntiSuit Injunctions and Releasing Money to Chelsea Davis
27. 4936017 11/20/2014 05:03:11 414cv754 Additional Attachments to Main Document:.
28. 4938773 11/21/2014 10:28:11 413cv514 Emergency MOTION to Change Venue , MOTION to Consolidate Cases or Open Numbers , MOTION for Joinder of McKool Smith P.C. , MOTION to Reassign Back To Presiding Judge Ron Clark, MOTION to Remand To and
29. 4939218 11/21/2014 12:57:36 2:14cv1065 Opened New CV 2:14cv1065
30. 4939317 11/21/2014 13:16:43 214cv1065 COMPLAINT CIVIL ORIGINAL PETITION Asserting Claims of Sexual Harassment, Unlawful Discrimination, and Wrongful Injunction against GECESC Associates LLC ( Filing fee $ 400 receipt number 05404939317.), filed . (Attach

31. 4939448 11/21/2014 13:38:59 414cv754 Emergency MOTION REQUESTING PERMISSION TO FILE INTO ALL CASES, SEALED, UNSEALED AND RELATED CASES BY ADMITTED ATTORNEY TX BAR NO. 24059652 .
32. 4940723 11/23/2014 19:05:54 414cv754 RESPONSE to [11] Order on Motion to Seal, Response to Petition/NonMotion To Seal By Intervenor Movants McKool Smith P.C. and Samuel F. Baxter and CounterMotion To Strike Petition/NonMotion To Seal .
33. 4940724 11/23/2014 19:11:53 214cv1065 RESPONSE to Response to Petition/NonMotion To Seal By Intervenor Movants McKool Smith P.C., Samuel F. Baxter and/or State Bar of Texas and Counter Motion To Strike Petition/NonMotion To Seal .
34. 4944432 11/25/2014 15:10:40 214cv1065 Second Intervenor COMPLAINT TO UNSEAL AND TO DENY AND STRIKE FORTHCOMING PETITION TO SEAL BY INTERVENOR DEFENDANT MCKOOL SMITH P.C., SAMUEL BAXTER, GECESP ASSOCIATES LLC, AND/OR STATE BAR OF TEXAS , filed by Jane Doe.
35. 4948439 12/01/2014 21:38:32 414cv754 NOTICE that CHELSEA DAVIS DENIES ALL ALLEGATIONS AGAINST HER AND SPECIFICALLY OBJECTS TO Magistrate Judge Tolivers findings, conclusions and recommendation dated Nov. 17, 2014 AND SPECIFIES WHERE THE DISPUTED ALLEGATIONS ARE F
36. 4953710 12/04/2014 14:23:17 414cv754 Second MOTION for New Trial . (Attachments: # (1) Text of Proposed Order PROPOSED ORDER)
37. 4953785 12/04/2014 15:01:30 414cv754 Emergency MOTION for Leave to File Into Sealed Cases . (Attachments: # (1) Text of Proposed Order PROPOSED ORDER, # (2) CERTIFICATE OF CONFERENCE)
38. 4953961 12/04/2014 15:19:51 414cv754 MOTION REQUEST FOR CLERK TO ISSUE PACER ID AND GRANT ACCESS .
39. 4956608 12/06/2014 19:07:41 413cv514 Second SEALED MOTION FOR NEW TRIAL . (Attachments: # (1) Text of Proposed Order ORDER GRANTING NEW TRIAL)
40. 4956609 12/06/2014 21:33:00 413cv514 Fifth MOTION to Set Aside UNDER FED. R. CIV. P. 60 , Fifth MOTION to Vacate UNDER FED. R. CIV. P. 60 . (Attachments: # (1) Text of Proposed Order ORDER GRANTING RELIEF UNDER FED. R. CIV. P. 60)
41. 4956612 12/06/2014 22:58:26 214cv1065 Fifth MOTION to Set Aside [8] Order, [4] Order, [10] Order on Motion to Seal under Fed. R. Civ. P. 60(b) , Fifth MOTION to Vacate [8] Order, [4] Order, [10] Order on Motion to Seal under Fed. R. Civ. P. 60(b)
42. 4966208 12/12/2014 18:10:59 414cv754 Sealed Document. IT IS ORDERED (1) the ORDER GRANTING DEFENDANTS SAMUEL F. BAXTER AND MCKOOL SMITH, P.C. SEALED MOTION TO DISMISS AND BRIEF IN SUPPORT THEREOF AT DOC. 18, ATTACHMENT # 15 is vacated; (2) SAMUEL F. BAXTER AND MCKOOL SMITH, P.C. SEALED

