**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

Chelsea L. Davis

v.

McKool Smith P.C., State Bar of Texas, Baker Botts LLP, Asarco LLC, Leslie D. Ware, PanOptis LLP, Harlan R. Crow, Crow Holdings Capital Partners LLC, Samuel F. Baxter, Mark Werbner, Sayles Werbner P.C., C. Roderick Phelan, Lawrence J. Friedman, Chief Disciplinary Counsel Linda Acevedo, Robin Case, Ben Selman, Susan Farris, Edgar Nace, Jaye Crowder, Eric Aguilar, Dallas County, Collin County, Travis County, The Town of Highland Park, The Town of Addison, Texas Health Presbyterian Hospital Dallas, Southern Methodist University, Angeline Bain, Brian Lidji, Emily Tobolowsky, Jill Willis, Pershing Square Capital Management LP, Hayman Capital Management LP, Carlson Capital LP, Kynikos Associates LP, Omega Advisors Inc., Colt Ventures, and Dallas Cowboys Football Club, Ltd.

**NO. 1:15-cv-341**

**JURY TRIAL DEMANDED**

**Chelsea L. Davis's Notice of Appendix Including Attempted Filing of Medical Documentation in Five Exhibits in Sealed Envelopes, Personal Injury Disclosures and Order for Hearing for Limited Purpose of a Case On the Merits To Proceed To a Jury Trial**

I, Chelsea L. Davis, hereby provide this Notice of Appendix Including Attempted Filing of Medical Documentation in Five Exhibits in Sealed Envelopes along with my Complaint, Personal Injury Disclosures and Order for Hearing for Limited Purpose of a Case On the Merits To Proceed To a Jury Trial.

**I. Order for Hearing**

ORDERED that an open public hearing be held on a certain date in the summer of 2015, ______ at ____________ ______ .m. at the United States District Court for the **District of**

**Delaware,** J. Caleb Boggs Federal Building, 844 N. King Street, Unit 18, Wilmington, DE 19801-3570 to determine whether or not the relief sought in Chelsea L. Davis's motion for antisuit injunction against the State Bar of Texas, Supreme Court of Texas, its agencies and all persons excluding Chelsea L. Davis, from prosecuting Chelsea L. Davis or filing Complaint against her should be granted. Anyone who wishes to oppose the granting of the relief as requested should be present at that hearing to present argument and any evidence which may be appropriate and shall at least 5 days before that hearing date file with the Prothonotary of the United States District Court for the District of Delaware a notice of intention to appear at the hearing and serve a copy of the notice upon the person signing the attached motion. In case of failure to serve and file the notice referred to above and/or failure to attend the hearing, the relief sought in the attached pleading may be granted.

A copy of this order shall be served on all Named Defendants McKool Smith P.C., State Bar of Texas, Baker Botts LLP, Asarco LLC, Leslie D. Ware, PanOptis LLP, Harlan R. Crow, Crow Holdings Capital Partners LLC, Samuel F. Baxter, Mark Werbner, Sayles Werbner P.C., C. Roderick Phelan, Lawrence J. Friedman, Chief Disciplinary Counsel Linda Acevedo, Robin Case, Ben Selman, Susan Farris, Edgar Nace, Jaye Crowder, Eric Aguilar, Dallas County, Collin County, Travis County, The Town of Highland Park, The Town of Addison, Texas Health Presbyterian Hospital Dallas, Southern Methodist University, Angeline Bain, Brian Lidji, Emily Tobolowsky, Jill Willis, Pershing Square Capital Management LP, Hayman Capital Management LP, Carlson Capital LP, Kynikos Associates LP, Omega Advisors Inc., Colt Ventures, and Dallas Cowboys Football Club, Ltd. at the earliest practical time, on a date to be set on the first week of June 2015 before Judge Sue Robinson.

**II. I provide answers to interrogatories appearing in Delaware Superior Court Civil Rule Form 30.**

1. Give the name and present or last-known residential and employment address and telephone number of each eyewitness to the incident which is the subject of the litigation.

