# VERIFICATION

STATE OF Delaware,

COUNTY OF New Castle

BEFORE ME the undersigned Notary Public personally appeared on this day Chelsea Lynn Davis who, after being duly sworn, stated on her oath that she has read the document she types and submits to the court dated ______________ and that every factual statement contained therein is within her personal knowledge at this time and is true and correct. This Verification was acknowledged before me on this the sixth day of May 2015 by Chelsea Lynn Davis, the attorney issued TX Bar No. 24059652.

SIGNED on this the 6 day of May, 2015.

Chelsea L. Davis

Chelsea L. Davis
TX Driver's License No. 24059652

SIGNED AND SWORN TO BEFORE ME by the said Chelsea L. Davis on this the 6th day of May, 2015, to certify which witness my hand and official seal.

JENNIFER L. LYONS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 09, 2018

Notary Public in and for the State of Delaware