**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

Chelsea L. Davis

v.

McKool Smith P.C., State Bar of Texas, Baker Botts LLP, Asarco LLC, Leslie D. Ware, PanOptis LLP, Harlan R. Crow, Crow Holdings Capital Partners LLC, Samuel F. Baxter, Mark Werbner, Sayles Werbner P.C., C. Roderick Phelan, Lawrence J. Friedman, Chief Disciplinary Counsel Linda Acevedo, Robin Case, Ben Selman, Susan Farris, Edgar Nace, Jaye Crowder, Eric Aguilar, Dallas County, Collin County, Travis County, The Town of Highland Park, The Town of Addison, Texas Health Presbyterian Hospital Dallas, Southern Methodist University, Angeline Bain, Brian Lidji, Emily Tobolowsky, Jill Willis, Pershing Square Capital Management LP, Hayman Capital Management LP, Carlson Capital LP, Kynikos Associates LP, Omega Advisors Inc., Colt Ventures, and Dallas Cowboys Football Club, Ltd.

**NO. 1:15-cv-341**

**JURY TRIAL DEMANDED**

**NOTICE OF ISSUANCE OF SUBPOENAS; AND NOTICE OF QUASHING OF SUBPOENA TO ME TO APPEAR AND TESTIFY AT A HEARING OR TRIAL, IF ANY, BECAUSE NO SCHEDULING ORDER, HEARING OR TRIAL HAS YET BEEN SET OR WAIVED, BUT A FIRST HEARING WILL BE HAD AND NOTICED FOR JUNE 2015 IN WILMINGTON, DELAWARE BEFORE THE HONORABLE SUE ROBINSON; NOTICE OF OBJECTION TO A MAGISTRATE JUDGE**

I, Chelsea L. Davis (herein referred to as “Chelsea”, “Chelsea Davis” or in the first person), hereby submit this NOTICE OF ISSUANCE OF SUBPOENAS AND QUASHING OF ANY SUBPOENAS DIRECTED TO ME, IF ANY, BECAUSE NO SCHEDULING ORDER, HEARING OR TRIAL HAS YET BEEN SET OR WAIVED, BUT A FIRST HEARING WILL BE HAD AND NOTICED FOR JUNE 2015 IN WILMINGTON, DELAWARE BEFORE THE HONORABLE SUE ROBINSON.

I provide the attached subpoenas issued by the United States District Court to Velva L. Price, Travis County District Clerk, Texas; Linda Acevedo, Chief Disciplinary Counsel, State Bar of Texas; Christine McKeeman, Board of Disciplinary Appeals, State Bar of Texas; Mary Murphy, Fifth District Court of Appeals, Dallas, Texas; Texas Department of Public Safety, Chairman, Cynthia Leon; Texas Attorney General Ken Paxton; Joel T. Williams III Mayor, The Town of Highland Park, Texas; Michelle Hunter, Executive Director, State Bar of Texas; Andrea Stroh, Collin County District Clerk; Felicia Pitre, Dallas County District Clerk; Addison Municipal Court, Clerk, Addison, Texas; Donald Colleluori (TX Bar No. 04581950). I do so through the miscellaneous file number opened in the United States District Court for the Eastern District of Texas, which is where I file in paper using my active pro-se filer login id and password, which is within 100 miles of or within the state where the person is (or is to become) a party or a party's officer for each of the persons I subpoenaed (excluding myself) who each reside or regularly transact business in both the District of Delaware and the State of Texas.

I hereby notice that service of process has not yet been but will be timely made on McKool Smith P.C., State Bar of Texas, Baker Botts LLP, Asarco LLC, Leslie D. Ware, PanOptis LLP, Harlan R. Crow, Crow Holdings Capital Partners LLC, Samuel F. Baxter, Mark Werbner, Sayles Werbner P.C., C. Roderick Phelan, Lawrence J. Friedman, Chief Disciplinary Counsel Linda Acevedo, Robin Case, Ben Selman, Susan Farris, Edgar Nace, Jaye Crowder, Eric Aguilar, Dallas County, Collin County, Travis County, The Town of Highland Park, The Town of Addison, Texas Health Presbyterian Hospital Dallas, Southern Methodist University, Angeline Bain, Brian Lidji, Emily Tobolowsky, Jill Willis, Pershing Square Capital Management LP, Hayman Capital Management LP, Carlson Capital LP, Kynikos Associates LP, Omega

Advisors Inc., Colt Ventures, and Dallas Cowboys Football Club, Ltd. in accordance with Rule 4 of the Federal Rules of Civil Procedure.

I certify that I have complied with Fed. R. Civ. P. 45(d).

I certify that I have not been commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises.

