# UNITED STATES DISTRICT COURT

for the

D. Del.

| | | |
|---|---|---|
| Chelsea L. Davis<br>*Plaintiff*<br>v.<br>McKool Smith P.C. et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:15-cv-341 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Velva L. Price, Travis County District Clerk
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
A copy of all documents, communications, minutes and transcripts relating to Chelsea Lynn Davis, TX Bar No. 24059652, D.O.B 5/6/82, in format for Exhibits under Texas Rules of Appellate Procedure.

| Place: George L. Allen Sr. Courts Bldg.<br>600 Commerce St.; 6th Floor West<br>Dallas, TX 75202 | Date and Time: Auxiliary Courtroom 6D<br>Wed. May 13, 2015, 1:30pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5-11-2015

CLERK OF COURT [signature] OR Chelsea L. Davis

*Signature of Clerk or Deputy Clerk* — *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chelsea L. Davis, who issues or requests this subpoena, are:
25 Highland Park Vlg. Ste. 100-830, Dallas, TX 75205 cdavis@chelseadavispc.com 469-426-5850

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

D. Del.

| | | |
|---|---|---|
| Chelsea L. Davis<br>*Plaintiff*<br>v.<br>McKool Smith P.C. et al<br>*Defendant* | ) | Civil Action No. 1:15-cv-341 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Linda Acevedo, Chief Disciplinary Counsel, State Bar of Texas

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

A copy of all documents, communications, minutes and transcripts relating to Chelsea Lynn Davis, TX Bar No. 24059652, D.O.B 5/6/82, in format for Exhibits under Texas Rules of Appellate Procedure.

| Place: George L. Allen Sr. Courts Bldg.<br>600 Commerce St.; 6th Floor West<br>Dallas, TX 75202 | Date and Time: Auxiliary Courtroom 6D<br>Wed. May 13, 2015; 1:30 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5-6-2015

*CLERK OF COURT*

[signature]
*Signature of Clerk or Deputy Clerk*

OR

Chelsea L. Davis
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chelsea L. Davis, who issues or requests this subpoena, are:

25 Highland Park Vlg. Ste. 100-830
Dallas, TX 75205
cdavis@chelseadavispc.com
469-426-5850

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

D. Del.

| | | |
|---|---|---|
| Chelsea L. Davis<br>*Plaintiff*<br>v.<br>McKool Smith P.C. et al<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 1:15-cv-341 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Christine McKeeman, Board of Disciplinary Appeals, State Bar of Texas

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
A copy of all documents, communications, minutes and transcripts relating to Chelsea Lynn Davis, TX Bar No. 24059652, D.O.B 5/6/82, in format for Exhibits under Texas Rules of Appellate Procedure.

| Place: George L. Allen Sr. Courts Bldg. 600 Commerce St.; 6th Floor West Dallas, TX 75202 | Date and Time: Auxiliary Courtroom 6D Wed. May 13, 2015, 1:30pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5-6-2015

*CLERK OF COURT*

[signature]
*Signature of Clerk or Deputy Clerk*

OR

Chelsea L. Davis
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chelsea L. Davis, who issues or requests this subpoena, are:
25 Highland Park Vlg. Ste. 100-830
Dallas, TX 75205
cdavis@chelseadavispc.com
469-426-5850

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

D. Del.

| | | |
|---|---|---|
| Chelsea L. Davis<br>*Plaintiff*<br>v.<br>McKool Smith P.C. et al<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 1:15-cv-341 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Mary Murphy, Fifth District Court of Appeals, Dallas, Texas
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
A copy of all documents, communications, minutes and transcripts relating to Chelsea Lynn Davis, TX Bar No. 24059652, D.O.B 5/6/82, in format for Exhibits under Texas Rules of Appellate Procedure.

| Place: George L. Allen Sr. Courts Bldg. 600 Commerce St., 6th Floor West Dallas, TX 75202 | Date and Time: Auxiliary Courtroom 6D Wed. May 13, 2015, 1:30pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5-6-2015

CLERK OF COURT

[signature]
*Signature of Clerk or Deputy Clerk*

OR

Chelsea L. Davis
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chelsea L. Davis, who issues or requests this subpoena, are:
25 Highland Park Vlg. Ste. 100-830 Dallas, TX 75205 cdavis@chelseadavispc.com 469-426-5850