43. 4996710 01/11/2015 11:38:26 214cv1065 First SEALED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO GECESP ASSOCIATES LLC'S MOTIONS TO SEAL AND TO DISMISS . (Attachments: # (1) Text of Proposed Order PROPOSED ORDER) First SEALED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO SAMUEL
44. 4996715 01/11/2015 11:58:47 414cv754 F. BAXTER AND MCKOOL SMITH P.C.'S MOTIONS TO SEAL AND TO DISMISS . (Attachments: # (1) Text of Proposed Order PROPOSED ORDER)
45. 4996726 01/11/2015 12:43:11 413cv514 DEMAND for Trial by Jury .
46. 4996727 01/11/2015 12:46:40 414cv754 DEMAND for Trial by Jury .
47. 4996728 01/11/2015 12:51:20 214cv1065 DEMAND for Trial by Jury .
48. 4996775 01/11/2015 15:55:14 414cv754 Second SEALED MOTION TO WITHDRAW ALL DEFAULT ADMISSIONS AND TO WITHDRAW MOTION TO DISMISS AND BRIEF IN SUPPORT THEREOF . (Attachments: # (1) Text of Proposed Order PROPOSED ORDER, # (2) Appendix ALLEGED TRANSFER FROM NORT
49. 4996807 01/11/2015 21:49:12 414cv754 NOTICE of Discovery Disclosure Rule 26 Initial Disclosures
50. 4996808 01/11/2015 21:52:47 214cv1065 NOTICE of Discovery Disclosure Rule 26 Initial Disclosures
51. 4997586 01/12/2015 11:40:52 413cv514 First MOTION for Leave to File TO FILE SUPPLEMENTAL COMPLAINT AND DOCUMENTS IN THIS . (Attachments: # (1) Text of Proposed Order PROPOSED ORDER)
52. 4997607 01/12/2015 11:45:57 414cv754 First MOTION for Leave to File SUPPLEMENTAL COMPLAINT AND DOCUMENTS IN THIS . (Attachments: # (1) Text of Proposed Order PROPOSED ORDER)
53. 4997619 01/12/2015 11:50:52 214cv1065 First MOTION for Leave to File SUPPLEMENTAL COMPLAINT AND DOCUMENTS IN THIS . (Attachments: # (1) Text of Proposed Order PROPOSED ORDER)
54. 5003825 01/14/2015 18:50:23 214cv1065 RESPONSE to Motion re [12] SEALED MOTION OF DEFENDANT TO DISMISS & BRIEF IN SUPPORT , [13] SEALED MOTION TO DISMISS & BRIEF IN SUPPORT filed .
55. 5008377 01/16/2015 22:26:02 414cv754 Second MOTION for Leave to Proceed in forma pauperis and Request for Refund . (Attachments: # (1) Text of Proposed Order PROPOSED ORDER)
56. 5008378 01/16/2015 22:32:10 413cv514 Second MOTION for Return of Property , Second MOTION for Leave to Proceed in forma pauperis and Request for Refund . (Attachments: # (1) Text of Proposed Order PROPOSED ORDER)
57. 5008380 01/16/2015 22:37:41 214cv1065 Emergency SEALED MOTION TO PROCEED IN FORMA PAUPERIS AND REQUEST FOR REFUND. (Attachments: #

(1) Exhibit EMERGENCY MOTION TO FILE SUPPLEMENTAL COMPLAINTS, EXCEED PAGE LIMITS AND AMEND OBJECTIONS AND BRIEF IN SUPPORT, #