*See List of Counsel, list below, John Does and Jane Does, along with Named Defendants.*

2. Give the name and present or last-known residential and employment address and telephone number of each person who has knowledge of the facts relating to the litigation.

a. Gary Eden, Thomas Graves and employees of McKool Smith P.C. at 300 Crescent Court, Ste. 1500, Dallas, TX 75201.
b. Samuel F. Baxter, 400 Creekside Dr., Marshall, TX 75672
c. Leslie Ware, Eric Tautfest and employees of The Ware Firm and PanOptis, 7161 Bishop Rd., Ste. 200, Plano, TX 75024.
d. Mike McKool, DALLAS, TX 75225-1650.
e. Barry Sorrels, Dallas, TX 75201
f. C. Roderick Phelan, Baker Botts LLP, 2001 Ross Avenue, Dallas, Texas 75201-2980
g. Former colleagues and employees of Samuel Baxter from Harrison County, Texas, including his former court coordinator and secretaries when he was a judge.
h. Former female employees of The Ware Firm and McKool Smith P.C.
i. Leslie Ware, 4208 Armstrong Pkwy., Dallas, TX 75205
j. GECESP Associates, LLC, 300 Crescent Court Ste. 1500, Dallas, TX 75201
k. The Film Group, LLC DBA The Ware Firm, DE No. 4859705 Incorporated 8/12/2010, C/O Corporation Service Company, 2711 Centerville Rd. Ste. 400, Wilmington, DE 19808
l. PANOPTIS LLC, DE No. 5074917 Incorporated 12/5/2011, Capitol Services, Inc., 1675 S. State St. Ste. B, Dover, DE 19901
m. PanOptis Patent Management LLC, 7161 Bishop Rd., Ste. 200, Plano, TX 75024
n. PanOptis Patent Management LLC, C/O The Corporation Trust Company , Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801
o. Panoptis Holdings LLC, C/O The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801
p. Panoptis Equity Holdings, LLC, C/O The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801
q. Ware Communications, Inc. [CHARTER REVOKED BY DE SEC. OF STATE], C/O United States Corporation Company, 2711 Centerville Rd. Ste. 400, Wilmington, DE 19808
r. Kingfisher Fund I, LP, Kingfisher Fund III, LP, Blitz Stream Video LLC, Softline Consulting and Integrators, LLC, 313 S. Jupiter Rd., Ste. 105, Allen, TX 75002

s. Northern Gannet GP, LLC, Texas MP3 Technologies Management, LLC, 104 Houston St. Ste. 185, Marshall, TX 75670
t. Britton Monts, 2600 Via Fortuna, Ste. 300, Austin, TX 78746
u. Harrison Development Corp., Panoptes Corp., Bosque Utilities Corp., Ware Land & Development Corp., Crandall Development Corp., Daedelus Corp., 1701 N. Market St., Ste. 330, Dallas, TX 75202
v. Agincourt Gaming LLC, C/O Capital Services Inc., 1675 S State St., Ste. B, Dover, DE 19901
w. Eric Tautfest, 7161 Bishop Rd., Ste. 200, Plano, TX 75024
x. BASYK TECHNOLOGIES INC, DCS INTERIORS, NANOTECHNOLOGIES AMERICA INC, NT-MDT CO, OPTIS CT HOLDINGS, LLC, OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS WT HOLDINGS, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, 313 S. Jupiter Rd., Ste. 105, Allen, TX 75002-3054
y. Loudon Owen, i4i, Inc., 116 Spadina Avenue, Fifth Floor, Toronto, Ontario, Canada M5V 2K6
z. T. Gordon White, 330 West 6th Street, Suite 1700, Austin, Texas 78701
aa. Acacia Research Group LLC, 6136 Frisco Square Blvd., Suite 385, Frisco, TX 75034
bb. RPX Corporation, One Market Plaza, Steuart Tower, Suite 800, San Francisco, CA 94105
cc. Skip Hynek, 17405 Muirfield Drive, Dallas, TX 75287
dd. Marketing Research Associates LLC
ee. Dowling Consulting, Inc.
ff. Johnny Ward and Ward & Smith Law Firm LLC
gg. Susman Godfrey LLC
hh. Adaptix Inc.
ii. Nix Patterson & Roach LLC
jj. Mike Pisterzi
kk. ROBERT A. WESTERLUND, 506 BALD EAGLE DRIVE, JUPITER, FL 33477
ll. PATENT BUSINESS DEVELOPMENT LLC, CHIP PACKAGING SOLUTIONS LLC, 6136 FRISCO SQUARE BLVD., SUITE 385, FRISCO TEXAS 75034
mm. Greg Yates
nn. Lin Packaging Technologies, Ltd., 505 E. Travis St., Ste. 112, Marshall, TX 75670
oo. Brent N. Bumgardner, Nelson Bumgardner Casto, 3131 West 7th St., Fort Worth, TX 76107
pp. Eric Albritton, Albritton Law Firm, 111 West Tyler Street, Longview, Texas 75601
qq. Harlan Crow, 4700 Preston Rd., Dallas, TX 75205
rr. Mike McKool, 5815 WATSON AVE, DALLAS, TX 75225-1650
ss. William Carmody, 40 Bond St. Apt. 6A, New York, NY 10012-2497
tt. Eric Dowling,
uu. David White,