I certify that I need not appear in person at the place of production or inspection at George Allen Sr. Courts Building, 600 Commerce St., Dallas, TX 75202 on May 12, 2015 or on May 13, 2015.

To the extent a person argues that I have been commanded to appear and/or produce tangible things in May 2015, I hereby certify that I need not appear at the place of production.

I hereby serve a written objection to inspecting, copying, testing, or sampling any and all of my materials and to inspecting my premises and to producing electronically stored information in the form or forms requested, for example, under the Texas Rules of Appellate Procedure, which impose undue burden and expense on me.

I reserve my right to move the court for the district where compliance is required, if at all, for an order compelling production or inspection. I object to lack of requirements directed in any order. I object to any order that fails to protect me as neither a party nor a party's officer from significant expense resulting from compliance. I cannot fly from Delaware to Texas today or tomorrow because I have family obligations, including a last minute memorial to attend several hundred miles away in a different direction. I object to notice because I have not received notice that I am a commanded person.

On timely motion to the court for the district where compliance is required, I move to

quash a subpoena that: fails to allow me a reasonable time to comply; requires me to comply beyond the geographical limits specified in Rule 45(c); requires me to disclose privileged or other protected matter, and no exception or waiver applies to me; and subjects me to undue burden, especially in light of my last minute memorial service and the notice that I am being harassed unlawfully by the State Bar of Texas, Texas and the Supreme Court of Texas, through its officers (excluding myself), to maliciously testify against myself in violation of my civil rights, including my Fifth Amendment rights.

Courts have a duty to protect me as a victim of human trafficking and as a person who may be affected by a subpoena. Accordingly, I move for the United States District Court for the district where compliance is required to quash the subpoena because it requires disclosing a trade secret or other confidential research, development, or commercial information; or disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party. I object to qualification of expert as expert because such expert has never met me.

I attach the following thing "Subpoena To Chelsea L. Davis" directed to myself and "Complaint" for the limited purpose of showing a substantial need for the testimony or material from myself that may not be otherwise met without undue hardship, which need may only be met by hearing my testimony in Delaware. Under Fed. R. Civ. P. 45(d)(3)(C), the court, as the serving party, may order appearance and production if the Court ensures that I, as the subpoenaed person, will be reasonably compensated.

I also provide along with proof of service in the appropriate forum along with the summons and my complaint in *Chelsea L. Davis v. McKool Smith P.C. et al,* 1:15-cv-341 (D.

Del. opened April 29, 2015) against Named Defendants McKool Smith P.C., State Bar of Texas, Baker Botts LLP, Asarco LLC, Leslie D. Ware, PanOptis LLP, Harlan R. Crow, Crow Holdings Capital Partners LLC, Samuel F. Baxter, Mark Werbner, Sayles Werbner P.C., C. Roderick Phelan, Lawrence J. Friedman, Chief Disciplinary Counsel Linda Acevedo, Robin Case, Ben Selman, Susan Farris, Edgar Nace, Jaye Crowder, Eric Aguilar, Dallas County, Collin County, Travis County, The Town of Highland Park, The Town of Addison, Texas Health Presbyterian Hospital Dallas, Southern Methodist University, Angeline Bain, Brian Lidji, Emily Tobolowsky, Jill Willis, Pershing Square Capital Management LP, Hayman Capital Management LP, Carlson Capital LP, Kynikos Associates LP, Omega Advisors Inc., Colt Ventures, and Dallas Cowboys Football Club, Ltd., and *Chelsea L. Davis v. State of Texas et al,* 1:15-cv-377 (D.Del. opened May 11, 2015) against State of Texas, Supreme Court of Texas, Board of Disciplinary Appeals and Commission for Lawyer Discipline, for the limited purpose of quashing subpoena and abating disciplinary matters and/or "proceedings" in Texas in favor of the active civil action in the United States District Court for the District of Delaware.

I object to "Acknowledgment of Receipt for F.R.Civ.P. 4" at Doc. 1-2, Page ID#110, as a trick, duress, admissible only to show evidence of public corruption, and I move to strike it. Do I have scarlet letter on my back or something that tells every court to block my access or are McKool Smith P.C., Harlan Crow, Leslie Ware and the State Bar of Texas so powerful that they control every clerk in every court in this country? When I attempted to file in Delaware, having never been there before, the clerk told me I had to sign this "Acknowledgment of Receipt for F.R.Civ.P. 4" at Doc. 1-2, Page ID#110. It seemed strange, but I did not question her, not because I am incompetent, but because I expect court employees to do their job instead of

advocate for rapists and sex traffickers by forcing victims like myself to sign crap they make up to deprive me of my rights. I do not acknowledge receipt of a summons. I object because it is not my responsibility to serve myself with a Texas summons that I never received. I hereby order Document 1-2 unfiled due to fraud of the clerk, admissible to show public corruption and proof of ongoing racketeering in support of my cause of action of racketeering against the State Bar of Texas.