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

D.Del.

| | | |
|---|---|---|
| Chelsea L. Davis<br>*Plaintiff*<br>v.<br>McKool Smith P.C. et al<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 1:15-cv-341 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Texas Department of Public Safety, Chairman, Cynthia Leon

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

A copy of all documents, communications, minutes and transcripts relating to Chelsea Lynn Davis, TX Bar No. 24059652, D.O.B 5/6/82, in format for Exhibits under Texas Rules of Appellate Procedure.

| Place: George L. Allen Sr. Courts Bldg.<br>600 Commerce St.; 6th Floor West<br>Dallas, TX 75202 | Date and Time: Auxiliary Courtroom 6D<br>Wed. May 13, 2015; 1:30pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5-6-2015

CLERK OF COURT

[signature]
*Signature of Clerk or Deputy Clerk*

OR

Chelsea L. Davis
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chelsea L. Davis, who issues or requests this subpoena, are:

25 Highland Park Vlg. Ste. 100-830
Dallas, TX 75205
cdavis@chelseadavispc.com
469-426-5850

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

D. Del.

| | | |
|---|---|---|
| Chelsea L. Davis<br>*Plaintiff*<br>v.<br>McKool Smith P.C. et al<br>*Defendant* | ) | Civil Action No. 1:15-cv-341 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Texas Attorney General Ken Paxton
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
A copy of all documents, communications, minutes and transcripts relating to Chelsea Lynn Davis, TX Bar No. 24059652, D.O.B 5/6/82, in format for Exhibits under Texas Rules of Appellate Procedure.

| Place: George L. Allen Sr. Courts Bldg. 600 Commerce St., 6th Floor West Dallas, TX 75202 | Date and Time: Auxiliary Courtroom 6D Wed. May 13, 2015, 1:30pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5-6-2015

*CLERK OF COURT*

[signature]
*Signature of Clerk or Deputy Clerk*

OR

Chelsea L. Davis
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chelsea L. Davis, who issues or requests this subpoena, are:
25 Highland Park Vlg. Ste. 100-830
Dallas, TX 75205
cdavis@chelseadavispc.com
469-426-5850

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

D.Del.

Chelsea L. Davis
*Plaintiff*
v.
McKool Smith P.C. et al
*Defendant*

Civil Action No. 1:15-CV-341

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Joel T. Williams, III, Mayor, The Town of Highland Park, Texas
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
A copy of all documents, communications, minutes and transcripts relating to Chelsea Lynn Davis, TX Bar No. 24059652, D.O.B 5/6/82, in format for Exhibits under Texas Rules of Appellate Procedure.

| Place: George L. Allen Sr. Courts Bldg. 600 Commerce St.; 6th Floor West Dallas, TX 75202 | Date and Time: Auxiliary Courtroom 6D Wed. May 13, 2015; 1:30pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5-6-2015

*CLERK OF COURT*

[signature]
*Signature of Clerk or Deputy Clerk*

OR

Chelsea L. Davis
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chelsea L. Davis, who issues or requests this subpoena, are:
25 Highland Park Vig. Ste. 100-830
Dallas, TX 75205
cdavis@chelseadavispc.com
469-426-5850

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

D. Del.

| | | |
|---|---|---|
| Chelsea L. Davis<br>*Plaintiff*<br>v.<br>Mckool Smith P.C. et al<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 1:15-cv-341 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Michelle Hunter, Executive Director, State Bar of Texas

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: A copy of all documents, communications, minutes and transcripts relating to Chelsea Lynn Davis, TX Bar No. 24059652, in format for Exhibits T.R.A.P.

| Place: George L. Allen Sr. Courts Bldg. 600 Commerce St., 6th Floor West Dallas, TX 75202 | Date and Time: Auxiliary Courtroom 6D Wed. May 13, 2015; 1:30 pm |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ~~5/6/2015~~ MAY 11 2015

CLERK OF COURT

E. Gheone

*Signature of Clerk or Deputy Clerk*

OR

Chelsea L. Davis

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chelsea L. Davis, who issues or requests this subpoena, are:

25 Highland Park Vlg. Ste. 100-830, Dallas, TX 75205
cdavis@chelseadavispc.com, 469-426-5850

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

D. Del.

Chelsea L. Davis
*Plaintiff*
v.
McKool Smith P.C. et al
*Defendant*

Civil Action No. 1:15-cv-341

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Andrea Stroh, Collin County District Clerk
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
A copy of all documents, communications, minutes and transcripts relating to Chelsea Lynn Davis, TX Bar No. 24059652, D.O.B 5/6/82, in format for Exhibits under Texas Rules of Appellate Procedure.

| Place: George L. Allen Sr. Courts Bldg. 600 Commerce St.; 6th Floor West Dallas, TX 75202 | Date and Time: Auxiliary Courtroom 6D Wed. May 13, 2015, 1:30 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ~~5/6/2015~~ MAY 11 2015

*CLERK OF COURT*

E. Ghione
*Signature of Clerk or Deputy Clerk*

OR

Chelsea L. Davis
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chelsea L. Davis, who issues or requests this subpoena, are:
25 Highland Park Vlg. Ste. 100-830
Dallas, TX 75205
cdavis@chelseadavispc.com
469-426-5850

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

D. Del.

Chelsea L. Davis
*Plaintiff*
v.
Mckool Smith P.C. et al
*Defendant*

Civil Action No. 1:15-cv-341

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Felicia Pitre, Dallas County District Clerk
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
A copy of all documents, communications, minutes and transcripts relating to Chelsea Lynn Davis, TX Bar No. 24059652, D.O.B 5/6/82, in format for Exhibits under Texas Rules of Appellate Procedure.

| Place: George L. Allen Sr. Courts Bldg. 600 Commerce St.; 6th Floor West Dallas, TX 75202 | Date and Time: Auxiliary Courtroom 6D Wed. May 13, 2015; 1:30 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ~~5-6-2015~~ MAY 11 2015 cow

CLERK OF COURT

E. Ghione
*Signature of Clerk or Deputy Clerk*

OR

Chelsea L. Davis
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chelsea L. Davis, who issues or requests this subpoena, are:
25 Highland Park Vlg. Ste. 100-830
Dallas, TX 75205
cdavis@chelseadavispc.com
469-426-5850

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

D. Del.

| | | |
|---|---|---|
| Chelsea L. Davis<br>*Plaintiff*<br>v.<br>Mckool Smith P.C. et al<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 1:15-cr-341 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Addison Municipal Court Clerk, Addison, Texas
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
A copy of all documents, communications, minutes and transcripts relating to Chelsea Lynn Davis, TX Bar No. 24059652, D.O.B 5/6/82, in format for Exhibits under Texas Rules of Appellate Procedure.

| Place: | Date and Time: |
|---|---|
| George L. Allen Sr. Courts Bldg.<br>600 Commerce St.; 6th Floor West<br>Dallas, TX 75202 | Auxiliary Courtroom 6D<br>Wed. May 13, 2015, 1:30 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ~~5-6-2015~~ MAY 11 2015

*CLERK OF COURT*

E. Ghione
*Signature of Clerk or Deputy Clerk*

OR

Chelsea L. Davis
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chelsea L. Davis, who issues or requests this subpoena, are:
25 Highland Park Vlg. Ste. 100-830
Dallas, TX 75205
cdavis@chelseadavispc.com
469-426-5850

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

D. Del.

Chelsea L. Davis
*Plaintiff*
v.
McKool Smith P.C. et al
*Defendant*

Civil Action No. 1:15-cv-341

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Donald Colleluori (TX Bar No. 04581950)
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
A copy of all documents, communications, minutes and transcripts relating to Chelsea Lynn Davis, TX Bar No. 24059652, D.O.B 5/6/82, in format for Exhibits under Texas Rules of Appellate Procedure.

| Place: George L. Allen Sr. Courts Bldg. 600 Commerce St.; 6th Floor West Dallas, TX 75202 | Date and Time: Auxiliary Courtroom 6D Wed. May 13, 2015, 1:30pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ~~5-6-2015~~ MAY 11 2015

*CLERK OF COURT*

E. Ghione
*Signature of Clerk or Deputy Clerk*

OR

Chelsea L. Davis
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chelsea L. Davis, who issues or requests this subpoena, are:
25 Highland Park Vlg. Ste. 100-830 Dallas, TX 75205 cdavis@chelseadavispc.com 469-426-5850

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).