58. 5030507 01/27/2015 18:59:03 214cv1065 Subsequent NOTICE OF APPEAL as to [8] Order, [4] Order, [20] Memorandum & Opinion, [10] Order on Motion to Seal to Presiding District Judge and TO THE USCA FOR THE FIFTH CIRCUIT . Appeal Record due by 4/30/2015.
59. 5040369 02/02/2015 17:59:14 214cv1065 APPLICATION for Writ of INJUNCTION.
60. 5040437 02/02/2015 19:56:19 214cv1065 NOTICE of Change of Address by Chelsea Lynn Davis
61. 5040438 02/02/2015 19:59:14 214cv1065 NOTICE of Change of Address by Chelsea Lynn Davis
62. 5040482 02/02/2015 22:13:03 214cv1065 Fourth MOTION for New Trial by Chelsea L Davis. (Attachments: # (1) Text of Proposed Order PROPOSED ORDER)(Davis, Chelsea)
63. 5042112 02/03/2015 15:38:02 414cv754 Additional Attachments to Main Document: [8] Assigned/Reassigned.. (Attachments: # (1) Supplement ORDER TRANSFERRING TO NORTHERN DISTRICT OF TEXAS BASED ON RECUSAL SUA SPONTE, # (2) Supplement FIGURE 1 SHOWING CLOSING LOOP ERROR)
64. 5043470 02/04/2015 12:07:05 414cv754 APPLICATION for Writ AND MOTION UNDER FED. R. CIV. P. 60 by Chelsea L Davis. (Attachments: # (1) Affidavit AFFIDAVIT OF CHELSEA DAVIS FOR LIMITED PURPOSE, # (2) Supplement NOTICE OF REMOVAL, # (3) Supplement NOTICE OF REMOVAL, # (4) Supple
65. 5044509 02/04/2015 17:01:11 4:15cv82 Opened New CV 4:15cv82
66. 5044580 02/04/2015 17:11:16 415cv82 COMPLAINT AND EMERGENCY PETITION FOR WRIT OF MANDAMUS TO COMPEL THE SUPREME COURT OF TEXAS TO PROCESS MY RESIGNATION OF MY ADMISSION TO THE STATE BAR OF TEXAS against Supreme Court of Texas, filed .
67. 5045857 02/05/2015 13:25:25 415cv82 First MOTION for Leave to Proceed in forma pauperis and Affidavit in Support of Estimated Expenses . (Davis, Chelsea)
68. 5050113 02/09/2015 12:47:36 415cv82 Emergency MOTION to Amend/Correct All Filings and Notice of Respectful and Ethical Conduct and Oath To Uphold the United States Constitution (Attachments: # (1) Exhibit Texas Rules of Disciplinary Procedure, # (2) Exh
69. 5067461 02/20/2015 13:59:18 415cv82 NOTICE of Change of Address by Chelsea Lynn Davis
70. 5067940 02/20/2015 14:14:44 415cv82 CORPORATE DISCLOSURE STATEMENT filed by The Film Group LLC identifying Other Affiliate Texas Patent Global Investments LLC, Other Affiliate Chelsea Davis P.C. for The Film Group LLC.
71. 5068683 02/20/2015 16:14:28 415cv82 Additional Attachments to Main Document:.

72. 5069373 02/23/2015 01:24:05 414cv754 PROPOSED BILL OF COSTS filed by Chelsea L Davis.
73. 5069374 02/23/2015 01:54:22 413cv514 Emergency MOTION for Bill of Costs,
74. 5069375 02/23/2015 03:43:54 4:15mc5 Opened New CV 4:15mc5
75. 5069376 02/23/2015 04:19:51 415mc5 COMPLAINT filed by Chelsea L. Davis against Amy Abboud Ware, Leslie D. Ware ( Filing fee $ 400 receipt number 05405069376.), filed , Leslie D. Ware.(Davis, Chelsea)
76. 5076703 02/26/2015 15:59:06 415mc5 AMENDED COMPLAINT AND NOTICE. (Attachments: # (1) Affidavit LESLIE D. WARE'S ACCOUNTING OF ASSETS AND LIABILITIES TO CHEL
77. 5076732 02/26/2015 16:14:35 415cv82 AMENDED COMPLAINT AND NOTICE