vv. Jason Mackey, 5646 Milton St, Dallas, TX 75206
ww. J.W. Amend, 1445 Ross Ave, Suite 497, Dallas, TX 75202, resides in Dallas County, Texas and may be served at 1445 Ross Ave. Ste. 5300, Dallas, TX 75202
xx. Barry Sorrels, 2311 Cedar Springs Road, Suite 250, Dallas, TX 75201
yy. Mark Werbner, 1201 Elm St #4400, Dallas, TX 75270
zz. Carlos Cortez, 3030 McKinney Ave., Apt. 2002, Dallas, TX 75204-7425
aaa. Ashton Randall, 3100 Monticello Ave, Dallas, TX 75205
bbb. Greg Anderson, 2651 N Harwood, Suite 120, Dallas, Texas 75201
ccc. R. Brian Teal, 6338 VANDERBILT AVE, DALLAS, TX 75214-3336
ddd. Barry Hancock, 4514 Travis Street, Suite 326, Dallas, Texas 75205
eee. Darryl Burke, 4637 Hallmark Dr., Dallas, TX 75229
fff. Steven Pollinger, 300 W 6th St #1700, Austin, TX 78701
ggg. Peter Ayers, 13809 Research Blvd. Austin, TX 78750
hhh. Jared Caplan, 7125 N. Janmar Dr., Dallas TX, 75230
iii. Ryan Parrott, 3100 Monticello Ave., Suite 725, Dallas, TX 75205
jjj. Randy Johnston, 3308 Oak Grove Avenue, Dallas, TX 75204
kkk. Larry Friedman, 5301 Spring Valley Road, Suite 200, Dallas, Texas 75254
lll. J. Kyle Bass, 2101 Cedar Springs Road, Suite 1400, Dallas, Texas 75201
mmm. Clint Carlson, 2100 McKinney Avenue, Suite 1800, Dallas, TX 75201
nnn. Chad Bushaw, 301 Measure Rd., Weatherford, TX 76088
ooo. Stephen Jones, 1 Cowboys Pkwy, Irving, TX 75063
ppp. Dick Sayles, 1201 Elm St #4400, Dallas, TX 75270
qqq. Barry Sorrels, 2311 Cedar Springs Road, Suite 250, Dallas, TX 75201
rrr. Ben C. Martin, 3219 McKinney Ave, Ste. 100, Dallas, TX 75204
sss. Roderick Dorman, and 865 South Figueroa St., Suite 2900, Los Angeles, CA 90017
ttt. James Balthazar, 10759 Mapleridge Dr., Dallas, TX 75238
uuu. William Ackman, 90 E. 42nd St., New York, NY 10017
vvv. James Chanos, 20 West 55th Street, New York, NY 10019
www. Leon Cooperman, 88 Pine St., New York, NY 10005
xxx. Robert D. Crain resides in Dallas County, Texas and may be served at 3024, Rosedale Ave., Dallas, TX 75205-1452.
yyy. Kevin Smith resides in Dallas County, Texas.
zzz. Jason Mackey resides in Dallas County, Texas and may be served at 5646 Milton Street, Suite 550, Dallas, TX 75206.
aaaa. Amy Abboud Ware resides in Dallas County, Texas and may be served at 4208 Armstrong Pkwy., Dallas, TX 75205.
bbbb. David M. Sochia, 6602 NONESUCH CT, DALLAS, TX 75214-3411
cccc. Theodore Stevenson, 3629 ROSEDALE AVE, DALLAS, TX 75205-1227

3. Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last-known residential and employment addresses and telephone numbers of the persons who made said interviews and the names and present or last-known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

a. Terri Roberts, 7668 Mountainview Rd., Aubrey, Texas 76227
b. State Bar of Texas Board of Directors, Commission for Lawyer Discipline, Board of Disciplinary Appeals, law enforcement officers.