I object to notice. I have not received notice. I object to consent. I DO NOT CONSENT!!! I object to a magistrate judge. I object to reference of a civil case to a magistrate judge. I move to strike and dismiss McKool Smith P.C.'s and R. Brian Teal's alleged "motion" to "seal" in a non-case.

I object to Tex. Gov't Code Sec. 81.073-074 as void. I provide notice that the State of Texas is enjoined from applying Chapter 81 of the Texas Government Code to harass or harm me.

Texas Government Code at Tex. Gov't Code § 74.094, which is unconstitutional, provides:

> (a) A district or statutory county court judge may hear and determine a matter pending in any district or statutory county court in the county regardless of whether the matter is preliminary or final or whether there is a judgment in the matter. The judge may sign a judgment or order in any of the courts regardless of whether the case is transferred. The judgment, order, or action is valid and binding as if the case were pending in the court of the judge who acts in the matter. The authority of this subsection applies to an active, former, or retired judge assigned to a court having jurisdiction as provided by Subchapter C.
> (b) The judges shall try any case and hear any proceeding as assigned by the local administrative judge.
> (c) The clerk shall file, docket, transfer, and assign the cases as directed by the local administrative judge in accordance with the local rules.
> (d) Judges of district courts and statutory county courts may serve as masters and magistrates of courts, other than their own, subject to other provisions of law and court rules.

> (e) A judge who has jurisdiction over a suit pending in one county may, unless objected to by any party, conduct any of the judicial proceedings except the trial on the merits in a different county.
> (f) A pretrial judge assigned to hear pretrial matters in related cases under Rule 11, Texas Rules of Judicial Administration, may hold pretrial proceedings and hearings on pretrial matters for a case to which the judge has been assigned in:
> (1) the county in which the case is pending; or
> (2) a county in which there is pending a related case to which the pretrial judge has been assigned.

Texas courts have to tell me where my "case" is in order for me to defend myself against it, even prior to filing. The State Bar of Texas should not have all the power of the Department of Homeland Security to spy on everyone as if every lawyer was a potential terrorist about to blow the cover of the tyrannical regime which is the State Bar of Texas. No judge in Texas is qualified as a magistrate judge to hear anything or even hold a hearing because this "case" is in Delaware and has not been transferred or referred to Texas. No judge in Texas has subject matter jurisdiction. Venue is mandatory in Delaware.

The kangaroo court "reporter" is assigned to pick up all documents for me from the subpoenaed persons or their attorneys (excluding myself) who are planning to convene and who will likely be carrying the information requested in their possession at the same place within the next day or two such that it will be convenient for them to drop off extra copies to be electronically mailed to me at cdavis@chelseadavispc.com, faxed to me at 469-533-0466 and mailed to me in person at 400 New London Rd., Newark, DE 19711. I move to add John A. Cerino to the list of named defendants to be sued for racketeering. No magistrate judge may exercise any authority in this "case" BECAUSE I DO NOT CONSENT!!!

Dated: May 12, 2015

Respectfully submitted,

/s/Chelsea L. Davis
Chelsea L. Davis, *Pro-Se*

25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

**CERTIFICATE OF SERVICE**

Because I am pro-se, I certify that service of this notice is not required. However, as a courtesy, I serve the following counsel listed below by email on this date to:

trevor.jefferies@aporter.com, vgriffith@velaw.com, jmckey@kendalllawgroup.com, lmccathern@mccathernlaw.com, lstevens@lstevenslaw.com, rmiller@miller-brown.com, cmadden@miller-brown.com, kstone@grayreed.com, jribman@lrmlaw.com, don.colleluori@figdav.com, erin.dwyer@figdav.com, blidji@ldhlaw.com, abain@gbfamilylaw.com, rwells@abernathy-law.com, jthallesq@gmail.com, vlewis@gibsondunn.com, wdawson@gibsondunn.com, bwilliams@gibsondunn.com, cherring@herring-irwin.com, lfriedman@fflawoffice.com, george.lamb@bakerbotts.com

and by email to the State Bar of Texas at john.sirman@texasbar.com, Linda Acevedo at linda.acevedo@texasbar.com, Susan Farris at susan.farris@texasbar.com, and Ben Selman at selman@namanhowell.com.