OF PETITION FOR DIVORCE AND FINAL
DIVORCE DECREE against Amy Abboud Ware,
filed by Leslie D. Ware, and Notice of
Resignation of Officers and Directors and
Termination of Employees of State Bar of
Texas against Sup
5081398 03/03/2015 01:04:34 613cv447
First MOTION for Attorney Fees of over
$3,000,000 plus damages of $100,000,000 to
which I am entitled .
5086772 03/05/2015 22:52:13 415cv144
COMPLAINT against Caldwell, Cassady &
Curry P.C., Eric Albritton, T. John Ward Jr., T.
John Ward Jr. P.C., the Albritton Law Firm,
Apple Inc., Samsung Electronics Co. Ltd.,
Smartflash LLC, and Smartflash Technologies
LLC and Request for Clerk to I
5088738 03/07/2015 23:47:58 415cv82
Emergency MOTION for Hearing re [1]
Complaint, [4] Order on Motion for Leave to
Proceed in forma pauperis,, this Amended
Complaint and Motion for Declaratory Relief and
Three Judge
Panel Appointment and Jury
Demand , Emergency MOTION for
NOTICE OF
REMOVAL/TRANSFER IN OF CRIMINAL
ALLEGATION BY STATE BAR OF TEXAS

5088819 03/08/2015 23:06:57 415cv82
COUNSEL SUSAN FARRIS AND BODA
CLERK GAYLE VICKERS AGAINST
CHELSEA LYNN DAVIS AND WARRANT
FOR ARREST THREATENED BY THE
ADDISON POLICE DEPARTMENT FOR EMA
5089513 03/09/2015 11:38:05 415cv82
NOTICE of Hearing and
Subpoena to Michelle Hunter, Carlos R. Cortez,
Leslie D. Ware, Samuel F. Baxter, David C.
Godbey, Angeline Bain, Don Colleluori, Brian
Lidji, Lawrence Friedman, Emily Tobolowsky,
Donald Turner, James Mart

Accordingly, I respectfully request this Court to consider this my response to McKool Smith P.C.'s Motion at Document 3.

Dated: May 4, 2015

Respectfully submitted,

/s/Chelsea L. Davis
Chelsea L. Davis, *Pro-Se*
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

**CERTIFICATE OF SERVICE**

Because I am pro-se, I certify that service of this ex-parte motion is not required. However, as a courtesy, I have served the following counsel listed below by email on this date to:

trevor.jefferies@aporter.com, vgriffith@velaw.com, jmckey@kendalllawgroup.com, lmccathern@mccathernlaw.com, lstevens@lstevenslaw.com, rmiller@miller-brown.com, cmadden@miller-brown.com, kstone@grayreed.com, jribman@lrmlaw.com, don.colleluori@figdav.com, erin.dwyer@figdav.com, blidji@ldhlaw.com, abain@gbfamilylaw.com, rwells@abernathy-law.com, jthallesq@gmail.com, vlewis@gibsondunn.com, wdawson@gibsondunn.com, bwilliams@gibsondunn.com, cherring@herring-irwin.com, lfriedman@fflawoffice.com, george.lamb@bakerbotts.com

and by email to the State Bar of Texas at john.sirman@texasbar.com, Linda Acevedo at linda.acevedo@texasbar.com, Susan Farris at susan.farris@texasbar.com, and Ben Selman at selman@namanhowell.com.

Dated: May 4, 2015

/s/Chelsea L. Davis
Chelsea L. Davis, *Pro-Se*

Trevor R. Jefferies
TX Bar No. 00790963
Arnold & Porter LLP
700 Louisiana Street, Suite 1600, Houston, Texas 77002
Telephone: +1 713-576-2403
Cell Phone: +1 713-530-8243
trevor.jefferies@aporter.com
ATTORNEY FOR JAMES CHANOS

Vanessa Griffith
TX Bar No. 00790469
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700, Dallas, TX 75201-2975
Tel +1.214.220.7713
Fax +1.214.999.7713
vgriffith@velaw.com
ATTORNEY FOR CLINT CARLSON