4. Identify all photographs, diagrams, or other representations made in connection with the matter in litigation, giving the name and present or last-known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu thereof, a copy can be attached.)

| **NOS.** | **EXHIBIT DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| | Accident report prepared by Deputy Sheriff (filed with business records affidavit on ) | | |
| | Photograph of side of Chelsea Davis's vehicle taken at scene of accident (filed with business records affidavit on March 28, 2014) | | |
| | Photograph of back of Chelsea Davis's vehicle taken at scene of accident (filed with business records affidavit on) | | |
| | Photograph of front bumper of Chelsea Davis's vehicle taken at scene of accident (filed with business records affidavit on) | | |
| | Photograph of side of Chelsea Davis's vehicle taken at scene of accident (filed with business records affidavit on) | | |
| | Report of accident | | |

| | | | |
|---|---|---|---|
| | | | |
| | Notes made at scene of accident | | |
| | Affidavit of Chelsea Davis's Attorney Fees | | |
| | Demonstrative exhibit: calendar | | |
| | Affidavit of Lawrence Hamilton | | |
| | Cost of Service Affidavits | | |
| | Certified Police Reports<br>(redacted) | | |
| | "APPLICATION FOR EX PARTE PROTECTIVE ORDER UNDER TEX. CODE CRIM. PROC. ART. 7A," CAUSE NO. DF-13-19281 | | |
| | "TEMPORARY EX PARTE PROTECTIVE ORDER", CAUSE NO. DF-13-19281 | | |
| **B** | Pictures of Samuel F. Baxter | | |
| **C** | Pictures of Leslie D. Ware | | |
| **A** | Pictures of Chelsea L. Davis, including those showing bruises and injuries | | |
| | Cards to Leslie D. Ware from Chelsea L. Davis | | |
| | Phone records of Chelsea Davis, Leslie Ware, Samuel Baxter, and McKool Smith P.C. | | |
| **D** | Text Message from Samuel Baxter | | |
| | Additional pictures | | |
| | Picture of truck following Chelsea Davis | | |
| | Pictures of Chelsea Davis's residence and former | | |

| | | | |
|---|---|---|---|
| | residences, Leslie Ware's offices, McKool Smith P.C.'s offices | | |
| | Transcripts of 9-1-1 phone calls | | |
| | Recorded phone calls between Chelsea Davis and Leslie Ware | | |
| | Videos of Leslie Ware | | |
| | Additional Videos | | |
| | Recorded phone calls between Chelsea Davis and others | | |
| | Affidavits of witnesses and persons affected | | |
| | Lease agreements signed by Leslie Ware for his women | | |
| | Lease agreements for Chelsea Davis | | |
| | IRS records | | |
| | Employment records | | |
| | Wage records for McKool Smith P.C. | | |
| | Wage records of Leslie Ware and associated entities | | |
| | Hotel receipts showing proof of hotel stay | | |
| | Receipts of paramour expenses | | |
| | Documented proof of cash | | |
| | Travel receipts | | |
| | Professional receipts, expenses and invoices | | |
| | Letters | | |
| | Transcripts | | |

**I have originals, along with copies in secret locations, and Google Inc., AT&T, Chris**

**Knox, Private Investigator/Computer Forensics service.**

5. Give the name, professional address, and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

Licensed professional counselors and social workers, patent law expert, damages expert, human trafficking expert, life counselors, health planned parenthood director, Equal Pay expert, women's rights expert, representative of the Catholic Church, representative of the Southern Baptist Convention, Delaware Right To Life, Delaware Pro-Life Coalition, Dentist with experience on board of dental professional regulation, Lawyer with experience on board for state bar, professor of legal ethics.

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including: (a) The name and address of all companies insuring the risk; (b) The policy number(s); (c) The type of insurance; (d) The amounts of primary, secondary, and excess coverage.

Progressive car insurance policy, Spartan insurance policy, Golden Rule Health Insurance Policy.