Dated: May 12, 2015

/s/Chelsea L. Davis
Chelsea L. Davis, *Pro-Se*

Trevor R. Jefferies
TX Bar No. 00790963
Arnold & Porter LLP
700 Louisiana Street, Suite 1600, Houston, Texas 77002
Telephone: +1 713-576-2403
Cell Phone: +1 713-530-8243
trevor.jefferies@aporter.com
ATTORNEY FOR JAMES CHANOS

Vanessa Griffith
TX Bar No. 00790469
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700, Dallas, TX 75201-2975
Tel +1.214.220.7713
Fax +1.214.999.7713
vgriffith@velaw.com
ATTORNEY FOR CLINT CARLSON

Jamie McKey
TX Bar No. 24045262
Kendall Law Group
3232 McKinney Ave Ste 700, Dallas, TX 75204
Tel: 214-744-3000
jmckey@kendalllawgroup.com
ATTORNEY FOR LEON COOPERMAN

Levi G. McCathern, II
TX Bar No. 00787990
McCathern, PLLC
3710 Rawlins St., Suite 1600, Dallas, Texas 75219
Tel: 214.741.2662
Fax: 214.741.4717
lmccathern@mccathernlaw.com
ATTORNEY FOR STEPHEN JONES

Lewis T. Stevens
TX Bar No. 24031366
131 East Exchange Ave., No. 204, Fort Worth, TX 76164
Tel: 817-332-4466
Fax: 817-332-4476
lstevens@lstevenslaw.com
ATTORNEY FOR CHAD BUSHAW

J. Robert Miller Jr.
TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com
400 South Ervay Street, Dallas, Texas 75201-5513
Tel: (214) 748-7600
Fax: (214) 204-9134
ATTORNEY FOR LESLIE D. WARE

KEN STONE
TX BAR NO. 19296300
James Wyatt “JAMIE” RIBMAN
TX Bar No. 00797762
Gray Reed & McGraw P.C., 1601 Elm Street, Suite 4600, Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com

jribman@lrmlaw.com
ATTORNEY FOR HARLAN R. CROW

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza, 901 Main St Ste 3400, Dallas, TX 75202
Phone: 214-939-2007
FAX: 214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com
ATTORNEYS FOR McKOOL SMITH P.C.

Brian M. Lidji
Lidji Dorey & Hooper or Lidji & Dorey
500 N. Akard, Suite 3500, Dallas, TX 75201
Tel: 214-774-1220
Fax: 214-774-1212
blidji@ldhlaw.com
ATTORNEY FOR LESLIE D. WARE AND SAMUEL F. BAXTER

Angeline L. Bain
TX BAR NO. 01546650
Goranson Bain, PLLC, 8350 N. Central Expy, Ste.1700, Dallas, TX 75206
P 214.373.7676
F 214.373.9959
abain@gbfamilylaw.com
ATTORNEY FOR LESLIE D. WARE

Ross Quentin Wells
TX Bar No. 24047087
Abernathy, Roeder, Boyd & Joplin, P.C. or Abernathy Roeder Boyd & Hullett PC
1700 Redbud Boulevard, Suite 300, McKinney, TX 75069
Phone: (214) 544-4000
Fax: (214) 544-4040
rwells@abernathy-law.com
ATTORNEY FOR SAMUEL F. BAXTER

Jeff Hall
TX BAR NO. 00787622
1717 McKinney Avenue, Suite 700, Dallas, TX 75202
Tel: 214-593-6446
Fax: 214-593-6410
jthallesq@gmail.com

ATTORNEY FOR LESLIE D. WARE

Veronica S. Lewis, Texas Bar No. 24000092
v lewis@gibsondunn.com
William B. Dawson, Texas Bar No. 05606300
wdawson@gibsondunn.com
Benjamin D. Williams, Texas Bar No. 24072517
bwilliams@gibsondunn.com
Gibson Dunn, 2100 McKinney Avenue, Suite 1100, Dallas, TX 75201-6912
Tel: +1 214.698.3100
Fax: +1 214.571.2900
ATTORNEYS FOR LESLIE D. WARE

CHARLES “Chuck” HERRING Jr.
Texas Bar No. 09534100
1411 West Avenue, Ste 100, Austin, TX 78701
Tel: 512-320-0665
Fax: 512-519-7580
cherring@herring-irwin.com
ATTORNEY FOR MCKOOL SMITH P.C.

Lawrence J. Friedman
Texas Bar No. 07469300
5301 Spring Valley, Suite 200, Dallas, Texas 75254
Tel: (972) 788-1400
Fax: (972) 788-2667
lfriedman@fflawoffice.com

George C. Lamb III
Texas Bar No. 11836700
Baker Botts LLP, 2001 Ross Ave. Ste. 600, Dallas, TX 75201
Tel: 214-953-6659
Fax: 214-661-4659
george.lamb@bakerbotts.com
ATTORNEY FOR C. RODERICK PHELAN II