Jamie McKey
TX Bar No. 24045262
Kendall Law Group
3232 McKinney Ave Ste 700, Dallas, TX 75204
Tel: 214-744-3000
jmckey@kendalllawgroup.com
ATTORNEY FOR LEON COOPERMAN

Levi G. McCathern, II
TX Bar No. 00787990
McCathern, PLLC
3710 Rawlins St., Suite 1600, Dallas, Texas 75219
Tel: 214.741.2662

Fax: 214.741.4717
lmccathern@mccathernlaw.com
ATTORNEY FOR STEPHEN JONES

Lewis T. Stevens
TX Bar No. 24031366
131 East Exchange Ave., No. 204, Fort Worth, TX 76164
Tel: 817-332-4466
Fax: 817-332-4476
lstevens@lstevenslaw.com
ATTORNEY FOR CHAD BUSHAW

J. Robert Miller Jr.
TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com
400 South Ervay Street, Dallas, Texas 75201-5513
Tel: (214) 748-7600
Fax: (214) 204-9134
ATTORNEY FOR LESLIE D. WARE

KEN STONE
TX BAR NO. 19296300
James Wyatt "JAMIE" RIBMAN
TX Bar No. 00797762
Gray Reed & McGraw P.C., 1601 Elm Street, Suite 4600, Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com
jribman@lrmlaw.com
ATTORNEY FOR HARLAN R. CROW

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza, 901 Main St Ste 3400, Dallas, TX 75202
Phone: 214-939-2007
FAX: 214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com
ATTORNEYS FOR McKOOL SMITH P.C.

Brian M. Lidji
Lidji Dorey & Hooper or Lidji & Dorey
500 N. Akard, Suite 3500, Dallas, TX 75201
Tel: 214-774-1220
Fax: 214-774-1212
blidji@ldhlaw.com
ATTORNEY FOR LESLIE D. WARE AND SAMUEL F. BAXTER

Angeline L. Bain
TX BAR NO. 01546650
Goranson Bain, PLLC, 8350 N. Central Expy, Ste.1700, Dallas, TX 75206
P 214.373.7676
F 214.373.9959
abain@gbfamilylaw.com
ATTORNEY FOR LESLIE D. WARE

Ross Quentin Wells
TX Bar No. 24047087
Abernathy, Roeder, Boyd & Joplin, P.C. or Abernathy Roeder Boyd & Hullett PC
1700 Redbud Boulevard, Suite 300, McKinney, TX 75069
Phone: (214) 544-4000
Fax: (214) 544-4040
rwells@abernathy-law.com
ATTORNEY FOR SAMUEL F. BAXTER

Jeff Hall
TX BAR NO. 00787622
1717 McKinney Avenue, Suite 700, Dallas, TX 75202
Tel: 214-593-6446
Fax: 214-593-6410
jthallesq@gmail.com
ATTORNEY FOR LESLIE D. WARE

Veronica S. Lewis, Texas Bar No. 24000092
v lewis@gibsondunn.com
William B. Dawson, Texas Bar No. 05606300
wdawson@gibsondunn.com
Benjamin D. Williams, Texas Bar No. 24072517
bwilliams@gibsondunn.com
Gibson Dunn, 2100 McKinney Avenue, Suite 1100, Dallas, TX 75201-6912
Tel: +1 214.698.3100
Fax: +1 214.571.2900
ATTORNEYS FOR LESLIE D. WARE

CHARLES "Chuck" HERRING Jr.

Texas Bar No. 09534100
1411 West Avenue, Ste 100, Austin, TX 78701
Tel: 512-320-0665
Fax: 512-519-7580
cherring@herring-irwin.com
ATTORNEY FOR MCKOOL SMITH P.C.

Lawrence J. Friedman
Texas Bar No. 07469300
5301 Spring Valley, Suite 200, Dallas, Texas 75254
Tel: (972) 788-1400
Fax: (972) 788-2667
lfriedman@fflawoffice.com

George C. Lamb III
Texas Bar No. 11836700
Baker Botts LLP, 2001 Ross Ave. Ste. 600, Dallas, TX 75201
Tel: 214-953-6659
Fax: 214-661-4659
george.lamb@bakerbotts.com
ATTORNEY FOR C. RODERICK PHELAN II