7. (Additional interrogatory to be answered by a personal injury litigation plaintiff only) Give the name, professional address, and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten year period immediately prior to the date of the incident at issue in this litigation.

Dr. Andrew Gottesman, 7515 Greenville Ave., Suite 706, Dallas, Texas 75231, (214) 360-9877.
Dr. Darryl Kawalsky, North Texas Heart Center, 8440 Walnut Hill Ln., Suite 700, Dallas, TX 75231
Dr. Gregg Small, (214) 265-6001, drgregglsmall@sbcglobal.net
Dr. Kathryn Dao, (214) 373-4321, 9900 N. Central Expwy., Suite 550, Dallas, TX 75231
Dr. Wayne Jones
Duke University Hospital - through Varsity Athletics/Cheerleader
Dr. Glen Burnett, 8210 Walnut Hill Ln., #230, Dallas, TX 75230

I provide photocopies of existing documentary evidence relating to special damages (or, in lieu thereof, a brief sworn statement as to any item not included as to the reason of its nonavailability and a specific undertaking as to when it will be made available).

In any case in which lost wages or salary is claimed, photocopies of pertinent portions of the income tax returns of the plaintiff or plaintiffs for the past 3 years either (a) as an exhibit to the complaint, or (b) contained in a sealed envelope, or (c) a sworn statement that the copies of the returns are in the plaintiff's possession or have been applied for and a specific undertaking to supply them forthwith and without further request when an appearance is made on behalf of the defendant.

(ii) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

1. I have pictures, videos, emails, texts, phone records, financial records, parking receipts, hotel receipts, business records, recorded phone calls, etc. in the cloud.

(iii) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

1. I claim attorney-client privilege with respect to certain damages claimed, including billing records of my law firm, such that all disclosures will be provided under seal pending response to admissions identifying which clients were Leslie Ware's entities and which clients were not associated with him.

| Attorney Fees | Hourly Rate | Annual Hours | Annual Lodestar |
|---|---|---|---|
| Chelsea L. Davis, Attorney | $ 350.00 | 2500 | $ 875,000 |

Damages and Exemplary Damages $100,000,000.

(iv) for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

See additional pages and attachments incorporated by reference herein. I have requested electronic copies of my taxes for disclosure and will disclose as soon as possible, incorporated verification herein.

Dated: May 11, 2015

Respectfully submitted,

/s/Chelsea L. Davis
Chelsea L. Davis, *Pro-Se*
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

**CERTIFICATE OF SERVICE**

Because I am pro-se, I certify that service of this ex-parte motion is not required. However, as a courtesy, I have served the following counsel listed below by email on this date to:

trevor.jefferies@aporter.com, vgriffith@velaw.com, jmckey@kendalllawgroup.com, lmccathern@mccathernlaw.com, lstevens@lstevenslaw.com, rmiller@miller-brown.com, cmadden@miller-brown.com, kstone@grayreed.com, jribman@lrmlaw.com, don.colleluori@figdav.com, erin.dwyer@figdav.com, blidji@ldhlaw.com, abain@gbfamilylaw.com, rwells@abernathy-law.com, jthallesq@gmail.com, vlewis@gibsondunn.com, wdawson@gibsondunn.com, bwilliams@gibsondunn.com, cherring@herring-irwin.com, lfriedman@fflawoffice.com, george.lamb@bakerbotts.com

and by email to the State Bar of Texas at john.sirman@texasbar.com, Linda Acevedo at linda.acevedo@texasbar.com, Susan Farris at susan.farris@texasbar.com, and Ben Selman at selman@namanhowell.com.

Dated: May 11, 2015

/s/Chelsea L. Davis

Chelsea L. Davis, *Pro-Se*

Trevor R. Jefferies
TX Bar No. 00790963
Arnold & Porter LLP
700 Louisiana Street, Suite 1600, Houston, Texas 77002
Telephone: +1 713-576-2403
Cell Phone: +1 713-530-8243
trevor.jefferies@aporter.com
ATTORNEY FOR JAMES CHANOS

Vanessa Griffith
TX Bar No. 00790469
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700, Dallas, TX 75201-2975
Tel +1.214.220.7713
Fax +1.214.999.7713
vgriffith@velaw.com
ATTORNEY FOR CLINT CARLSON

Jamie McKey
TX Bar No. 24045262
Kendall Law Group
3232 McKinney Ave Ste 700, Dallas, TX 75204
Tel: 214-744-3000
jmckey@kendalllawgroup.com
ATTORNEY FOR LEON COOPERMAN

Levi G. McCathern, II
TX Bar No. 00787990
McCathern, PLLC
3710 Rawlins St., Suite 1600, Dallas, Texas 75219
Tel: 214.741.2662
Fax: 214.741.4717
lmccathern@mccathernlaw.com
ATTORNEY FOR STEPHEN JONES

Lewis T. Stevens
TX Bar No. 24031366
131 East Exchange Ave., No. 204, Fort Worth, TX 76164
Tel: 817-332-4466
Fax: 817-332-4476
lstevens@lstevenslaw.com
ATTORNEY FOR CHAD BUSHAW

J. Robert Miller Jr.

TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com
400 South Ervay Street, Dallas, Texas 75201-5513
Tel: (214) 748-7600
Fax: (214) 204-9134
ATTORNEY FOR LESLIE D. WARE

KEN STONE
TX BAR NO. 19296300
James Wyatt "JAMIE" RIBMAN
TX Bar No. 00797762
Gray Reed & McGraw P.C., 1601 Elm Street, Suite 4600, Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com
jribman@lrmlaw.com
ATTORNEY FOR HARLAN R. CROW

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza, 901 Main St Ste 3400, Dallas, TX  75202
Phone: 214-939-2007
FAX:  214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com
ATTORNEYS FOR McKOOL SMITH P.C.

Brian M. Lidji
Lidji Dorey & Hooper or Lidji & Dorey
500 N. Akard, Suite 3500, Dallas, TX 75201
Tel: 214-774-1220
Fax: 214-774-1212
blidji@ldhlaw.com
ATTORNEY FOR LESLIE D. WARE AND SAMUEL F. BAXTER

Angeline L. Bain
TX BAR NO. 01546650
Goranson Bain, PLLC, 8350 N. Central Expy, Ste.1700, Dallas, TX 75206
P 214.373.7676
F 214.373.9959

abain@gbfamilylaw.com
ATTORNEY FOR LESLIE D. WARE

Ross Quentin Wells
TX Bar No. 24047087
Abernathy, Roeder, Boyd & Joplin, P.C. or Abernathy Roeder Boyd & Hullett PC
1700 Redbud Boulevard, Suite 300, McKinney, TX 75069
Phone: (214) 544-4000
Fax: (214) 544-4040
rwells@abernathy-law.com
ATTORNEY FOR SAMUEL F. BAXTER

Jeff Hall
TX BAR NO. 00787622
1717 McKinney Avenue, Suite 700, Dallas, TX 75202
Tel: 214-593-6446
Fax: 214-593-6410
jthallesq@gmail.com
ATTORNEY FOR LESLIE D. WARE

Veronica S. Lewis, Texas Bar No. 24000092
v lewis@gibsondunn.com
William B. Dawson, Texas Bar No. 05606300
wdawson@gibsondunn.com
Benjamin D. Williams, Texas Bar No. 24072517
bwilliams@gibsondunn.com
Gibson Dunn, 2100 McKinney Avenue, Suite 1100, Dallas, TX 75201-6912
Tel: +1 214.698.3100
Fax: +1 214.571.2900
ATTORNEYS FOR LESLIE D. WARE

CHARLES "Chuck" HERRING Jr.
Texas Bar No. 09534100
1411 West Avenue, Ste 100, Austin, TX 78701
Tel: 512-320-0665
Fax: 512-519-7580
cherring@herring-irwin.com
ATTORNEY FOR MCKOOL SMITH P.C.

Lawrence J. Friedman
Texas Bar No. 07469300
5301 Spring Valley, Suite 200, Dallas, Texas 75254
Tel: (972) 788-1400
Fax: (972) 788-2667
lfriedman@fflawoffice.com

George C. Lamb III
Texas Bar No. 11836700
Baker Botts LLP, 2001 Ross Ave. Ste. 600, Dallas, TX 75201
Tel: 214-953-6659
Fax: 214-661-4659
george.lamb@bakerbotts.com
ATTORNEY FOR C. RODERICK PHELAN II