**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2015 MAY 11 PM 3:38

Chelsea L. Davis

v.

State of Texas, Supreme Court of Texas, Board of Disciplinary Appeals, and Commission for Lawyer Discipline

**NO.** 15 - 377
**JURY TRIAL DEMANDED**

## COMPLAINT

I, Chelsea L. Davis (hereinafter referred to as "Chelsea", "Chelsea Davis" or in the first person), hereby submit this, my Complaint against the State of Texas, the Supreme Court of Texas, Board of Disciplinary Appeals, and Commission for Lawyer Discipline (hereinafter collectively referred to as "Named Defendants"). If the State of Texas, through the Board of Disciplinary Appeals or otherwise, does not or cannot transfer this action to itself, then I request this United States District Court for the District of Delaware (hereinafter this Court) to enter an order to that effect as it would appear that the causes of action against Named Defendants herein are pending before this Court. This document is to be considered as a whole such that I sufficiently present each cause of action supported by facts alleged herein and declarations, affidavits, attachments and certificates attached hereto at any time and incorporated by reference herein. Discovery is to be conducted according to this Court's scheduling order to be issued.

## TABLE OF CONTENTS

I. Named Persons and Entities
II. Background Summary
III. Sufficiency of the Evidence
IV. Jurisdiction and Venue
V. Waiver of Eleventh Amendment Immunity

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

Chelsea L. Davis

v.

State of Texas, Supreme Court of Texas, Board of Disciplinary Appeals, and Commission for Lawyer Discipline

**NO.**
**JURY TRIAL DEMANDED**

## COMPLAINT

I, Chelsea L. Davis (hereinafter referred to as "Chelsea", "Chelsea Davis" or in the first person), hereby submit this, my Complaint against the State of Texas, the Supreme Court of Texas, Board of Disciplinary Appeals, and Commission for Lawyer Discipline (hereinafter collectively referred to as "Named Defendants"). If the State of Texas, through the Board of Disciplinary Appeals or otherwise, does not or cannot transfer this action to itself, then I request this United States District Court for the District of Delaware (hereinafter this Court) to enter an order to that effect as it would appear that the causes of action against Named Defendants herein are pending before this Court. This document is to be considered as a whole such that I sufficiently present each cause of action supported by facts alleged herein and declarations, affidavits, attachments and certificates attached hereto at any time and incorporated by reference herein. Discovery is to be conducted according to this Court's scheduling order to be issued.

## TABLE OF CONTENTS

I. Named Persons and Entities
II. Background Summary
III. Sufficiency of the Evidence
IV. Jurisdiction and Venue
V. Waiver of Eleventh Amendment Immunity

VI. Standing and Open Public Records
VII. Statement of Facts
VIII. MOTIONS FOR ANTI-SUIT INJUNCTION, AND TO QUASH AND SET ASIDE ALL CRIMINAL AND DISCIPLINARY/DISABILITY ALLEGATIONS AGAINST ME, EFFECTING A TEXAS "JUDICIAL PARDON"
IX. Theories of Liability, Including Liability of Common Employer
1. *Liability of Single Business Enterprise*
2. *Vicarious Liability*
3. *Actual Authority*
4. *Apparent Authority*
5. *Liability of Aider/Encourager*
6. *Exhaustion of Administrative Remedies*
X. Causes of Action
1. *Declaratory Judgment*
2. *Violations of, Deprivations of and/or Conspiracy To Interfere With Chelsea Davis's Rights, Liberty Interests and Property Interests Conferred On Her By 42 U.S.C. §§ 1981, 1983 et seq., Title VII, FLSA and the First, Fifth and Fourteenth Amendments of the Constitution of the United States, Including the Equal Protection Clause*
3. *State Tort Claims Act (Texas and/or Delaware)*
4. *Sexual Assault and/or Aggravated Sexual Assault*
5. *Assault*
6. *State Law Trafficking of Persons - Sex*
7. *State Law Trafficking of Persons - Forced Labor*
8. *Human Trafficking Under Federal Law - Forced Labor*
9. *Human Trafficking Under Federal Law - Sex*
10. *Harassment*
11. *Title VII/Fair Labor Standards Act Violations*
12. *Disability Discrimination Under State and Federal Law*
13. *Equal Pay Act - Wages and Overtime Under State and Federal Law*
14. *Quantum Meruit and Unjust Enrichment*
15. *Restitution*
16. *Unlawful Conspiracy To Commit Malicious Prosecution*
17. *Fraud On the Patent Office*
18. *Breach of Fiduciary Duties*
19. *Civil Conspiracy*
XI. Unconstitutional State Law/Rules/Regulations
XII. Attorney Fees
XIII. Damages
XIV. Notices and Injunctions
XV. Prayer
XVI. Demand for Jury Trial

## I. NAMED PERSONS AND ENTITIES

Service of summonses may be made on Named Defendants Defendant State of Texas, Defendant Supreme Court of Texas, Defendant Board of Disciplinary Appeals, Defendant Commission for Lawyer Discipline, Defendant United States, Defendant Texas Board of Pardons and Paroles, Defendant Texas Attorney General Ken Paxton and Defendant Texas Department of Public Safety wherever they may be found. I plead the discovery rule as a precaution because any delay from timely filing to present is due to the intentional misconduct of Named Defendants.

## II. BACKGROUND SUMMARY

Famous Attorney Melvin Belli instructed that the following sentence be written in his obituary decades after the State Bar of Texas maliciously sought to prevent him from practicing law in Texas courts: "Dallas is a sick, sick, sick city." To truly expose the Supreme Court of Texas for its anticompetitive and unconstitutional conduct in controlling which cases go forward in which courts and by which lawyers, the devil truly is in the details and the only way to learn is from the inside.

I, Chelsea L. Davis, currently live in Delaware. I am the attorney issued TX Bar No. 24059652 and USPTO Reg. No. 63791 (hereinafter referred to as "Chelsea" or "Chelsea Davis"). I am a licensed attorney in good standing in Texas and have been a member of the State Bar of Texas since 2007. I am also a licensed patent attorney in good standing with the United States Patent and Trademark Office. I was valedictorian of the Class of 2000 at Trinity Christian Academy in Dallas, Texas, and, in 2004, I graduated from Duke University Pratt School of Engineering with a Biomedical Engineering degree. While at Duke, I was a cheerleader and

pre-med. During my junior year, I invented a heart monitor to save my dad's life. I quickly became frustrated with the patent system and the Food and Drug Administration and decided to go to law school instead of medical school to fight the systems.

I attended a top law school and then went to work for Baker Botts LLP in Dallas, Texas, where I learned patent prosecution and defense-side patent litigation. I was also very active in the Dallas Bar and held several leadership positions. In spite of the economic downturn in 2009, I received a raise to go work for McKool Smith P.C., where I learned plaintiff-side patent litigation from the best in the business. Unfortunately, consistent with my initial impressions, the patent system, at least among patent trolls at the top of their game, is corrupt, and I sought to blow the whistle on those Named Defendants who are committing fraud on the patent office and this United States District Court for the District of Delaware to make hundreds of millions of dollars and to evade income taxes at the expense of the American public. I am a United States Patent Attorney acting under color of my federal office especially with regard to my duty of disclosure to disclose Named Defendants' fraud on the United States Patent and Trademark Office committed by financing certain patent litigation in which there is no case or controversy or any legitimate dispute, for example, because companies create foreign shell entities to sue themselves for patent infringement to pay damages instead of United States corporate income taxes.

I am also a victim of forced labor and sex trafficking, including threatened abuse of law and legal process by the State of Texas, which is ongoing, and I am being retaliated against by the State of Texas and Supreme Court of Texas for protected activity in complaining. I seek to keep my law licenses in active status and in good standing, and, most importantly, I seek to

prevent the State of Texas from having me arrested *again* without a valid warrant and without probable cause, from destroying my evidence, including my medical records, from unlawfully encumbering property, from charging me unconscionable fees and penalties, from conditioning my ability to keep my law license on my speech about the corruption in the State that I have witnessed, the lawyers who sexually abused me and the fact that I was trafficked for sex by the law firm McKool Smith P.C. and attorney Leslie Ware.

The State of Texas and Supreme Court of Texas target professional attorneys like myself who speak the truth and are victims of others' professional misconduct. They act outside of the scope of its authority, in violation of principles of federalism and separation of powers. The Supreme Court of Texas even bribes others to aid in its harassment of honest lawyers like myself, resulting in public corruption and lawyers and judges gone wild.

Each of Named Defendants has a financial incentive for concealing attorney misconduct and conflicts of interest and committing tortious acts against me in violation of state and federal laws. For example, Texas receives enormous amounts of money from its share of patent litigation revenues from patent litigation in this United States District Court for the District of Delaware made possible, in part, due to investment by its Department of Health and Human Services, federal grant money, unlawful takings, funds, etc. Texas is retaliating against me for exposing patent litigation in which it is invested as being fraud on the courts and on the patent office. As another example, the State of Texas is a buyer of asbestos cement pipes and a developer of smelter sites, and Texas is retaliating against me because I seek to expose Texas's wrongdoing and have done so through the filing of a complaint. In this example, the University of Texas at El Paso plans to purchase and build a college campus on Asarco LLC's old smelter

site in El Paso, Texas, which will poison and eventually kill the students who attend college in El Paso. As another example, I have also exposed the sex trafficking ring in the State Bar of Texas lead by Samuel Baxter, McKool Smith P.C. and Leslie Ware who victimized me for years by protected activities.

The State of Texas and Supreme Court of Texas, along with its officers and agents, are retaliating against me by tortious efforts to unlawfully repress my speech and deprive me of access to the courts and common law rights and remedies which mandate that I be allowed to litigate in a fair judicial forum to receive a lawful adjudication of my causes of action for human trafficking. Named Defendants continue to retaliate against me and to respond to my numerous protected activities by causing heavy-hitting injuries to my business and my property, threats of abuse of law and legal process and threats of irreparable harm. Prior female lawyer victims took their million dollar or other offers of money in exchange for confidentiality and a release of liability likely because they were too scared that they would be killed if they talked. I am not scared anymore, and I will never "shut up" until the Supreme Court of Texas starts protecting female lawyers from sexual abuse in the workplace.

Sexual harassment, rape and sexual abuse is as prevalent among officers of the Texas Supreme Court as it is among generals and subordinates in the United States' armed forces. Just as generals get away with rape in the Justice Advocate General military court system, elite Texas lawyers and judges get away with rape in Texas courts. I cannot hire a visiting prosecutor to prosecute Leslie Ware, but I should not have to just accept a lawyer or judge raping me and act like it never happened. Where there is a right, there is a remedy, I have a right to sue the billionaires who hurt me for money, the legislature has provided civil remedies in addition to

remedies at common law, and a court somewhere has to hear my case and give me a jury trial. I should get paid a huge amount of money from the rich pondscum sexual predators who harmed me, but I do not want the money in a settlement because I will never stop talking. I want the money in a money judgment for damages awarded by a jury.

Just as the military gets away with trafficking busloads of Dallas women to military men near military bases for sex on weekends, rich Texas law firms and their clients get away trafficking their female associates to their clients for sex. It is now widespread among the most elite law firms and banks. The American Lawyer wrote a story in 2014 called "The Careerist: Ex-Cadwalader Lawyer Starts Escort Service." The article starts with "Two examples of how women are getting what they want." We are not getting what we want - we are not getting respectable treatment and equal pay. We are getting hosed, and the situation continues to get worse as educational prerequisites for jobs are being artificially inflated. It is sad that women who receive the top legal jobs they worked their whole adult lives (of at least seven years) to get must literally suck it up to get the apprenticeship training they need to be successful, especially because they are over-invested in educational prerequisites but were never actually trained in school. Just like a woman who wants to be a pediatric neurosurgeon aspires for a fellowship under Dr. Ben Carson, a woman who wants to be a plaintiff's-side patent litigator aspires to be trained by Samuel Baxter of McKool Smith P.C. If you quit a month after you start that gig, you will never be employed again. People will question why you quit - did you have a mental breakdown? did you have a child? did you experience a tragic loss and go nuts? what is wrong with you? have you worked for more than three law firms in the past five years? The system is flawed (including the inflation of educational prerequisites) and, in Texas, the Supreme Court of

Texas and its officers are at fault and, in my case, liable to me.

## III. SUFFICIENCY OF THE EVIDENCE

I incorporate by reference herein specific evidentiary attachments hereto, including the police report I filed in August 2011, complaining after I was drugged and raped in the complex which included the offices of Caldwell, Cassady Curry P.C. and of Leslie D. Ware, where I lived and worked across the street from McKool Smith P.C., surveillance footage, and the papers signed by management relating to the event.

I incorporate by reference herein the police report I filed after I was raped by Judge Carlos Cortez in December 2012 just as Samuel Baxter threatened I would be, just prior to attending a McKool Smith P.C. holiday event with the attorneys of Caldwell, Cassady Curry P.C. and of Leslie D. Ware, and the police report I filed after I was beaten by Leslie D. Ware in January 2013, chased in my car by the Highland Park police, totalling it, and hospitalized.

I incorporate by reference my medical records of a visit to the emergency room after working all day and night on patent matters and having sex with Leslie Ware in his office.

I incorporate by reference my medical records of the sexually transmitted diseases I acquired due to Leslie Ware, including the recommended treatment of removal of my cervix due to cervical cancer and my sworn affidavits which describe that Leslie D. Ware sado-masochistically sexually abused me, forced me to drink his urine and eat feces, forced me take off my clothes for him in our offices and forced me to tolerate him violently forcing his sexual organ in and out of my esophagus past my throat and forcing his sexual organ into my rectum, causing colon damage.

I request discovery to reveal the financing arrangements for certain patent cases such as

*Smartflash LLC, and Smartflash Technologies LLC v. Apple Inc.* 6:14-cv-447 (E.D.Tex. filed 2013) and *Agincourt v. Zynga* filed in this Court from multiple law firms, the State of Texas, officers of the Supreme Court of Texas and Leslie Ware's and Texas's shell entities in Texas and Delaware, in support of my proof of Common Employer and liability for causes of action, including the patent ventures which involve human trafficking, which have yielded billions of United States dollars in profits. Causes of Action, including human trafficking, asserted herein are very serious, not frivolous and deserve this Court's full attention. Every element of each cause of action herein is fully supported by the evidence and cannot be deemed frivolous. The facts herein, including Leslie Ware's pattern of abusing one female lawyer after the next, establish that this case is of great public interest and importance and must not be sealed in its entirety, although certain exhibits, like graphic nude photographs and sex tapes, will be filed under seal.

## IV. JURISDICTION AND VENUE

Article XII, Section 16(b) of the "Rules Governing the State Bar of Texas," provides: "If the accused shall deem the reprimand unwarranted, he may, within ten days of delivery or mailing thereof, file suit in the district court of the county of his residence to set same aside, failing which the reprimand shall become final . . ."

This instrument includes claims which raise a federal question pursuant to federal laws and involve the United States such that the United States is to become a party Defendant and may intervene as a party. Jurisdiction of this court may or may not arise under 28 U.S.C. §§ 1331-1337, 1343(a), 1367(a); 42 U.S.C. secs. §§ 1983, 1985, 1986, 1988; and/or 18 U.S.C. §§1961-1968. The amount in controversy exceeds $75,000.

The 28 U.S.C.S. § 1367 exceptions to supplemental jurisdiction do not apply to the Fair Labor Standards Act, 29 U.S.C.S. § 201 et seq. This Court may or may not obtain pendant jurisdiction (and dominant jurisdiction) as authorized by Fed. R. Civ. P. 18(a) and/or as recited in *United Mine Workers v. Gibbs*, 383 U.S. 715, 725 (1966) and codified in the removal statutes relating to joinder, etc., or other jurisdiction over state law causes of action. Supplemental and ancillary jurisdiction may be authorized under the removal statutes 28 U.S.C. §1441, et seq., venue statutes 28 U.S.C. §1404, et seq, including transfer statutes at 28 U.S.C. §1406, 1407, etc., federal common law and necessary corollaries to 28 USCS § 2283, including or analogous to procedures for obtaining extraordinary writs. *See* 17 C. Wright, A. Miller, & E. Cooper, *Federal Practice and Procedure* § 4222 (1988). This Court might exercise the powers in ''Federal Courts Jurisdiction and Venue Clarification Act of 2011'' at H.R. 394, Title I Jurisdictional Improvements and Title II Transfer and Venue Improvements, but my Constitutional right to a meaningful and fair opportunity to have my day in court for each cause of action and against each named defendant is the key.

Acts or omissions giving rise to certain claims occurred in the District of Delaware. Venue is proper because at least one Named Defendant is a Delaware corporation and venue may be mandatory here. Named Defendant State of Texas is actively engaged in doing business and regularly conducts business in person in Delaware.

I do not waive any arguments or objections as to jurisdiction and venue, even on any civil cover sheet.

## V. WAIVER OF ELEVENTH AMENDMENT IMMUNITY

I plead waiver of the Eleventh Amendment to the United States Constitution sovereign

immunity of at least the Supreme Court of Texas and of the State of Texas and Named Defendants. The State of Texas can be sued. *See* 42 U.S.C. 1983.

## VI. STANDING and OPEN PUBLIC RECORDS

I have standing to assert the unconstitutionality of state statutes because I present a real controversy between the parties, which will be actually determined by the judicial declaration sought. I have suffered actual or threatened restrictions under the statutes I allege are unconstitutional. I also contend that the statute unconstitutionally restricts my rights, not somebody else's. Each statute, by its terms, always operates unconstitutionally; and/or each statute, even though generally constitutional, operates unconstitutionally as to myself because of my particular circumstances.

I have standing to bring an action in a federal court under the Clayton Act for the relief sought. I show injury of the type the anti-trust laws were intended to prevent (anti-trust injury); I have suffered actual injury to my business or property; and my injury is not too remote from the violation. I also have standing to bring this claim for injunctive relief under section 16. I have suffered threatened loss or damage.

I suffered injuries in fact, including false imprisonment, unlawful taking, physical invasion of my right to privacy, physical injuries, including acquiring two incurable sexual transmitted diseases - Herpes and HPV, injuries to my throat and colon, a vaginal hernia injury, vaginal infections, high blood pressure due to extreme stress, rectal bleeding from anal sexual injury and physical bruises, emotional distress that is concrete and particularized as evidenced by hospitalization in the emergency room in 2012 due to stress, by 9-1-1 phone calls on multiple occasions in 2011 and 2013, by Samuel Baxter and Leslie Ware and other Named Defendants'

imminent threats made to my life, to injure me, to imprison me and to take away my law license, and by hospitalizations following insomnia in February 2013 after Leslie Ware beat me up and had me chased by the Highland Park Police and in September 2013 after Leslie Ware sent a man to bang on my door at my home to frighten me; there is a causal connection between each of Named Defendants conduct and my injuries; and a favorable decision will help to redress injuries by giving me my money back, money to reimburse me for medical expenses, including a surgical procedure on my cervix and compensation for preventing me from having children, emotional distress, wages owed to me under contract, and lost wages, etc.

A common law right of access continues to exist in records of those public entities not governed by the Open Records Act and provisions where there is a legitimate public interest, especially where that interest is not outweighed by other interests. The public has a legitimate interest in the administration of the disciplinary system for lawyers and judges. *See Sander v. State Bar of California*, 58 Cal. 4th 300, 301 (Cal. 2013). Access to court records is governed by long-standing common law principles. For example, lawyers who draft laws and court orders in blatant disregard of the United States Constitution must be disciplined, especially in light of the facts that senators, representatives and judges sign their names to laws and orders without ever reading them all of the time! Lawyers are the root of all evil in America. Just look at the starting salaries of "BigLaw" law firms and power-houses like McKool Smith P.C., which are up to about $200,000 plus bonus, for first-year associates who don't know the first thing about practicing law and aren't even licensed yet! The public has a legitimate interest in whether different groups of attorneys, based on race, sex, ethnicity or socioeconomic status, are disciplined and investigated differently or more frequently and whether any disparities in

treatment are the result of a discriminatory process or other factors. There is legitimate public interest and concern over whether the state of Texas has coerced a public or private actor (for example, the State Bar of Texas, Chief Disciplinary Counsel, Board of Disciplinary Appeals, Thomas Graves, and any doctors, nurses or counselors, for example, that they paid with money) to commit an act that would be unconstitutional if done by the state. There is also legitimate public interest and concern about former Texas state district judge Carlos Cortez, who raped me as part of Leslie Ware's plan in December 2012, and who has been accused of using campaign money for improper purposes and raping and strangling several other women and an eight year old child, which the state knew and concealed from the public prior to putting his name on a ballot, yet he appears to be in good standing with the State Bar of Texas. Carlos Cortez's criminal defense lawyer said he strangled a girl on his balcony because she was suicidal and he was trying to save her life. An attorney for the State Bar of Texas also accuses me of being suicidal even though there is no evidence whatsoever that I am and I most certainly am not.

More specifically, with respect to my § 1983 claim, I allege that attorney Angeline Bain and other Named Defendants knowingly and maliciously instigated allegations of mental illness and disability against me based on circumstances carefully planned by their clients to make me look crazy, which are very similar to known circumstances alleged in previous years against previous female lawyer victims. The State Bar of Texas must be prevented from ordering the destruction of evidence and from continuing to aid and abet Leslie Ware and Samuel Baxter in their scheme to abuse female lawyers and get away with it under the guise of teaching them to practice law. For example, Sam Baxter showed me a document in 2010 that described a similar goofy pool house stunt used on the last girl to frame her for stalking, but I guess she didn't get

pictures of Les Ware and Sam Baxter at her house like I did or she accepted their $1,000,000 "settlement" or other "offer", which I refused. The State Bar of Texas cannot continue to aid male lawyers who serially target, rape and sexually abuse female lawyers and who know they can get away with it as long as they teach the women state secrets of corruption and force them to represent the corrupt lawyers and law firms as their clients. Young female lawyers are at risk of irreparable harm, forced labor and forced sex slavery. I contend that Named Defendants engage in unconstitutional acts. I have plead facts which suggest that private actors are liable under the circumstances.

## VII. STATEMENT OF FACTS

I am a victim of human trafficking. I was trafficked for sex from 2010 through the end of 2012. I have been trafficked for forced labor since 2010. I called the Dallas Police Department in Dallas, Texas for the first time in 2011. Since then, I attempted to file complaints and reports with the local police, Texas Rangers, FBI, Equal Employment Opportunities Commission, Texas Workforce Commission, etc. for human trafficking. Most of the people I have spoken to do not understand how multiple female lawyers continue to be victimized by a human trafficking enterprise in Texas. The answer is simply found in the State Bar Act, which creates an anti-democratic new form of government - tyranny.

"One of the biggest misconceptions about sex trafficking is that it generally affects lower income girls...Human trafficking is the second-largest and fastest growing criminal industry in the world...The biggest threat to sex trafficking is awareness and public discussion. - Nita Belles." Life Issues Institute, Inc., Vol. 23 No. 3 (Oct. 2014).

The State Bar of Texas has created rules for itself to cover up crimes of lawyers and

judges under the guise of protecting the public from bad lawyers. The white-collar crimes that the highest earning members of the State Bar of Texas seek to cover up are best disclosed by disgruntled young associates and solo practitioners who are not making millions of dollars per year. To get away with these crimes, the powerful lawyers simply put people in charge who will overlook complaints against themselves filed by those disgruntled young associates.

Partners at large law firms like Baker Botts LLP, which represents Texas, including Texas A&M University for fraudulent patent prosecution, average a take-home salary of about $1,700,000. Shareholders at McKool Smith P.C., which is the most feared plaintiff's law firm in the United States, do not report their earnings, but they gross many multiples more than Baker Botts LLP partners. Since 2011, many key earners left McKool Smith P.C., checking out with gargantuan sums of money. Prior to leaving McKool Smith P.C., these key earners cared who was in charge of disciplinary actions in the State Bar of Texas because they wanted to make sure they got off with their money. They carefully selected committee members, for example, to help insulate themselves from liability, for example, for insider trading and other criminal schemes. While they felt they had insulation from liability in the Supreme Court of Texas and State Bar of Texas, they were motivated by the Supreme Court of Texas to take advantage of the system they had created and rigged.

I, Chelsea Davis, was born and raised in Dallas, Texas. I graduated high school in 2000 from Trinity Christian Academy as Valedictorian of my class and was voted "Most Likely To Succeed." I received several academic awards and a character award for "Determination." My dad told me to pick a top ten school for college, so I chose Duke University, where I earned a biomedical engineering degree in 2004 and cheered for the Duke Blue Devils all the way to the

NCAA Final Four. I also completed a pre-med curriculum and invented a heart monitor to detect sudden death in advance for patients with Mitral Valve Prolapse with severe regurgitation, which would literally save my dad's life. I quickly became frustrated with the patent system and the FDA's artificial barriers to free trade of medical devices not developed by the Fortune 100 and decided to go to law school instead of medical school to fight the system. I attended a top twenty law school, earned the patent law award for my class, and commenced my legal career in Dallas in 2007 at Baker Botts LLP, where I acquired experience on the defense side of patent litigation and patent prosecution. Around May 2009, I applied to join the Patrick E. Higginbotham American Inn of Court, which is an elite organization allegedly devoted to improving the ethics of the profession, because my mentor Judge Patrick E. Higginbotham told me that it was time for me to apply to his Inn of Court. C. Roderick "Rod" Phelan, a partner at Baker Botts LLP in his sixties, wrote my recommendation letter to the Inn because Rod is a Master of the Inn. In June 2009, I drafted an extremely complex patent application for Fujitsu Gen. Ltd. - Japan by a Japanese inventor, and the firm appears to have lied to the USPTO, alleging the invention was invented in California. At the end of August 2009, during the economic downturn, I was laid off in the third round of mass layoffs of roughly 30% of the firm's employees. At that time, I was co-chair of the judicial intern committee of the Dallas Association of Young Lawyers ("DAYL") and a member of DAYL Leadership Class of 2009. I was also selected to be a DAYL Fellow. After the layoff, Rod Phelan notified me that I had been accepted as an Associate of the Inn and he looked forward to introducing me around. I spoke to Rod Phelan about my interest in patent trolls and learning the plaintiff's side of patent litigation. He recommended that I apply for a job with patent troll Leslie D. "Les" Ware (who is fifty (50) years old), trial lawyer Mark Werbner of

Sayles Werbner PLLC (who is also a Master in the Higginbotham Inn of Court and in his sixties) and former East Texas Harrison County Judge and District Attorney Samuel F. "Sam" Baxter of McKool Smith P.C. (who is about seventy (70) years old). Sam Baxter and Les Ware are extremely rich and powerful lawyers and their buddies Rod Phelan, Mark Werbner and trial attorney Coyt Randall "Randy" Johnston played a key role in their plan, along with other masters of the Higginbotham Inn of Court, including Dallas County District Court Judge Emily Tobolowsky. As an aside, I interned with Judge Higginbotham of the United States Court of Appeals for the Fifth Circuit in 2003, prior to law school, in part because he is friends with my dad and I grew up riding horses with him, and he wrote me a recommendation letter to law school. Coincidentally, Mark Werbner said his father worked for my dad in the car business, and Mark remembers going to my dad's car lot to visit his dad and seeing me there when I was a little girl (but I do not remember him). As another coincidence, my beautiful mother worked for Leslie Ware's "settlement" lawyer's parents when she was about 19 years old. Leslie Ware must have done a lot of research on my family and me before he chose his co-conspirators. I just turned thirty-three years old. I was twenty-four when I started working at Baker Botts LLP in 2006 and I was twenty-seven when I started working at McKool Smith P.C. I am about twenty to forty years younger than these sexual predators.

Leslie Ware is a sexual predator who found me at least three years before I met him, likely earlier, and I was his target. Leslie Ware abused his position as trustee on the Board of Trustees for SMU Dedman School of Law to hunt for women as his prey using their personal and confidential applications to law school, which includes their social security number, picture, and personal statement, which is often a highly personal essay, and, in my case, revealed that I

have daddy issues. My personal statement stated that I lived with my dad in high school and went to law school instead of medical school to save his heart.

John Attanasio was the dean on or about 2010 or earlier who knew that Leslie Ware was a sexual predator and a "John" who paid for sex from numerous women, including law school students. I have text messages which support the fact that Leslie Ware pays to have sex with SMU law school students. Leslie Ware likely obtained law school applications from John Attanasio and/or through his Emergency Student Loan program which SMU provides to its students and all law school applicants. Leslie Ware, through Amy and Leslie Ware Foundation, provides emergency student loans to SMU law school students of $1000 or more or less. Leslie Ware uses his loan program to find his prey along with other women who need cash, who he loans money, and who he then coerces to have sex with him to pay him back. John Attanasio was recently arrested for prostitution in February 2015 in an undercover sting. John Attanasio's knowledge and actions and likely Leslie Ware's actions in obtaining my law school application and personal information may be imputed to that of SMU Dedman School of Law. Leslie Ware also obtains engineering students' undergraduate applications and personal information from federal judge David C. Godbey of the United States District Court for the Northern District of Texas because of his role on the board of SMU's engineering school.

I began experiencing sexual harassment in early 2010 as a single, divorced female attorney looking for employment in a down economy after nationwide mass layoffs. There were tons of unemployed lawyers looking for employment and relatively few employment opportunities. I felt fortunate that I was super involved in the legal community and that the masters of the Inn of Court took an interest in helping me secure employment with a comparable

or even better law firm than Baker Botts LLP. However, Rod, Mark and Les flirted with me unabashedly in my initial meetings with them. In my interview with "The Ware Firm," Leslie Ware, who is married with four children, gave me a tour of his office, took me lunch, insisted on sitting side-by-side in a round booth, talked about all the hot girls he saw when he took his daughter to college, and told me his wife was going to be out of town that weekend. When he called me that weekend, I didn't answer and I didn't return his call. Leslie Ware assured me that he had a say in who McKool Smith P.C. hired and he wanted me to work for McKool Smith P.C. I remember calling Rod after my first interview with Mark, which was at a bar. Mark had invited me to the symphony the day after the "interview," and I told Rod that I thought I should not go because it did not sound very professional. It sounded more like a date. Rod said I should go because Mark might hire me, he is a good person to know and he would definitely show me a good time because he was recently divorced and had a great personality. As it turned out, Mark was only interested in one thing (although he strung me along on the interview process for his law firm) and kissed me without warning at the end of the night. He was the first old man to woo me with his devilish charm and references to our family connections. After 1-2 months of "dating," he intentionally infected me with Herpes by using a condom without an expiration date, likely from the 1970's. I asked him in advance to swear that he did not have any diseases. He lied. I got over a hundred cold sores from my belly button to my knees and couldn't walk or even get dressed for weeks. My doctor said it was the worst case he had ever seen. I was writhing in agony at my gynecologist's office as he treated me. I have the admission of Mark Werbner infecting me with Herpes on a tape recorded phone call.

A month later, in April 2010, after nearly six months of unemployment and dealing with

the grief of a tragic loss in my family in November 2009, I started my job at McKool Smith P.C. at an increase in salary from my previous position under a term contract ending Dec. 31, 2010. Shortly after I started working at McKool Smith P.C., Samuel Baxter forced me, through force, fraud or coercion, involving numerous threats of serious harm - threats that Amy Ware would kill me, threats to have me raped by a judge who was HIV positive, to put me in jail, to ruin my legal career and any future employment prospects, to take away my law license and to cause my financial ruin - to engage in forced labor and sexual conduct with Leslie Ware. Leslie Ware paid me to have sexual intercourse with him in hotel rooms, in his truck, in a restaurant, in a bar and in his office with "gifts" in addition to my salary as an associate at McKool Smith P.C. Leslie Ware is a sexual predator who fantasizes about having sex with twelve year old girls, parading them around on a collar and leash, and sex with animals. Leslie Ware warned me that his wife, Amy Abboud Ware, was a powerful heiress from a powerful family. Leslie Ware threatened me that if Les's wife, Amy Abboud Ware, ever learned of our sexual conduct, Amy would have me kidnapped and raped by several men, including a final rapist who was HIV positive. He showed me a "Jimmy Johns" style menu that Amy Ware could order from to have me kidnapped, taken to the basement of Old Parkland Hospital, which is where Harlan Crow's office is, and raped. For "toppings" and "sides," she could choose the number of men and diseases to infect me with. Les promised he would never let that happen to me because I was a good little girl for Les, who made me call him "Daddy," and because I did exactly as I was told. Leslie Ware always kept a gun on a table in his office in plain sight for me to see while we engaged in sexual conduct in his office. On at least one occasion, Leslie Ware exhibited an AR-15 assault rifle in a large gun case beside his desk. Leslie Ware also exhibited a gun in the glove compartment of his truck when he

transported me in his truck and while we engaged in sexual conduct in his truck. Trying to appease Leslie Ware, McKool Smith P.C. assigned me to the office facing Les's office, so that Les could stare at me through his office window and mine every day. Sam instructed me to answer Les's phone calls and to strip for Les in my office. Sam instructed me to drop my work on a moment's notice to have sex with Les in his office. Leslie Ware likely filmed and distributed video recordings of him having sex with me in his office without my consent. I was required to take off my clothes for Leslie Ware and Samuel Baxter in my office and talk to Les like a 900-number service while he masterbated on the phone. Leslie Ware sexually abused me when he forced his sexual organ into my anus without lubricant, when he violently forced his sexual organ down my skinny throat as I lay on my back on his couch with my neck hanging over the armrest and by making me drink his urine and eat feces. On Thursday, September 23, 2010, at 11:56am, instead of performing appropriate assignments that I desired to perform in my role as associate at McKool Smith P.C., I was on my way to have sex with Les and a *Jane Doe* named "Erin" at Hotel Crescent Court. I witnessed Leslie Ware pay "Erin" cash. From 2010 to 2012, I witnessed Les Ware pay a total of three *Jane Does* to have sex with him.

Leslie Ware recorded at least one sex tape of us and likely others without my consent and distributed them to attorneys at McKool Smith P.C. and others. Les and Sam manipulated me with lies. Les controlled me, especially during sex, making me say certain words and assume certain positions, as if he was staging a performance. When I refused certain penetrations, such as deep throat penetrations past the back of my throat and anal penetration without lubricant which caused bleeding and rectal damage, Les made me accept the penetration until I expressed pain. Les Ware also forced me to engage in sexual conduct with his male friends on multiple

occasions including William Carmody, John Amend and John Does. Les forced me to drink his urine and eat feces. He strangled me and suffocated me. On one occasion, Samuel Baxter tied me to his bed in his corporate apartment with four restraints and penetrated me with his sexual organ. McKool Smith P.C. assigned me to the office facing Leslie Ware's office so that Leslie Ware could stare at me through his office window and mine every day. Samuel Baxter instructed me to answer Leslie Ware's phone calls and do as he instructed, which included phone sex and stripping for him in my office. Samuel Baxter instructed me to drop my work on a moment's notice to have sex with Leslie Ware in his office. In the fall of 2010, I spoke to Gary Eden, the CFO/HR manager of the firm, about the firm's sexual harassment policy, and he threatened to fire me if the issue was raised to him again. In September 2013, McKool Smith P.C. or another Named Defendant lied to The Dallas Observer stating I was fired for cause, but my term of employment was specified through Dec. 31, 2010. Over the years, I repeatedly complained to Sam about Les. They said everything would be better in January 2013.

On Thursday, September 23, 2010, at 11:56am, instead of performing appropriate assignments that I desired to perform in my role as associate at McKool Smith P.C., I was having sex with Leslie Ware and a *Jane Doe* named "Erin" at Hotel Crescent Court, where Leslie Ware intentionally infected me with the Human Papilloma Virus ("HPV") and the DNA type of HPV that causes cervical cancer. I witnessed Leslie Ware pay "Erin" for her sexual conduct. From 2010 to 2012, I witnessed Leslie Ware pay a total of three *Jane Does* to engage in sexual conduct with us.

During my employment with McKool Smith P.C., I was forced, by force, fraud or coercion, to engage in sexual conduct with a billionaire investor, Harlan R. Crow, who invests in

Les Ware's litigation finance fund that finances McKool Smith P.C.'s patent litigation and other ventures with Les Ware. Les told me the last girl also had sex with Harlan. On or about October 15, 2010, Les Ware instructed me to meet him and Harlan Crow at the Mansion Bar in Dallas, Texas. At the meeting, Les Ware pushed down the bust and lifted up the hem of my dress for Harlan Crow to see and told Harlan that I was his sex slave. Then Les Ware gave me cash and told me to leave.

Following the meeting, Harlan Crow sent me multiple emails as follows, some of which are attached hereto. On December 22, 2010, Harlan Crow stated, "I like your legs and your clothes off, let me know if you whant more, harder, more in you and and on you , travel and wiLder! Like a group fuck with private photos. I want more of you soon, let's stay in touch"; "Do you want to come by here and have a fuck while everybody is here, now?"; "I want to do us again soon, hope you got done tonight"; "I want you, nude."; "Or do you want to get fucked another time by the guy you are fucking now and have a fresh dick in you at around 10:00 am. I'd prefer we do it here now, my dick is hard and for you to come in quietly while everybody, including security, is here, get nude ,do it, would be fun. There are plenty of dicks around for you and plenty of pussy for me but this would be risky and erotic".

On January 6, 2011, Harlan Crow stated, "Can we fuck and travel and fuck soon? I want to fuck friday"; "Can we get together for a fuck soon and a plan a trip with multiple fucks with me and maybe others then?"; "Tried to call you< got no response.would like to fuck you in and with abunch of pppppppeople soon."

On January 7, 2011, Harlan stated, "I think we can do some fun and wild things but I need to be in your cunt and in your mouth really soon"; "Will you respond to about when we

can fuck and travel and fuck?"; "want you this weekend and to wild, horry are you thinking have your cunt licked nicely and to suck me?".

Harlan R. Crow had sex with me when he took me to his pied a terre and in his office. He likely recorded sex tapes of me without my permission in order to edit the videos to make me look like a child so that he could sell the videos through a Denmark-based pornography company to its estimated 265,000 online subscribers. Harlan Crow likely also distributes actual child pornography.

As another example, in 2011, I was forced, by force, fraud or coercion, by the trafficker Leslie D. Ware to engage in lewd exhibition of my genital and sexual intercourse with him at a club in Deep Ellum with another man and woman whom he had likely hired to engage in sexual conduct with us. Texas and the Supreme Court of Texas, through its Client Security Fund or Leslie Ware, invested in one or more ventures with the traffickers such as Leslie Ware and Baker Botts LLP. Leslie Ware threatened me with a number of verbal threats to force me to engage in sexual conduct with him, S1 and S2. He also made physical threats by threatening to harm me and by actually harming me. Leslie Ware threatened to kill me, to have me raped by a judge who was HIV positive, to put me in jail, and to take away my law license - to force me to engage in sexual conduct with him and others of whom he was financially or otherwise invested with in a venture. That night, Leslie Ware exhibited a gun in the glove compartment of his truck to threaten me before we entered the club to have sex in public. We had sex on the second floor of "The Church" or Lizard Lounge, which is club that Leslie Ware is financially interested in or rented that night or something, because a year later, his assistant gave me a piece of paper as another means of threatening me with the buying list of alcohol for the Lizard Lounge. I still

have the paper.

Leslie Ware paid me to engage in sexual conduct with him and with S1 and S2. Afterward, we had sex in his truck and then went up to his office. I remember being in the elevator. Leslie Ware drugged me without my consent and likely raped me and recorded it on film. He probably abused me while I was passed out with deep throat penetrations and anal penetration without lubricant. He likely strangled me and suffocated me. That was his routine. In 2012, Leslie Ware had S1 check in on me, forced me to talk and perform labor or services for him and then S1 wired me money from an out of state bank account.

Continuing in 2011 and 2012, I endured extreme sexual harassment and sadomasochistic sexual abuse. Leslie Ware and Samuel Baxter, through various entities, employed me, controlled my business and finances, burdened me with obligations and expenses that I could not afford unless I continued to work for them and have sex with them, and promised to pay me more later, but never paid me in full in breach of multiple contracts between myself and Leslie Ware and others. I only had sex with Sam a few times and he wore a condom. Les had sex with me weekly and monthly for years, and he made a point to see me, talk to me or at least hear my voice nearly every day. I performed due diligence assignments related to patent litigation finance and prepared and prosecuted patent and trademark applications. I grossed over $100,000. In 2011 and 2012, Leslie Ware raised my annual pay/evergreen retainer to be available at his beckon call to $240,000 per year, and, in 2013, Samuel Baxter extended a raise to $280,000, but I was never paid in full. I received minimal monthly payments of at least $1500 per month for 33 consecutive months through December 2012 and additional amounts during 2013, but I was never paid in full under any oral employment contracts. When Samuel Baxter and Leslie Ware

manipulated me into starting my own law firm in 2011, they filled my docket with frivolous and fraudulent client matters to control my workload and finances. Leslie Ware controlled my schedule seven days a week - when to walk my dog, when to have sex with him, where to go, never to be more than 15-30 minutes minutes away from him most days, etc. He owned me. He watched me on his way to and from work and, in 2012, on weekends too. We had threesomes with other women during the workday on multiple occasions.

On a particular date on or about June 2011, at a time when I was Leslie Ware's sex slave and patent attorney, Leslie Ware told me that he was going to have a threesome with myself and the woman who was helping me as a paralegal. At first, I declined to arrange it. Then, on Saturday afternoon, Leslie Ware sent a man named Kevin Smith to the pool at my apartment building where I was laying out. The man offered me a glass of champagne. I accepted and drank one glass in a plastic champagne glass. After I finished my first glass, he offered me a refill and I accepted. I handed him back my glass, he switched it with another glass, and I drank some of it. I began to feel very dizzy and foggy, and I thought it was because I had not eaten. I put on my coverup, left the pool and walked to Ocean Prime, a restaurant in the complex. I did not want Kevin Smith to come with me, but he insisted. I ordered a shrimp cocktail and ate it along with a loaf of sourdough bread, but I continued to feel worse. I told Kevin Smith that I did not feel well and needed to go home. I told him to go back to the pool to meet his friends. Instead, when I walked home, he followed me. I told the security guard in my building that he did not live there and was not with me as I passed the desk, feeling very groggy, so much so that the room was caving in around me and going black. I got in the elevator and pushed my floor. I did not see Kevin Smith behind me on the elevator at first. When I entered my apartment, he was behind

me. I walked out onto my balcony, curled up in a ball in my dog's bed, and blacked out. The next thing I remember is being in my bed inside my room with Kevin Smith on top of me, about to force his sexual organ into mine. I screamed as loud as I could, I told him NO, and he left.

The only person who knew that my guard dog was not in my apartment was Leslie Ware. Leslie Ware had planned for me to go on a trip to San Francisco with patent broker/attorney Robert Westerlund the next day to attend the IAM IP Business Congress annual event and IP Hall of Fame Gala, and I told him that I dropped off my dog at boarding on Saturday because they were closed on Sunday prior to me leaving for the airport. I ended up sleeping from the time Kevin Smith left my apartment until after my plane had left. I pulled myself together and took the next flight to San Francisco. Of course, Leslie Ware had planned for us to share a hotel room, and Robert Westerlund wanted sex. I only let him see me naked and demanded a cot; he was respectful.

When I returned from San Francisco, my car had been vandalized and keyed in the private parking garage. My tires were slashed. I begged for the surveillance video and filed a police report. I knew I was on the same path as Leslie Ware's last female victim and that this was just the tip of the iceberg of what he would do to me if I ever said no to him again. A few months later, Leslie Ware took me house and office shopping for another location and told me it was time to move into a house alone away from all of the surveillance cameras and community watch that a high-rise apartment building provides. Only the male members of McKool Smith P.C.'s "A team" could work from that location under the entity Caldwell Cassady & Curry P.C., although we shared office equipment, supplies, litigation services, IT services, support services, etc. Leslie Ware furnished office furniture, computers, printers etc.

Leslie Ware continued to push about sex with the paralegal in the office. He told me that he knew her son had recently died, and he threatened to kill her daughter if she did not agree to have sex with us. He called her on the phone, got her to do several hours of research on the computer without pay for some patents he was interested in buying, and then he set up the threesome at the new office on a workday while she was there. I have their phone records and a recorded phone call. I also have the wine bottle that he brought for the occasion. On August 19, 2011, Leslie D. Ware forced the woman and I, by force, fraud or coercion, to engage in lewd exhibition of our genitals and have sexual intercourse with him. He left us $500 cash. Leslie Ware threatened me with a number of verbal threats to force me to engage in sexual conduct with him and the paralegal. He also made physical threats by conspiring with others to harm me and actually harming me and vandalizing my car.

I repeatedly communicated to Sam and Les, including by phone call, text message and voicemail that their abuse was hurting me and harming my health. I texted a picture of my high blood pressure reading to Sam and Les in March 2012, just prior to going to the emergency room for cardiac treatment. Still, they continued to abuse me. Sam sent me text messages on October 8, 2012, stating "I will lick u until u scream," "I think I should tie you down so it is just my tongue and ur pussy." On October 31, 2012, "Oh yes ur tied down tight." On November 8, 2012, "Btw cock needs mouth," "I think we should write a book called "Love Sucks And So Should You."", "Chapter 1: lips from top to bottom," "Chapter 2: bottoms is not a drinking term," "Chapter 4: it may take two to Tango, but it takes 3 to make a Ball," "Ch 7: to swallow or to divorce," "Ch11: I am tied to u." On November 16, 2012, "How is ur juicy little cunt tonight," and "I will tie u down real tight and spread ur legs real wide." On November 21, 2012, "I need a

camera on u." "U need to practice telling me how much u need me to suck u." On December 8, 2012, "Public places: private acts." On December 10, 2012, "Ch.21 One Suck Deserves Another."

Leslie Ware assaulted and sexually assaulted me on or about Oct. 29, 2012 at the Mansion Bar when he pulled my hair and forced his sexual organ into my mouth forcefully without my consent. On October 29, 2012, Leslie Ware called me at 11:07pm and at 11:23pm from Chad Bushaw's cell phone and demanded that I get out of bed, put on a short dress without wearing any panties and meet him and others at the Mansion Bar. Leslie Ware and the others were celebrating their investments following The Great Investors' Best Ideas Foundation "GIBI" 6th Annual Investment Symposium. I met Leslie Ware, William A. Ackman, Kyle Bass, Clint Carlson, Jim Chanos, Leon Cooperman, Chad Bushaw, and Stephen Jones at the Mansion Bar. When I arrived, I sat on a bench for two next to Leslie Ware. The others gathered their chairs around in a circle. Leslie Ware told them that I was his pet, that I purred for him and that I had the prettiest sexual organ he had ever seen. Leslie Ware showed them my breasts. Les then undid his pants, pulled out his sexual organ, grabbed my ponytail and violently threw my head up and down for his friends to watch, causing his sexual organ to penetrate my mouth. Next, William A. Ackman, Kyle Bass, Clint Carlson, Jim Chanos, Leon Cooperman, Chad Bushaw, and Stephen Jones attempted to take pictures of my genitals underneath my dress with their camera phones. I tried to cover myself to avoid being improperly photographed. Leslie Ware provided the names of the persons who were there but discovery is necessary to confirm their identities.

Each of William A. Ackman, Kyle Bass, Clint Carlson, Jim Chanos, Leon Cooperman, Chad Bushaw, and Stephen Jones has invested in one or more ventures with Leslie Ware, and

each participated in a venture that involves trafficking of Chelsea Davis. Each of William A. Ackman, Kyle Bass, Clint Carlson, Jim Chanos, Leon Cooperman, Chad Bushaw, and Stephen Jones knowingly owned, invested in, financed, controlled, supervised, or managed a prostitution enterprise that used two or more prostitutes, including Leslie Ware, which is defined by Section 43.04 of the Texas Penal Code as Aggravated Promotion of Prostitution. Each of William A. Ackman, Kyle Bass, Clint Carlson, Jim Chanos, Leon Cooperman, Chad Bushaw, and Stephen Jones, and Leslie Ware has paid other women to engage in sexual conduct with themselves or Leslie Ware. Leslie Ware knowingly trafficked me with the intent that I engage in forced labor or services. Each of William A. Ackman, Kyle Bass, Clint Carlson, Jim Chanos, Leon Cooperman, Chad Bushaw, and Stephen Jones intentionally or knowingly benefited from participating in a venture that involves trafficking of Chelsea Davis. Each of William A. Ackman, Kyle Bass, Clint Carlson, Jim Chanos, Leon Cooperman, Chad Bushaw, and Stephen Jones knows that they and Leslie Ware pay women for sex and knowing or in reckless disregard invest in ventures that engage in unlawful trafficking.

Each of William A. Ackman, Kyle Bass, Clint Carlson, Jim Chanos, Leon Cooperman, Chad Bushaw, and Stephen Jones knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (3). Leslie Ware forced me to touch each of their sexual organs, and they were aroused. Each of William A. Ackman, Kyle Bass, Clint Carlson, Jim Chanos, Leon Cooperman, Chad Bushaw, and Stephen Jones caused lewd exhibition of Chelsea Davis's genitals or anus or any portion of her breast below the top of the areola. Chad Bushaw and J. Kyle Bass engaged in sexual conduct with Chelsea Davis when he engaged in simulated sexual intercourse with her and when he touched her anus, breast, or any

part of her genitals with intent to arouse or gratify the sexual desire of any person. Each of William A. Ackman, Kyle Bass, Clint Carlson, Jim Chanos, Leon Cooperman, Chad Bushaw, and Stephen Jones knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (3) or engaged in sexual conduct with Chelsea Davis, a person trafficked in the manner described in Subdivision (3).

William Carmody engaged in sexual conduct with me when he masturbated on me, when he engaged in lewd exhibition of his genitals or anus to me, and when he caused lewd exhibition of my genitals or anus or any portion of my breast below the top of the areola. William Carmody and Leslie Ware invest in patent ventures together. William Carmody knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (3) or engaged in sexual conduct with me, a person trafficked in the manner described in Subdivision (3).

Carlos R. Cortez assaulted and sexually assaulted me on or about Dec. 5, 2012 at my home when he forced his sexual organ into my sexual organ and strangled me without my consent.

Leslie Ware made me promise that, in the end, I would hire Larry Friedman and then "go federal" to sue Samuel Baxter. He also promised me a $6 million dollar settlement, which I assumed would be from the patent case that he and Sam Baxter instructed me to file in my own practice because both McKool Smith P.C. and Leslie Ware had conflicts of interest. Leslie Ware promised to fund my law firm like he planned to fund Caldwell, Cassady & Curry P.C. for the Smartflash Technologies LLC cases, which just made $532 million in February 2015. I received notice of termination from Leslie Ware and the estimated 200 entities associated with Leslie

Ware on July 11, 2014.

Leslie Ware and Samuel Baxter, I believe, continue to abuse one female lawyer after the next using the same elaborate scheme to pimp them out, deny them pay and then make them look crazy under the guise of training them to practice law and teaching them the patent troll business in the Eastern District of Texas, and the judges and State Bar of Texas seal the evidence and cover up their crimes. Their scheme is so outrageous that they seem to be famous for it, but it appears I am the last to know exactly how it is they accomplish their scheme. Perhaps in a few years, I will learn that not only do I have Herpes and HPV, but I also have Hepatitis and whatever else they have infected me with - I don't know. Perhaps Samuel Baxter is the judge who is HIV positive - I don't know. But I do know they have gone to great lengths and spent tons of money hiring numerous law firms in an attempt to silence me and destroy my credibility.

They threatened me with jail - and I went for seventy-five days until the charges were dropped and I was released. They threatened to take away my law license, and the State Bar of Texas is paying Leslie Ware's sister's colleague (from what I can tell) to evaluate alleged mental health records and testify as to whether my law license should be suspended for disability while the practical effect of the rules is to prevent me from filing any documents in support of myself. I am not afraid of their threats anymore because I survived and the only threat that has not yet come true is the suspension of my law license. I continue to be further victimized by Named Defendants' threatened abuse of law or legal process, which the laws against human trafficking specifically aim to prevent, subjecting them to liability without immunity for threatening my livelihood, my freedom and depriving me of my Constitutional rights, liberties and interests.

Samuel Baxter and Leslie Ware made fraudulent and/or negligent misrepresentations and

unlawful threats to me to lure me into forming shell entities and representing certain clients instead of suing McKool Smith P.C. for workplace sexual harassment, causing me to lose over $800,000 in lost past earnings, over $100,000 in savings, any damages award I would have recovered had I sued McKool Smith P.C. right away, etc. Samuel Baxter and/or Leslie Ware, as agents of McKool Smith P.C., acted within the scope of the employment or agency and in furtherance of the employer's or principal's business.

On January 28, 2013, Amy Abboud Ware (or an agent of Leslie Ware using her cell phone) called me in the middle of the night multiple times including at 4:12am and at 4:15am. Amy Ware said she wished I were a better whore like her husband's other whores, and she threatened to kill me. After Leslie Ware told Amy Abboud Ware about our sexual relationship (and where I lived just a few blocks from her, where Leslie Ware paid a portion of my rent), I became terrified of being raped or harmed at my home. In April 2013, I moved out of town to the country.

McKool Smith P.C.'s patent litigation is funded using money from Amy Abboud Ware's family of criminals. On September 30, 1996, Joseph Abboud pled guilty in the Northern District of Georgia to three felony counts and two misdemeanor counts of Unauthorized Reception of Cable Television Services in violation of 42 U.S.C. § 553. Gene, David, Joseph and Barron Abboud were indicted in 1999 on charges they defrauded the cable television industry of at least $80 million dollars by running the world's largest cable TV piracy ring.

On February 21, 2013, Ware and Baxter offered me $1,000,000 for my personal injuries, which I rejected.

On or about May 10, 2013, after I moved to Collin County, Leslie Ware appears to have

presented a criminal complaint orally with the Dallas Police Department and with District Attorney Messina Madson of Dallas County, Texas. The complaint accused me of having committed the offense of stalking in January 2013, but no affidavit was ever filed and no evidence was ever presented. I was arrested at my home, and an emergency protection order was signed (which was likely void) in Collin County Justice of the Peace court, Cause No. 01-JM-13-4225. I was arrested on multiple dates at my home in Collin County and taken to Collin County Jail. Leslie Ware then sent an email to himself from my account to cause me to allegedly violate a bond condition. Leslie Ware acted without probable cause in making statements to the prosecuting attorney that I violated a condition of bond that he did not honestly, reasonably, and in good faith believe, and he conspired with Named Defendants and others, causing me to be detained in custody for a period of 75 days beginning on January 10, 2014.

On March 25, 2014, because there was no probable cause to arrest me on any of the dates I was arrested, often without a warrant, and I was never read my rights, I was no billed and released. Leslie Ware acted without probable cause in initiating the prosecution *and* in making the statement to the prosecuting attorney that he/she did not honestly, reasonably, and in good faith believe. Leslie Ware acted maliciously and made a false and/or incomplete statement to the prosecuting attorney or to a judicial forum.

On July 5, 2013, Leslie Ware participated in a conspiracy with R. Brian Teal and another to drug me using an illegal substance and then assaulted and sexually assaulted me without my consent. The events were recorded on DVD, and the original DVD may be in the custody of the Dallas Police Department. However, there is a long gap in the DVD during which the audio and video feeds were on a loop. On July 5, 2013, I played tennis wearing a black Nike tennis skirt.

That day, after my tennis lesson, I was drugged and assaulted. I was taken into custody by the Dallas County Sheriff's Office at the Dallas County Jail. My tennis skirt showed blood and fluid residue.

If it is discovered that a police officer of the Dallas Police Department or Dallas County Sheriff's Office participated in the conspiracy, I reserve my right to sue the Dallas Police Department, the City of Dallas and Dallas County in a separate lawsuit. If it is discovered that a state official such as a District Court judge for the State of Texas participated in the conspiracy, I reserve my right to sue the individual in a separate lawsuit.

Nearly two years have passed since my two hospitalizations for Post Traumatic Stress Disorder and McKool Smith P.C.'s submission of a grievance against my law license, and now the State Bar of Texas or particular counsel Susan Farris for the Chief Disciplinary Counsel or Commission for Lawyer Discipline or Gayle Vickers, Clerk of the Board of Disciplinary Appeals and alleged District Disability Committee seeks to hold a hearing on May 13, 2015 to suspend my law license for disability at which Leslie Ware's sister's colleague (who has never met me, and who the State Bar of Texas is paying to testify) will be the only medical professional testifying as to mental health. The State Bar of Texas appears to be rejecting my proof as of October 2014 that I am competent and able to practice law from my psychiatrist and psychologist who see me every three months and from others, and the State Bar of Texas appears to be overruling my objections even though the entire disability "action" is not even an action yet or a case because no complaint has ever been filed against me by the Chief Disciplinary Counsel in State District Court. In short, the State Bar of Texas is unlawfully colluding and conspiring with McKool Smith P.C., Leslie Ware and others to deprive me of my rights with respect to

grievance investigations. In addition, I hold and do not waive the right under contract to confidentiality of grievance matters against me. I maintain the confidentiality of my medical records, except that I disclose all records in confidence and under seal to all members of the State Bar of Texas Board of Directors and Board of Disciplinary Appeals and object to the relevance of old medical documents from 2013, object because they have been modified from their original form. In addition, I disclose my medical records in confidence and under seal in this lawsuit. I move to enjoin the State Bar of Texas from obtaining the originals of medical records and documents, from destroying medical records and documents, and from preventing me from introducing, filing, and serving my medical records into evidence and to all "parties." My medical records prove that I am a victim of human trafficking, and they prove that Leslie D. Ware sexually abused me for years, former Judge Carlos R. Cortez sexually assaulted me, and the Highland Park Police wrongfully chased me without cause as planned by Leslie Ware, which Leslie Ware communicated to me in advance as part of a threat to have me gang raped.

On Oct. 17, 2014, I was unlawfully arrested again for failure to pay child support, i.e. contempt of a child support order, and I paid $2500 to the registry of the court even though I do not have any children and I am not married to Leslie Ware and Samuel Baxter. Their lawyer Angeline Bain and the Judge (who I heard just died of terminal cancer) appears to be responsible, along with Dallas County. Angeline Bain is Leslie Ware and Samuel Baxter's attorney, and she is conspiring with attorney Don Colleluori who represents McKool Smith P.C. and attorneys for Harlan R. Crow. Whatever is going on is absurd and I have not received or been served with citation, proper and timely notices, findings, complaints, charges, petitions, etc. Named Defendants are at fault and liable to me for damages. Named Defendants have a duty to

provide notice to me of what I must defend myself against before any meaningful hearing may be had, and they have not provided me with anything other than the name of one person who will be their testifying witness.

In March 2015, the State Bar of Texas harassed me with an alleged "motion" in a non-case to obtain and destroy additional medical records of sexual abuse counseling I received for PTSD after Sam Baxter sent a guy to bang on my door at my house in September 2013, which I need for litigation. Then, the BODA clerk "ordered" me to respond to the "motion" in two days as if I didn't have anything better to do than sit around and type crap in response to crap in non-cases without pay. I had a thought to intentionally commit professional misconduct toward the Board of Disciplinary Appeals to make the Chief Disciplinary Counsel file a complaint against me for professional misconduct since they were forcing me to type and email crap anyway. I thought it was the only way to get my day in court, but the Chief Disciplinary Counsel still won't file a complaint against me. Instead, the State Bar got a municipal traffic cop to threaten to arrest me in order to hold me in his municipal jail for the maximum number of days (which may be 90 days) that Dallas County would have to file a charge, which they would never file because I have immunity in State Bar matters and I am innocent and never intended any threat. I apologize for any statements I am accused of making to BODA via an email account (even though Leslie Ware has already been found to access an email account without permission) to the BODA clerk and counsel, such as "I will put your fucking faces on billboards", "GET THE FUCK OUT OF MY LIFE" and "beat you with a stick." The State Bar, BODA and its members could not have legitimately interpreted such statements as criminal threats to imminently, physically cause bodily harm to the bar, the board, any members, clerks or

opposing counsel, especially considering that I weigh 100 pounds and clearly lack self-defense skills, I do not live anywhere near the BODA members, I would not recognize any BODA members if I saw them, leasing a billboard is not a crime, to "haunt" is not a crime as the word means an act by a ghost to manifest itself at a place, and I do not own or possess any sticks. I'm gonna "BEAT YOU WITH A STICK" is a comedic expression from a twenty-five year running play I recently saw called "Too Much Light Makes the Baby Go Blind" written by the brutally honest theater troupe The Neofuturists. Further, the urban dictionary definition of "fuck off" or "get the fuck out" basically means:

> for the person to stop everything she is doing, find the nearest gun, point it under their chin and pull the trigger (i.e. to fictitiously commit suicide). That way they will no longer bother you and you can get some peace and quiet without their pure bullshit spewing from their mouths. If one continues to harass you after you say this, you legally have the right to sue them and they cannot sue you for any reason.

Likewise, I have also appropriately paraphrased Deuteronomy 28:56 to Sam's greedy new wife, who admitted on the phone to me that she married him a few years ago for his money, and to Les's nasty wife, who threatened to kill me on the phone because I wasn't a "good whore like her husband's other whores." Deuteronomy 28:56 states, "The tender and delicate woman among you, which would not adventure to set the sole of her foot upon the ground for delicateness and tenderness, her eye shall be evil toward the husband of her bosom, and toward her son, and toward her daughter, And toward her young one that cometh out from between her feet, and toward her children which she shall bear: for she shall eat them for want of all *things*."

The State Bar of Texas continues to threaten to arrest me for no reason if I show up at the alleged "hearing" before Ben Selman, Edgar Nace and Angie Case in Dallas County on May 13, 2015. I can see why every other woman before me gave up and surrendered to the almighty

power of the State Bar of Texas, McKool Smith P.C., Samuel Baxter, Leslie Ware and Harlan Crow, but I am not giving up and no court can make me or a web services provider destroy my evidence or prevent me from accessing it online using a website. The State Bar of Texas cannot produce all of my evidence in a sealed grievance or disability matter as a means of preventing me from using my evidence later, although Leslie Ware told me the State Bar, through the attorneys who both work for him and serve the State Bar of Texas, like Angeline Bain, would do just that to protect him from liability.

Named Defendants cannot and still have not denied any of my allegations under oath because I have enough evidence to fill a box truck. Instead of defending themselves against my attempted lawsuit, Leslie Ware, Harlan Crow, Samuel Baxter, McKool Smith P.C. and Named Defendants just keep hiring more lawyers and investigators and paying them more to continue to threaten me with the loss of my law license if I keep talking and if I file a lawsuit against them in a court in Texas. In this vein, they appear to be colluding with one another and conspiring to prevent and preliminarily enjoin me from making and proceeding with any lawsuit in any state or federal court in Texas and with arbitration. They are conspiring to deprive me of my due process rights, specific property rights, my money, liberties, immunities, privileges, waivers and freedom of speech. They have used such methods as seeking orders to transfer and consolidate my grievances into a grievance matter in the State Bar of Texas and to dismiss my grievances so that no case will ever be filed, seek a court which lacks subject matter jurisdiction, open a case that was never actually filed, etc. only to obtain the sealing of all papers and advisory "orders" of "no discovery" and "dismissal" to "teach" me how the law really works, all while they hire, bribe and lie to others, perhaps including Dallas County prosecutor Messina Madsen, and persons paid by

themselves and the State Bar of Texas in an attempt to deny me due process and make me look insane.

I seek to prevent and enjoin the State Bar of Texas and Texas courts and judges from transferring and consolidating this attempted lawsuit into a grievance matter or to a judicial forum lacking subject matter jurisdiction. It appears I have already been kicked out of court, prevented from attending any hearing, prevented from accessing any court "records" to the extent there are any acts, records or proceedings, prevented from filing certain documents, denied my right of appeal, unlawfully arrested, wrongfully enjoined, and prevented from conducting discovery or taking a single deposition in the Texas matter.

In addition to conspiring to deprive me of my due process rights and my rights with respect to the processing and handling of investigations of attorneys and judges by the State Bar of Texas, and having me unlawfully arrested under color of state law, Named Defendants are conspiring to unlawfully deprive me of my freedom of speech in violation of my First Amendment rights and my right to privacy under the United States Constitution and the Texas Constitution. Any "orders" to destroy my evidence or prevent me from using my evidence in court, whether or not they have yet been entered in any Texas matter, are void for lack of plenary power, jurisdiction and authority and are unconstitutional gag orders solely intended to harass me, libel me and cause me financial injury.

What started off as me taking it, playing a role, turned into me being stuck in a rolling film that I cannot escape without the assistance of this Court. I was victimized, terrorized and lost my sense of self. All I could do was what Leslie Ware told me to do. I took the abuse. While Leslie Ware stopped sexually and physically abusing me in January 2013, his abuse is still

ongoing as he continues to pay State Bar of Texas lawyers and others to harass me with threats by mail, email, text, and phone calls to put me back in jail or a mental institution and to cause me to lose my law license. Over the past two plus years, I survived as the threats came true, I got over my anger and bitterness, and I regained my sense of self. Thankfully, I never fell for the settlement offers, and I continue to fight back. I will never give up on myself and the power of my own voice. I am smarter than Les and Sam, and, while they are responsible for killing many of my brain cells, I am still here and I won the second I took my life back from them and went back to being me. All it took was time, faith, the power of my own mind and the support of my family and friends. Now, I bring the following causes of action and expect this Court to make the State of Texas, the State Bar of Texas, Leslie Ware and their lawyers, investigators, etc. leave me alone.

## VIII. MOTIONS FOR ANTI-SUIT INJUNCTION, AND TO QUASH AND SET ASIDE ALL CRIMINAL ALLEGATIONS AGAINST ME

It would be unwise in a case of this nature to accord res judicata effect to any state court "judgment," especially where the state court's restrictions on discovery cast into significant doubt the reliability of any state court's factual determinations. *Key v. Wise*, 629 F.2d 1049, 1066 (5th Cir. Miss. 1980). The doctrine of res judicata, "as a rule of public policy, must be watched in its application lest a blind adherence to it tend to defeat the even firmer established policy of giving every litigant a full and fair day in court." *Lyons v. Westinghouse Electric Corp.*, 222 F.2d 184, 189 (2d Cir. N.Y. 1955).

I incorporate by reference herein my motion for preliminary anti-suit injunction and other relief to protect this Court's jurisdiction to the extent it obtains jurisdiction for the limited purpose of initiating and maintaining this civil action in this Court before a hopefully unbiased

federal district court judge to a jury trial. This Court is not prohibited by the anti-injunction act from entertaining a motion to vacate a fraudulent state court judgment, which motion is included herein and deemed timely attached hereto, especially with respect to any order/judgment of transfer, etc.

I move for preliminary anti-suit injunction against Named Defendants under the corollary to the prohibition of predecessor to 28 USCS § 2283 (i.e. the anti- anti-suit injunction rule allowing for anti-suit injunctions) for an anti-suit injunction to stay and abate Texas state court "proceedings," which includes all steps taken or which may be taken in state court or by its officers from institution of suit to close of final process. The date on which injunctive relief is sought in federal court, rather than the date on which injunctive relief is granted, determines whether state actions are "pending" within the meaning of the Anti-Injunction Act. *National City Lines, Inc. v LLC Corp* 687 F2d 1122 (1982, CA8 Mo).

The injunction applies to appellate as well as to original proceedings, applies to action by court and by its ministerial officers, applies not only to execution issued on judgment but to any proceeding supplemental or ancillary taken with a view to making suit or judgment effective and whether such supplemental or ancillary proceeding is taken in court which rendered judgment or in some other forum, and governs privy to state court proceedings as well as parties of record. *Hill v Martin* (1935) 296 US 393; *Resolute Ins. Co. v North Carolina* (1967, ED NC) 276 F. Supp. 660, aff'd. (1968, CA4 NC) 397 F2d 586, cert den (1968) 393 US 978, 21 L Ed 2d 439, 89 S Ct 446; *Drexler v Walters* 290 F. Supp. 150 (1968, DC Minn).

Accordingly, all statutes of limitations are being tolled on all claims by Chelsea Davis. THIS INJUNCTION APPLIES TO ALL TEXAS STATE OFFICERS, AGENCIES AND

COURT OFFICERS. THIS CASE OPENED BY CHELSEA L. DAVIS PRO-SE MUST REMAIN OPEN AND UNSEALED. Public notice is hereby posted.

I move for anti-suit injunction to enjoin state court proceedings against me in Texas, including those of a criminal nature. I just learned of a new "Complaint" against me for allegedly terrorizing the State Bar of Texas by email even though the clerk Gayle Vickers "ordered" me to email the State Bar of Texas. Such "Complaint" evidences that the State of Texas continues to harass me in unlawful retaliation for complaining of the forced labor trafficking to which I have been and continue to be subjected. Failure to follow the rules deprives the State of Texas, Commission for Lawyer Discipline, Chief Disciplinary Counsel, Board of Disciplinary Appeals and Named Defendants of subject matter jurisdiction to discipline me or suspend my law license. I do not know what the Texas Department of Public Safety or Transportation or Motor Vehicles has to do with anything, but I seek to enjoin them from harassing me as well. Typically, orders issued without subject matter jurisdiction are void as are orders issued in the absence of any case or controversy.

I move to quash and set aside the new "Complaint" against me in Travis County Precinct 5 which was never properly filed and incorporate my objections herein which may be added by attachment at any time and amended. *See State of Texas v. Chelsea Lynn Davis*, D1DC15500091 (Travis County Precinct 5 or District Court, opened Mar. 6, 2015). I have absolute immunity in State Bar disciplinary and disability matters, and it is obvious that the State of Texas and Named Defendants are just reaching for everything under the sun that they can call "Texas" in an attempt to prevent any court outside of Texas from stopping Named Defendants from harassing me.

I move to compel the Texas Board of Pardons and Paroles and the Texas Governor Greg Abbott to pardon or this Court to quash criminal allegations, including the allegation of driving drunk in *State of Texas v. Chelsea L. Davis*, ML1400489, Dallas County, Texas (July 5, 2013) because there was never any evidence that my blood alcohol level was above zero and felony failure to pay child support because I do not have a child. *See* the booking record for myself, 2014-BK-16195, dated Oct. 17, 2014, release date Oct. 17, 2014 and bond number 201416251 for Cash Bond Contempt of Child Support Order, Posted $2500. *See also State of Texas v. Chelsea L. Davis*, MB1359386, Dallas County, Texas (regarding the breathalyzer that was in my car for three months).

## IX. THEORIES OF LIABILITY, INCLUDING LIABILITY OF COMMON EMPLOYER

Named Defendants State of Texas and Supreme Court of Texas are my Common Employer and are herein individually referred to as "Defendant Common Employer," as "Common Employer," and collectively referred to as "Defendants Common Employer." Named Defendants Board of Disciplinary Appeals and Commission for Lawyer Discipline are delegates/subsidiaries/employers of or acting on behalf of the Supreme Court of Texas and may be referred to as "Defendant Common Employer," as "Common Employer," and collectively referred to as "Defendants Common Employer." Named Defendants Texas Board of Pardons and Paroles, Texas Governor Greg Abbott, and Texas Department of Public Safety are delegates/subsidiaries/employers/employees/agencies of or acting on behalf of the State of Texas and may be referred to as "Defendant Common Employer," as "Common Employer," and collectively referred to as "Defendants Common Employer." Each of Named Defendants acted alone or in aiding or encouraging the State of Texas, Supreme Court of Texas or State Bar of

Texas. Samuel Baxter, for example, is an officer of the Supreme Court of Texas.

My Common Employer unlawfully sexually harassed, sexually abused and mistreated me, continuing to promise me wages and payment in full without delivering on their promises, in violation of state and federal laws governing employment which require employers to pay wages and meet fair labor standards. I incorporate by reference herein my objections, defenses and other subsequently attached hereto.

Texas and the Supreme Court of Texas may constitute a single business enterprise (herein referred to as "the Common Employer" or "my Common Employer). In carrying out their single business enterprise, Texas and the Supreme Court of Texas have common ownership and share financial and other resources. They have similar employees and operate out of the same office space and utilize the services of the same officers and employees. Leslie D. Ware, who funds each and was an officer on behalf of each, and other lawyers involved, authorized all of the acts and omissions contained herein attributed to each.

Leslie D. Ware violated Rule 5.04 of the Texas Disciplinary Rules of Professional Conduct. Rule 5.04 requires the Professional Independence of a Lawyer. It states:

> "(a) A lawyer or law firm shall not share or promise to share legal fees with a non-lawyer, except that: (1) an agreement by a lawyer with the lawyer's firm, partner, or associate, or a lawful court order, may provide for the payment of money, over a reasonable period of time, to the lawyer's estate to or for the benefit of the lawyer's heirs or personal representatives, beneficiaries, or former spouse, after the lawyer's death or as otherwise provided by law or court order. (2) a lawyer who undertakes to complete unfinished legal business of a deceased lawyer may pay to the estate of the deceased lawyer that proportion of the total compensation which fairly represents the services rendered by the deceased lawyer; and (3) a lawyer or law firm may include non-lawyer employees in a retirement plan, even though the plan is based in whole or in part on a profit-sharing arrangement.
>
> (b) A lawyer shall not form a partnership with a non-lawyer if any of the activities of the partnership consist of the practice of law.

> (c) A lawyer shall not permit a person who recommends, employs, or pays the lawyer to render legal services for another to direct or regulate the lawyer's professional judgment in rendering such legal services.
>
> (d) A lawyer shall not practice with or in the form of a professional corporation or association authorized to practice law for a profit, if: (1) a nonlawyer owns any interest therein, except that a fiduciary representative of the estate of a lawyer may hold the stock or interest of the lawyer for a reasonable time during administration; (2) a nonlawyer is a corporate director or officer thereof; or (3) a nonlawyer has the right to direct or control the professional judgment of a lawyer.

Leslie D. Ware, as an agent of the Common Employer, forced me not only to report to him daily, have sex with him, drink his urine, eat feces, and tolerate the pain of extreme sexual abuse which damaged my throat, colon and vagina, and the Common Employer violated this rule more than four years ago. Leslie D. Ware stalked me and controlled my day to day activities. Each of Leslie D. Ware, Eric Albritton and T. John Ward Jr. violated Rule 5.04 of the Texas Disciplinary Rules of Professional Conduct under the guise of a training or other employment program, to teach me how to behave, because they get off on abusing one female lawyer after the next and showing her the true power of the empire they have built.

*1. Liability of Single Business Enterprise*

In carrying out their single business enterprise, Defendants Common Employer have common ownership and share financial and other resources. They have similar employees and operate out of the same office space and utilize the services of the same officers and employees. Each Defendant Common Employer authorized all of the acts and omissions complained of herein attributed to Defendants Common Employer. Defendants Common Employer may or may not be held jointly and severally liable for each of certain ones or others of causes of action complained of herein on the basis that they constitute a single business enterprise or other basis or theory of liability. Chelsea Davis reserves her right to use any single business enterprise

argument as a shield, a sword or both for any purpose.

*2. Vicarious Liability*

At times material to this action, Defendants Common Employer acted within the scope of their employment. In addition, Defendants Common Employer acted in furtherance of Defendant's business and as an agent of Defendant. Whenever in this complaint it is alleged that the Common Employer did any act or thing, it is meant that each of the Defendants Common Employer's supervisors, agents, servants, employees or representatives did such act and/or that at that time such act was done, it was done with the full authorization or ratification of Defendants Common Employer or was done in the normal and routine course and scope of employment of Defendants's supervisors, agents, servants, employees, or representatives. The Supreme Court of Texas and named entities associated with the State of Texas and Supreme Court of Texas are vicariously liable for the actions of Defendants Common Employer. The Common Employer is vicariously liable for the actions of named persons and entities as described herein. Chelsea Davis reserves her right to use any vicarious liability argument as a shield, a sword or both for any purpose.

*3. Actual Authority*

The Common Employer acted in its capacity as shareholders and managers and had actual authority to engage in the wrongful conduct alleged. The Common Employer intentionally conferred general authority on, for example, named persons and entities, and the Common Employer to act on its behalf. Through a lack of reasonable care, the Common Employer permitted the Common Employer, named persons and entities to believe they possessed general authority to act on its behalf. At least one of those constituting the Common Employer had a

meeting of the minds with at least another one of those constituting the Common Employer as to the creation of the agency, and acted within the course and scope of the agency.

Defendants acted in their capacity as shareholders and managers and had actual authority from Defendants to engage in wrongful conduct alleged. Defendants intentionally conferred general authority on Defendants to act on its behalf. Through a lack of reasonable care, Defendants permitted Defendants to believe they possessed general authority to act on its behalf. Each of Defendants had a meeting of the minds with Defendants as to the creation of the agency, and acted within the course and scope of the agency.

The acts of management, including but not limited to the Chair, counsel and other named persons and entities, for example, "ordering" me to respond to a "motion" by a certain date by email, employing my labor, were performed while employing Chelsea L. Davis, to further the Common Employer's business(es), to accomplish the objective for which these supervisory employees were hired, and within the course and scope of that employment or within the authority delegated to them.

Managers/Financiers/Agents of the Common Employer were given supervisory authority over Chelsea L. Davis. As such, they controlled the day-to-day work conditions, duties, and all other aspects of Chelsea L. Davis's employment. Chelsea L. Davis reserves her right to use any actual authority/agency argument as a shield, a sword or both for any purpose.

*4. Apparent Authority*

Agents of the Common Employer acted in their capacity as shareholders and managers and had apparent authority from the Common Employer to engage in the wrongful conduct alleged. Defendants acted in their capacity as shareholders and managers and had apparent

authority from Defendants and entities to which they belong to engage in the wrongful conduct alleged. Agent of the Common Employer either (1) held the agent of the Common Employer out as having the authority to act on its behalf; (2) knowingly permitted the agents of the Common Employer to hold themselves out as having the authority to act on the Common Employer's behalf; or (3) acted with such a lack of ordinary care that it clothed agents of the Common Employer with the indicia of authority to act on the Common Employer's behalf. Defendant(s) either (1) held Defendant(s) out as having the authority to act on its behalf; (2) knowingly permitted Defendant(s) to hold themselves out as having the authority to act on Defendant(s)' behalf; or (3) acted with such a lack of ordinary care that it clothed Defendant(s) with the indicia of authority to act on Defendant's behalf. Chelsea L. Davis reserves her right to use any apparent authority/agency argument as a shield, a sword or both for any purpose.

*5. Liability of Aider/Encourager*

At the same time and place that one of Named Defendants was doing the things alleged in this petition, another one of Named Defendants aided *or* encouraged him *or* her in doing so, for *e.g.,* holding Plaintiff down while Named Defendant filmed Plaintiff without her consent.

*6. Exhaustion of Administrative Remedies*

Chelsea L. Davis exhausted administrative remedies by filing charges of Discrimination with the United States Equal Employment Opportunity Commission (hereinafter "EEOC") and/or Texas Workforce Commission. In the Charge(s), which includes amendments and attachments attached hereto by Chelsea L. Davis, Chelsea L. Davis asserts that the Common Employer discriminated against her because of her gender. Chelsea L. Davis exhausts her administrative remedies and files within the statutory limitations period.

## X. CAUSES OF ACTION

### 1. DECLARATORY JUDGMENT OF NO LIABILITY TO NAMED DEFENDANTS

I seek a declaratory judgment of no liability to Named Defendants.

I further move for protective order, injunction and declaratory judgment that I do not owe any further penalties, an injunction prohibiting Texas and Supreme Court of Texas from taking me, my things, or my rights, prohibiting enforcement of any judgment or conviction against me, if any, and preliminary enjoining by antisuit injunction the State of Texas and ordering the State of Texas to immediately give me all of my money back, including all payments made for bond, along with attorney fees, costs and fees, including payments for my labor and wagees, which exceed $75,000.

Under Texas law, Leslie Ware committed a third degree felony under Tex. Pen. Code 25.11 of "Continuous Violence Against the Family" when he cheated on his wife with me more than twice in twelve months and when he cheated on me with another woman (and/or his wife) more than twice in twelve months because we had a "dating relationship" under Tex. Pen. Code. 71.0021(b). Samuel Baxter committed a third degree felony of "Continuous Violence Against the Family" when he cheated on his wife or girlfriend with me more than twice in twelve months. Harlan Crow committed a third degree felony of "Continuous Violence Against the Family" when he cheated on his wife or girlfriend with me more than twice in twelve months. One could allege that I too committed third degree felonies under Tex. Pen. Code 25.11 of "Continuous Violence Against the Family" by having sex and engaging in sexual contact with Leslie Ware, Samuel Baxter and Harlan Crow.

I have good moral character, and I lack moral turpitude. I have not committed a crime for which the element of a reckless state of mind was shown to be coupled with an offense involving the infliction of serious bodily injury. However, both Mark Werbner and Leslie Ware committed such an offense against me, and Texas has failed to act. Plus, Carlos Cortez raped me, and Texas failed to act.

**2. Violations of, Deprivations of and Conspiracy To Interfere With Chelsea Davis's Rights, Liberty Interests and Property Interests Conferred On Her By 42 U.S.C. §§ 1981, 1983 et seq., Title VII, FLSA and the First, Fifth and Fourteenth Amendments of the Constitution of the United States, Including the Equal Protection Clause**

Each of the foregoing and following paragraphs is incorporated herein by reference. Defendants threatened to put Chelsea Davis in jail for 180 days for contempt of court even though the state court lacks all authority to act. Defendants had an ulterior motive, namely, personal financial benefit, for harassing Chelsea Davis and burdening her with allegations of crimes she has not committed. Defendants and attorneys hired by Defendants benefit financially through Leslie Ware's litigation finance fund, donations to political campaigns and fundraising efforts and through investments made into and by the general appropriations fund of the State of Texas. Each of Defendants had an improper purpose, namely, to unlawfully deprive Chelsea Davis of her property and liberty, rights, privileges and immunities, when he/she/it wrongfully enjoined, maliciously prosecuted, unlawfully arrested, conspired with another Defendant to deprive her of rights, privileges and protected interests, deprived her of rights privileges and protected interests, deprived her of substantive and procedural due process, and otherwise acted to gain an advantage for Defendants against Chelsea Davis, to prevent her from instituting litigation, to prevent her from filing and presenting documents, to prevent her from conducting discovery, especially concerning financial benefits, and to prevent her from presenting claims

and defenses. Defendants had an ulterior motive, namely, financial benefit, for conspiring to unlawfully threaten to deprive Chelsea of due process, property and liberty interests, including her law license. Her interest in her law license is a property interest. She has the prima facie right to renew her law licence. Chelsea has a protected interest in her continued employment and renewal of her law license and prevention of suspension of her law license. Chelsea's interests such that procedural due process applies to the deprivation of them secured by the Fourteenth Amendment to the U.S. Constitution. The State of Texas attempts to impose on her any stigma or other disability that forecloses her freedom to take advantage of other employment opportunities. Defendants' purpose was to aid and abet a human trafficking enterprise involving forced labor and sex trafficking, to benefit himself and itself, by sexually gratifying its investors without getting caught, and to deprive Chelsea of her property and liberty.

On or about May 10, 2013, after Chelsea moved to Collin County, Leslie Ware appears to have presented a criminal complaint orally with the Dallas Police Department and with District Attorney Messina Madson of Dallas County, Texas. The complaint accused Chelsea of having committed the offense of stalking, but no affidavit was ever filed and no evidence was presented. A warrant issued for Chelsea's arrest and an emergency protection order issued in Collin County Court, Cause No. 01-JM-13-4225. Chelsea was arrested on multiple dates at her home in Collin County and taken to Collin County Jail. Leslie Ware then sent an email to himself from Chelsea's account to cause her trouble. Leslie Ware acted without probable cause in making statements to the prosecuting attorney that Chelsea violated a condition of an alleged bond that he did not honestly, reasonably, and in good faith believe, and he conspired with Defendants and others, causing Chelsea to be detained in custody for a period of seventy-five (75) days

beginning on January 10, 2014.

On March 25, 2014, because there was no probable cause to arrest Chelsea on any of the dates she was arrested, Chelsea was no billed and released. Chelsea is innocent of the charge of stalking brought against her. Leslie Ware and Defendants acted without probable cause in initiating the prosecution of Chelsea *and* in making the statement to the prosecuting attorney in that he did not honestly, reasonably, and in good faith believe Chelsea to be guilty of the crime charged. Leslie Ware and Defendants acted maliciously in instigating the prosecution, not dismissing it and in making a false and/or incomplete statement to the prosecuting attorney.

As a proximate result of the criminal and civil prosecution, Chelsea suffered damages in excess of $75,000. As a further proximate result of the criminal prosecution initiated by Defendants, Chelsea incurred the cost of posting bail in the sum of $11,500 plus at least $2,500 in payments to registry of court allegedly for contempt of child support order and the cost of attorney's fees in defending against the prosecution, including representing herself, in the amount of at least $25,000 per month.

Defendants are two or more persons who conspired to injure, oppress, threaten, or intimidate Chelsea Davis in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to her by the Constitution or laws of the United States, or because of her having so exercised the same. Defendants intentionally discriminated against Chelsea Davis and interfered with her contractual and other rights, liberty and property interests in violation of 42 U.S.C. §§1981, 1983 and the First, Fifth and Fourteenth Amendments. The actions of Defendants violated Chelsea Davis's substantive due process rights in that she has been deprived of rights, liberty interests and property interests in violation of the

law. Defendants conspired to interfere with Chelsea Davis's rights, liberty interests and property interest in violation of 42 U.S.C § 1981 – her right to make and enforce contracts. Defendants further conspired to deprive Chelsea Davis of equal protection under the law and her substantive due process rights under the 14th Amendment in that they sought to categorically malign, bring into disrepute and libel Chelsea Davis to the public in violation of 42 U.S.C. §1983. A § 1983 conspiracy claim may arise when a private actor conspires with state actors to deprive a person of their constitutional rights under color of state law. Defendants have conspired to have Chelsea Davis unlawfully arrested on knowingly false and incomplete charges of stalking and for failure to pay child support even though Chelsea Davis does not have any children. An improper purpose was to transfer and consolidate suits with grievance proceeding to allege finality of proceeding prior to notice, to deprive her of her right to de novo review, and to gain advantage through false categorization of proceeding as arising under the Texas Family Code even though no proceeding arises under the Texas Family Code, as a means of gaining an advantage and depriving Chelsea Davis of her rights, liberty interests and property interests in violation of the law. Courts appear to be ignoring the Article III case or controversy requirement of the United States Constitution, Chelsea's due process rights and various notice requirements. *See* Tex. R. Civ. P. 680 *et seq*.

As a result of the unlawful issuance of orders of capias, Chelsea was deprived of both her liberty and property interests without due process of law and her right to equal protection of the laws, and the due course of justice was impeded, in violation of the Fifth and Fourteenth Amendments of the Constitution of the United States and 42 U.S.C. §§ 1983 et seq. and §§ 1985, et seq.

Chelsea demands judgment for the unlawful signing of two orders of capias, against each of Defendants for actual, general, special, and compensatory damages in the maximum amount under the law and further demands judgment against each of Defendants for punitive damages in the amount of the maximum amount allowable under the law, whichever is greater, plus the costs of this action, including attorney's fees, and for such other relief to which she deems herself justly entitled in law and in equity.

Disbarment proceedings impose a punishment or penalty on a lawyer and, therefore, a lawyer must be given due process and fair notice of the charge. I continue to demand trial in district court but am being denied due process and fair notice of the charge.

The free communication of thoughts and opinions, is one of the inviolable rights of man; and every person may freely speak, write, print, and publish, on any subject, including government. Any order to seal is an unconstitutional gag order as a prior restraint and pre-speech sanction. The Texas Constitution and the United States Constitution Bill of Rights, including the First Amendment, guarantee my freedom of speech, which is being breached. It is an abuse of discretion to impose any penalty assessed. It is a further abuse of discretion to deny a meaningful hearing It is a further abuse of discretion to presume legality and to presume Constitutionality of the Texas Rules of Disciplinary Procedure, Texas Rules of Professional Conduct and Internal Procedural Rules of the Board of Disciplinary Appeals, which the State Bar of Texas continues to change to defend against its own wrongdoing depending upon the circumstances on a case-by-case basis.

I object to certain admissions, if any, and do not confess to valid crimes. I do not waive the venue issue. I object to the State Bar of Texas being considered as an administrative agency and object to it being under the administrative control of the Supreme Court of Texas.

From January 2013 to present, Chelsea has been unlawfully discriminated against based on her sex and retaliated against for a protected activity of filing a complaint. Chelsea timely filed her complaint within one hundred and eighty days of the sexual harassment she experienced by McKool Smith P.C. Title VII and other state and federal laws prohibit each of Defendants' wrongful conduct and provide Chelsea with civil remedies. Chelsea was segregated, classified, and discriminated against because she is a female. Chelsea is entitled to recover lost wages, liquidated damages, reasonable costs and all attorneys fees. There is equitable tolling of any statute of limitations with respect to Chelsea's causes of action to the extent any tolling is necessary. Chelsea pleads the discovery rule due to the misconduct of Defendants. Chelsea is not precluded from litigating the same causes of action against the same or different actors. The effect of the practices complained of herein is to deprive Chelsea of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex. At all material times, Defendants acted, directly or indirectly, in the interest of an employer having more than fifteen employees with respect to Chelsea. There was an employer within the meaning of Section 3(d) of the FLSA, 29 U.S.C. § 203(d). See Fair Labor Standards Act ("FLSA"), 29 U.S.C.S. § 207. There was an enterprise within the meaning of Section 3(r) of the FLSA, 29 U.S.C. § 203(r). At all times, one or more or another of Defendants was an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1) of the FLSA, 29 U.S.C. § 203(s)(1), in that said enterprise has had employees engaged in commerce

or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has had and has an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated). At all times, Chelsea was an individual employee engaged in commerce or in the production of goods for commerce as required by 29 U.S.C. §§ 206-207. Chelsea had worked for the employer from within the last two years. Chelsea routinely worked over 40 hours per week. However, she was not paid. The employer knew that Chelsea worked in excess of 40 hours per week and allowed and directed her to do so. Chelsea is entitled to receive minimum wage, promised wages in accordance with and in excess of the standard pay scale and overtime pay for all hours worked in excess of 40 hours per work week. Title VII makes it illegal for an employer to "discharge any individual, or otherwise to discriminate against any individual with respect to [her] compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin [ ] or to limit, segregate, or classify its employees [ ] in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect [her] status as an employee, because of such individual's race, color, religion, sex, or national origin." 42 U.S.C. 2000e2(a) (2010). Chelsea is the victim of quid pro quo sexual harassment and discrimination based on her sex under state and federal law with respect to her compensation, terms, conditions and privileges of employment. Her employer, through its agents, supervisors, or employees violated Chelsea's civil rights in violation of 42 U.S.C. §1981 and Title VII, by discriminating against her with respect to her compensation, terms, conditions, and/or privileges of employment, because of Chelsea's sex,

limiting, segregating, or classifying its employees in any way which would deprive or tend to deprive Chelsea of employment opportunities, and otherwise adversely affecting her status as an employee, because of her sex. These violations consisted of discrimination of a continuous nature during her employment until April 2010. Chelsea is an employee within the meaning of Title VII and belongs to a class protected under the statute. 42 U.S.C. § 2000e(f). One or more or another of Defendants is an employer within the meaning of Title VII. 42 U.S.C. §2000e(b) and intentionally discriminated against Chelsea because of her sex in violation of Title VII. 42 U.S.C. § 2000e2. As an employer, labor organization, or joint labor management committee controlling apprenticeship or other training or retraining, including on-the-job training programs, unlawfully discriminated against Chelsea because of her sex in admission to, or employment in, any program established to provide apprenticeship or other training. Each of Defendant's conduct constitutes violations of statutory law. Such unlawful conduct seriously affects Chelsea in her occupation, trade and business.

**Titles I and V of the Americans with Disabilities Act, as amended**

The ADA prohibits discrimination on the basis of disability in all employment practices. Under the Civil Rights Act of 1991 I am entitled to compensatory and punitive damages for intentional discrimination, my attorney fees and a jury trial. Before making an offer of employment, an employer may not ask job applicants about the existence, nature, or severity of a disability. Applicants may be asked about their ability to perform job functions. A job offer may be conditioned on the results of a medical examination, but only if the examination is required for all entering employees in the same job category. Medical examinations of employees must be job-related and consistent with business necessity. My Common Employer is violating these

rules.

Each of Defendant's actions directly and proximately caused Chelsea suffer mental anguish. Accordingly, Chelsea seeks (1) actual damages for mental anguish; (2) court costs; (3) reasonable attorney's fees and (4) exemplary damages. For purposes of Rule 47(c-d) of the Texas Rules of Civil Procedure, if applicable in this case, Chelsea seeks monetary relief up to and in excess of $1,000,000, and Chelsea demands judgment for all the other relief to which Chelsea deems herself entitled.

Chelsea demands judgment against each of Defendants for money in an amount which may be based on their net worth and which is sufficient to punish each of them for their wrongful conduct up to and in excess of $1,000,000. Under Tex. Civ. Prac. & Rem. Code Sec. 98.006, "[t]his chapter shall be liberally construed and applied to promote its underlying purpose to protect persons from human trafficking and provide adequate remedies to victims of human trafficking." *Id.*

***3. Texas TORT CLAIMS ACT ("TTCA")***

Under the TTCA, Texas is liable . . . in the same manner and to the same extent as a private individual under like circumstances. Federal courts have jurisdiction over such claims, but apply the law of the State "where the act or omission occurred." My performance of labor was not a discretionary function or duty; Texas and/or the Supreme Court of Texas made me work. The TTCA does not exempt intentional torts committed by "investigative or law enforcement officers." As an individual aggrieved by the actions of law enforcement officers, I am entitled to my week-long jury trial and certain evidentiary hearings in court. The United States Supreme Court affirmed in *Millbrook v. United States* that a federal prisoner was allowed

to bring a claim against the government for intentional torts committed by prison guards in the scope of their employment. My claim may not have yet accrued in totality, is not time-barred and, if it is, tolling is equitable under the circumstances as the trafficking is ongoing.

After becoming aware of circumstances, Named Defendants, and each of them, and their agents and employees, engaged in a continuous course of defamation, harassment, intimidation, hostility, and retaliation against me because of my continued reports. I am still being unjustifyably harassed by agents of my Common Employer and retaliated against for protected activity. For example, evidence is insufficient to support disbarment because there is no evidence of cause to disbar me, any findings and conclusions are not specifically related to any charges or proof, and conduct not charged or proved provides the basis for recommended discipline.

I have not committed the tort of Libel per se against anyone. Nothing is so harmful on its face that I need not prove special damages. Examples of libel per se are false statements that: (i) relate to the person's business or profession to the person's detriment; (ii) falsely claim that the person committed a crime of moral turpitude; (iii) falsely impute unchastity on the person; or (iv) falsely claim that the person suffers from a loathsome disease.

***4. Sexual Assault and/or Aggravated Sexual Assault***

Leslie D. Ware intentionally and knowingly caused the penetration of my mouth by his sexual organ without my consent. I could not have consented because Leslie D. Ware compelled me to submit or participate by the use of physical force. As a direct and proximate result, I suffered damages, and I seek actual, general, special, punitive and exemplary damages.

Carlos R. Cortez intentionally and knowingly caused the penetration of my sexual organ

without my consent. I could not have consented because Carlos R. Cortez compelled me to submit or participate by the use of physical force or violence; and I had not consented and Carlos R. Cortez knew I was physically unable to resist. As a direct and proximate result, I suffered damages, and I seek actual, general, special, punitive and exemplary damages.

Sexual assault constitutes aggravated sexual assault if the person causes serious bodily injury or attempts to cause the death of the victim or another person in the course of the same criminal episode or if the person, by acts or words, places the victim in fear that any person will become the victim of an offense under Section 20A.02(a)(3) or 20A.02(a)(4), or that death, serious bodily injury, or kidnapping will be imminently inflicted on any person. Carlos Cortez's sexual assault of me constitutes aggravated sexual assault either because Carlos Cortez is HIV positive and thereby attempted to cause my death or used a deadly weapon or because Carlos Cortez, by acts or words, placed me in fear that I would become the victim of an offense under Section 20A.02(a)(3) or 20A.02(a)(4), or that death, serious bodily injury, or kidnapping will be imminently inflicted on me. As a direct and proximate result, I suffered damages, and I seek actual, general, special, punitive and exemplary damages.

Leslie Ware's sexual assault(s) of me constitutes aggravated sexual assault because he, by acts or words, placed me in fear that I will become the victim of an offense under Section 20A.02(a)(3) or 20A.02(a)(4), or that death, serious bodily injury, or kidnapping will be imminently inflicted on me; used or exhibited a deadly weapon in the course of the same criminal episode; acted in concert with another who engages in conduct described by Subdivision (1) directed toward Chelsea Davis and occurring during the course of the same criminal episode; or administered or provided flunitrazepam, otherwise known as rohypnol,

gamma hydroxybutyrate, or ketamine to Chelsea Davis with the intent of facilitating the commission of the offense. As a direct and proximate result, I suffered damages, and I seek actual, general, special, punitive and exemplary damages.

***5. Assault***

Leslie Ware, Carlos Cortez, Harlan R. Crow, and R. Brian Teal (1) intentionally, knowingly, or recklessly caused bodily injury to me; (2) intentionally or knowingly threatened me with imminent bodily injury; (3) intentionally drugged me without my knowledge; (4) intentionally improperly visually recorded me; or (5) intentionally contacted or conspired with another Named Defendant to contact me with the HIV or HPV virus without my knowledge. As a direct and proximate result of the conduct, I suffered damages, and I seek actual, general, special, punitive and exemplary damages.

Leslie Ware, Carlos Cortez, Harlan R. Crow, and R. Brian Teal committed assault or sexual assault when he acted in concert with Leslie Ware who engages in conduct described by Subdivision (1) directed toward Chelsea Davis and occurring during the course of the same criminal episode. Each of Leslie Ware and Carlos Cortez's sexual assaults constitute aggravated sexual assault because the assault(s) caused serious bodily injury to Chelsea Davis; by acts or words placed Chelsea Davis in fear that Chelsea Davis will become the victim of an offense under Section 20A.02(a)(3), (4), (7), or (8) or that death, serious bodily injury, or kidnapping will be imminently inflicted on Chelsea Davis; by acts or words occurring in the presence of the victim threatens to cause any person to become the victim of an offense under Section 20A.02(a)(3), (4), (7), or (8) or to cause the death, serious bodily injury, or kidnapping of any person; uses or exhibits a deadly weapon in the course of the same criminal episode; acted in

concert with another who engages in conduct described by Subdivision (1) directed toward Chelsea Davis and occurring during the course of the same criminal episode; or administered or provided flunitrazepam, otherwise known as rohypnol, gamma hydroxybutyrate, or ketamine to Chelsea Davis with the intent of facilitating the commission of the offense. I do not know whether Leslie Ware drugged me or not, but I have proof that I was drugged on July 5, 2013 by R. Brian Teal without my consent, and I do not know what he did to me, but I seek to analyze the video footage further and conduct discovery.

***6. State Law Trafficking of Persons - Sex***

Each of Named Defendants participated in a venture that involves trafficking of Chelsea Davis. Each of Named Defendants invested in one or more ventures with Leslie Ware. Leslie Ware and Harlan Crow knowingly owned, invested in, financed, controlled, supervised, or managed a prostitution enterprise that used two or more prostitutes, including Chelsea Davis and Leslie Ware, which is defined by Section 43.04 of the Texas Penal Code as Aggravated Promotion of Prostitution. Leslie Ware has paid other women to engage in sexual conduct with Leslie Ware and Harlan Crow. Each of Named Defendants knowingly trafficked me with the intent that I engage in forced labor or services. Each of Named Defendants intentionally or knowingly benefited from participating in a venture that involves trafficking of Chelsea Davis.

Each of Named Defendants has participated in a venture that involves human trafficking. Leslie Ware trafficked Chelsea Davis and, through force, fraud, or coercion, caused Chelsea Davis to engage in conduct prohibited by: Section 43.02 (Prostitution); Section 43.03 (Promotion of Prostitution); Section 43.04 (Aggravated Promotion of Prostitution); or Section 43.05 (Compelling Prostitution). Each of Named Defendants intentionally or knowingly

benefited from participating in a venture that involves trafficking of Chelsea Davis.

Each of Named Defendants has participated in a venture that involves human trafficking. Each of Named Defendants knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (3) or engaged in sexual conduct with a person trafficked in the manner described in Subdivision (3). Under Texas Penal Code Section 20A.02(a)(3), "Subdivision (3)," a person commits an offense if the person knowingly traffics another person and, through force, fraud, or coercion, causes the trafficked person to engage in conduct prohibited by: Section 43.02 (Prostitution); Section 43.03 (Promotion of Prostitution); Section 43.04 (Aggravated Promotion of Prostitution); or Section 43.05 (Compelling Prostitution). Leslie Ware knowingly trafficked Chelsea Davis and, through force, fraud, or coercion, caused Chelsea Davis to engage in conduct prohibited by: Section 43.02 (Prostitution); Section 43.03 (Promotion of Prostitution); Section 43.04 (Aggravated Promotion of Prostitution); or Section 43.05 (Compelling Prostitution). Each of Named Defendants knowingly engaged in sexual conduct with Chelsea Davis, a person trafficked in the manner described in Subdivision (3). Each of Named Defendants intentionally or knowingly benefited from participating in a venture that involves trafficking of Chelsea Davis.

Each of Named Defendants engaged in the trafficking of Chelsea Davis. Each of Named Defendants knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (3) or engaged in sexual conduct with a person trafficked in the manner described in Subdivision (3). Under Texas Penal Code Section 20A.02(a)(3), "Subdivision (3)," a person commits an offense if the person knowingly traffics another person and, through force, fraud, or coercion, causes the trafficked person to engage in conduct prohibited by: Section

43.02 (Prostitution); Section 43.03 (Promotion of Prostitution); Section 43.04 (Aggravated Promotion of Prostitution); or Section 43.05 (Compelling Prostitution). Leslie Ware knowingly trafficked Chelsea Davis and, through force, fraud, or coercion, caused Chelsea Davis to engage in conduct prohibited by: Section 43.02 (Prostitution); Section 43.03 (Promotion of Prostitution); Section 43.04 (Aggravated Promotion of Prostitution); or Section 43.05 (Compelling Prostitution). Each of Named Defendants knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (3). Each of Named Defendants engaged in sexual conduct with Chelsea Davis when he engaged in actual, simulated or deviate sexual intercourse with her; when he touched her anus, breast, or any part of her genitals with intent to arouse or gratify the sexual desire of any person; when he masturbated on her; when he engaged in sado-masochistic abuse of Chelsea Davis; or when he engaged in lewd exhibition of his genitals or anus to Chelsea Davis or caused lewd exhibition of Chelsea Davis's genitals or anus or any portion of her breast below the top of the areola. Accordingly, Each of Named Defendants knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (3) or engaged in sexual conduct with Chelsea Davis, a person trafficked in the manner described in Subdivision (3).

As a proximate result of the ventures or of the traffickings of me on or about Oct. 15, 2010, Oct. 29, 2012 and Dec. 5, 2012, and for each threesome between myself, Leslie Ware and a Jane Doe, I suffered damages, and I seek actual, general, special, punitive and exemplary damages from each of Named Defendants, for example, based on his its net worth, to punish it for its wrongful conduct and an injunction to prevent Texas and the Supreme Court of Texas from participating in trafficking of persons in the future.

Texas and the Supreme Court of Texas, through the Client Security Fund, invested in one or more ventures with sexual predators Leslie Ware, Carlos Cortez, Harlan Crow and with Southern Methodist University, Texas A&M University, the Honorable Patrick E. Higginbotham, Emily Tobolowsky, Jill Willis and/or David C. Godbey and receive funds and profit in interstate commerce off of at least from McKool Smith P.C.'s patent litigation and/or from Baker Botts LLP's patent prosecution, including federal grant money and foreign funds, for example, from Denmark through Honorary Consul Harlan Crow and funds donated by Leslie Ware and Planned Parenthood for example, for drafting laws to create a tyrannical regime, for purposes of population control and to commit fraud on the patent office. Each of Named Defendants participated in a venture that involves trafficking of Chelsea Davis. Leslie Ware and Named Defendants knowingly owned, invested in, financed, controlled, supervised, or managed a prostitution enterprise that used two or more prostitutes, including Chelsea Davis and Leslie Ware, which is defined by Section 43.04 of the Texas Penal Code as Aggravated Promotion of Prostitution. Leslie Ware has paid other women to engage in sexual conduct with Leslie Ware and Harlan Crow. Leslie Ware knowingly trafficked me with the intent that I engage in forced labor or services. Each of Named Defendants intentionally or knowingly benefited from participating in a venture that involves trafficking of Chelsea Davis. Named Defendants know that Leslie Ware pays women for sex and knowing or in reckless disregard gave him students' law school applications and implemented his emergency student loan program without any question as to how the loans were paid off. Each of Named Defendants, David C. Godbey, for example, Texas and the Supreme Court of Texas are forcing me to work through continued threatened abuse of law or legal process and thus may be held liable for its participation in a

human trafficking venture.

***7. State Law Trafficking of Persons - Forced Labor***

I re-allege each and every one of the foregoing and following paragraphs as though set forth fully herein. The Common Employer has participated in a venture that involves trafficking of Chelsea Davis. The Common Employer knowingly trafficked Chelsea Davis with the intent that she engage in forced labor or services. The Common Employer intentionally or knowingly benefited from participating in a venture that involves trafficking of Chelsea Davis.

The Common Employer has participated in a venture that involves human trafficking. The Common Employer knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (1), including by receiving labor or services the person knows are forced labor or services. Under Texas Penal Code Section 20A.02(a)(1), "Subdivision (1)," a person commits an offense if the person knowingly traffics another person with the intent that the trafficked person engage in forced labor or services. The Common Employer knowingly trafficked Chelsea Davis with the intent that she engage in forced labor or services. The Common Employer intentionally or knowingly benefited from participating in a venture that involves trafficking of Chelsea Davis.

The Common Employer has participated in a venture that involves human trafficking. The Common Employer trafficked Chelsea Davis and, through force, fraud, or coercion, caused her to engage in conduct prohibited by: Section 43.02 (Prostitution); Section 43.03 (Promotion of Prostitution); Section 43.04 (Aggravated Promotion of Prostitution); or Section 43.05 (Compelling Prostitution). The Common Employer intentionally or knowingly benefited from participating in a venture that involves trafficking of Chelsea Davis.

The Common Employer has participated in a venture that involves human trafficking. The Common Employer knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (3) or engaged in sexual conduct with a person trafficked in the manner described in Subdivision (3). Under Texas Penal Code Section 20A.02(a)(3), "Subdivision (3)," a person commits an offense if the person knowingly traffics another person and, through force, fraud, or coercion, causes the trafficked person to engage in conduct prohibited by: Section 43.02 (Prostitution); Section 43.03 (Promotion of Prostitution); Section 43.04 (Aggravated Promotion of Prostitution); or Section 43.05 (Compelling Prostitution). Leslie Ware knowingly trafficked Chelsea Davis and, through force, fraud, or coercion, caused her to engage in conduct prohibited by: Section 43.02 (Prostitution); Section 43.03 (Promotion of Prostitution); Section 43.04 (Aggravated Promotion of Prostitution); or Section 43.05 (Compelling Prostitution). The Common Employer knowingly engaged in sexual conduct with Chelsea Davis, a person trafficked in the manner described in Subdivision (3). The Common Employer intentionally or knowingly benefited from participating in a venture that involves trafficking of Chelsea Davis.

The Common Employer engaged in the trafficking of Chelsea Davis. The Common Employer knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (1). Under Section 20A.02(a)(1), "Subdivision (1)," a person commits an offense if the person knowingly traffics another person with the intent that the trafficked person engage in forced labor or services. The Common Employer knowingly trafficked Chelsea Davis with the intent that she engage in forced labor or services.

The Common Employer participated in a venture that involves trafficking of Chelsea

Davis. The Common Employer invested in one or more ventures with his various entities and Leslie Ware. The Common Employer knowingly owned, invested in, financed, controlled, supervised, or managed a prostitution enterprise that used two or more prostitutes, including Chelsea Davis and Leslie Ware, which is defined by Section 43.04 of the Texas Penal Code as Aggravated Promotion of Prostitution. The Common Employer paid other women to engage in sexual conduct with Leslie Ware and Chelsea Davis and investors in the venture. Leslie Ware and the Common Employer knowingly trafficked me with the intent that I engage in forced labor or services. The Common Employer intentionally or knowingly benefited from participating in a venture that involves trafficking of Chelsea Davis.

The Common Employer has participated in a venture that involves human trafficking. The Common Employer trafficked Chelsea Davis and, through force, fraud, or coercion, caused Chelsea Davis to engage in conduct prohibited by: Section 43.02 (Prostitution); Section 43.03 (Promotion of Prostitution); Section 43.04 (Aggravated Promotion of Prostitution); or Section 43.05 (Compelling Prostitution). The Common Employer intentionally or knowingly benefited from participating in a venture that involves trafficking of Chelsea Davis.

The Common Employer has participated in a venture that involves human trafficking. The Common Employer knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (3) or engaged in sexual conduct with a person trafficked in the manner described in Subdivision (3). Under Texas Penal Code Section 20A.02(a)(3), "Subdivision (3)," a person commits an offense if the person knowingly traffics another person and, through force, fraud, or coercion, causes the trafficked person to engage in conduct prohibited by: Section 43.02 (Prostitution); Section 43.03 (Promotion of Prostitution);

Section 43.04 (Aggravated Promotion of Prostitution); or Section 43.05 (Compelling Prostitution). The Common Employer knowingly trafficked Chelsea Davis and, through force, fraud, or coercion, caused Chelsea Davis to engage in conduct prohibited by: Section 43.02 (Prostitution); Section 43.03 (Promotion of Prostitution); Section 43.04 (Aggravated Promotion of Prostitution); or Section 43.05 (Compelling Prostitution). The Common Employer knowingly engaged in sexual conduct with Chelsea Davis, a person trafficked in the manner described in Subdivision (3). The Common Employer intentionally or knowingly benefited from participating in a venture that involves trafficking of Chelsea Davis.

The Common Employer engaged in the trafficking of Chelsea Davis. The Common Employer knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (3) or engaged in sexual conduct with a person trafficked in the manner described in Subdivision (3). Under Texas Penal Code Section 20A.02(a)(3), "Subdivision (3)," a person commits an offense if the person knowingly traffics another person and, through force, fraud, or coercion, causes the trafficked person to engage in conduct prohibited by: Section 43.02 (Prostitution); Section 43.03 (Promotion of Prostitution); Section 43.04 (Aggravated Promotion of Prostitution); or Section 43.05 (Compelling Prostitution). The Common Employer knowingly trafficked Chelsea Davis and, through force, fraud, or coercion, caused Chelsea Davis to engage in conduct prohibited by: Section 43.02 (Prostitution); Section 43.03 (Promotion of Prostitution); Section 43.04 (Aggravated Promotion of Prostitution); or Section 43.05 (Compelling Prostitution). Each of the agents of the Common Employer knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (3). Leslie Ware engaged in sexual conduct with Chelsea Davis when he engaged in actual, simulated

or deviate sexual intercourse with her; when he touched her anus, breast, or any part of her genitals with intent to arouse or gratify the sexual desire of any person; when he masturbated on her; when he engaged in sado-masochistic abuse of Chelsea Davis; or when he engaged in lewd exhibition of his genitals or anus to Chelsea Davis or caused lewd exhibition of Chelsea Davis's genitals or anus or any portion of her breast below the top of the areola. The Common Employer knowingly received a benefit from participating in a venture that involves an activity described by Subdivision (3) or engaged in sexual conduct with Chelsea Davis, a person trafficked in the manner described in Subdivision (3).

As a proximate result of the ventures or of the trafficking of me by and to the Common Employer, I suffered damages, and I seek actual, general, special, punitive and exemplary damages from the Common Employer, for example, based on its net worth, to punish it for its wrongful conduct.

The Common Employer may be held liable to me for trafficking of persons based on sexual conduct between Eric Albritton and the assistant (whose name is not being disclosed herein to protect her privacy) for the trafficking of myself. The Common Employer may be held liable to me for trafficking of persons based on the forced labor I performed for T. John Ward Jr. for the trafficking of myself.

***8. Human Trafficking Under Federal Law - Forced Labor***

The Common Employer, as the perpetrator and as the participant, participated in a venture which engaged in the forced labor of Chelsea Davis in violation of federal law. Chelsea Davis may bring this action against the Common Employer under 18 U.S.C. § 1595, which states that "[a]n individual who is a victim of a violation of this chapter may bring a civil action against

the perpetrator (or whoever knowingly benefits, financially or by receiving anything of value from participation in a venture which that person knew or should have known has engaged in an act in violation of this chapter) in an appropriate district court of the United States and may recover damages." *Id.* Under 18 U.S.C. § 1593A, the Common Employer is liable to Chelsea Davis because "[w]hoever knowingly benefits, financially or by receiving anything of value, from participation in a venture which has engaged in any act in violation of section 1581(a), 1592, or 1595(a), knowing or in reckless disregard of the fact that the venture has engaged in such violation" is liable. The Common Employer knowingly benefited, financially or by receiving anything of value, from participation in a venture which has engaged in any act in violation of section 1581(a), 1592, or 1595(a), knowing or in reckless disregard of the fact that the venture has engaged in such violation. The Common Employer participated in a venture which engaged in an act in violation 18 U.S.C. § 1595(a), which states that "whoever knowingly benefits, financially or by receiving anything of value from participation in a venture which that person knew or should have known has engaged in an act in violation of this chapter." *Id.* The Common Employer knew or should have known that the venture engaged in an act in violation of Chapter 77 of Title 18 of the United States Code. Chelsea Davis is a victim of one and/or more acts in violation of Chapter 77 of Title 18 of the United States Code, and the act and/or acts in violation directly and proximately caused harm to Chelsea Davis. Chelsea Davis is a victim of one and/or more acts of sex trafficking in violation of 18 U.S.C. § 1591, which states, "(a) Whoever knowingly—(1) in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, or maintains by any means a person; or (2) benefits, financially or by receiving

anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion described in subsection (e)(2), or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, shall be punished as provided in subsection (b)." *Id.* Each act directly and proximately caused harm to Chelsea Davis. As a direct and proximate result of the acts, Chelsea Davis suffered damages. Chelsea Davis seeks damages in excess of $75,000. However, proof of injury is not required for this Court to punish the Common Employer for its wrongful conduct in violation of the law.

Chelsea Davis seeks a judgment for monetary damages and an order of restitution for all of her losses as a proximate result of the trafficking and of the venture, plus the greater of the gross income or value to the Common Employer of her services or the value of her labor as guaranteed under the minimum wage and overtime guarantees of the Fair Labor Standards Act (29 U.S.C. 201 et seq.) and exemplary damages.

***9. Human Trafficking Under Federal Law - Sex***

Each of the foregoing and following paragraphs (except defenses) is incorporated herein by reference. The Common Employer was the perpetrator and/or participated in a venture which engaged in the sex trafficking of Chelsea Davis in violation of federal law. Chelsea Davis may bring this action against the Common Employer who unlawfully deprived Chelsea Davis of her Constitutional right to protection from domestic violence under 18 U.S.C. § 1595, which states that "[a]n individual who is a victim of a violation of this chapter may bring a civil action against the perpetrator (or whoever knowingly benefits, financially or by receiving anything of value

from participation in a venture which that person knew or should have known has engaged in an act in violation of this chapter) in an appropriate district court of the United States and may recover damages." *Id.* Under 18 U.S.C. § 1593A, the Common Employer is liable to Chelsea Davis because "[w]hoever knowingly benefits, financially or by receiving anything of value, from participation in a venture which has engaged in any act in violation of section 1581(a), 1592, or 1595(a), knowing or in reckless disregard of the fact that the venture has engaged in such violation" is liable. The Common Employer knowingly benefited, financially or by receiving anything of value, from participation in a venture which has engaged in any act in violation of section 1581(a), 1592, or 1595(a), knowing or in reckless disregard of the fact that the venture has engaged in such violation. The Common Employer participated in a venture which engaged in an act in violation 18 U.S.C. § 1595(a), which states that "whoever knowingly benefits, financially or by receiving anything of value from participation in a venture which that person knew or should have known has engaged in an act in violation of this chapter." *Id.* The Common Employer knew or should have known that the venture engaged in an act in violation of Chapter 77 of Title 18 of the United States Code. Chelsea Davis is a victim of one and/or more acts in violation of Chapter 77 of Title 18 of the United States Code, and the act and/or acts in violation directly and proximately caused harm to Chelsea Davis. Chelsea Davis is a victim of one and/or more acts of sex trafficking in violation of 18 U.S.C. § 1591, which states, "(a) Whoever knowingly—(1) in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, or maintains by any means a person; or (2) benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in

violation of paragraph (1), knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion described in subsection (e)(2), or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, shall be punished as provided in subsection (b)." *Id.* Each act directly and proximately caused harm to Chelsea Davis. As a direct and proximate result of the acts, Chelsea Davis suffered damages. Chelsea Davis seeks damages in excess of $75,000. However, proof of injury is not required for this Court to punish the Common Employer for its wrongful conduct.

Chelsea Davis seeks a judgment for monetary damages and an order of restitution for all of her losses as a proximate result of the trafficking and of the venture, plus the greater of the gross income or value to the Common Employer of the victim's services or labor or the value of the victim's labor as guaranteed under the minimum wage and overtime guarantees of the Fair Labor Standards Act (29 U.S.C. 201 et seq.) and exemplary damages, plus a full time job going forward.

***10. Harassment***

To avoid paying me and to keep me quiet about the forced labor and sex trafficking, Leslie D. Ware and his wife Amy Abboud Ware resorted to having me harmed and falsely arrested in 2013 and on Jan. 10, 2014 to teach me that they would squash me like a bug for telling the truths, including the truths about their patent business and about corrupt judges and litigants in the United States District Court for the Eastern District of Texas.

Chelsea L. Davis was subjected to seventy-five days of confinement in Dallas County jail based on verbal lies by Leslie D. Ware and Amy Abboud Ware without probable cause and most

recently arrested for contempt of a child support order, which is a felony failure to pay child support, forcing me to pay $2500 in child support on top of over $11,500, even though I am not married and do not have any children, which constitutes clear and convincing evidence of unlawful harassment by Leslie D. Ware and Amy Abboud Ware and a conspiracy to harm me to make me shut up to cover up the details of their patent business and Leslie D. Ware's whores, sex slaves and forced labor operations.

Leslie D. Ware and Amy Abboud Ware had an ulterior motive. had the improper purpose of trying to gain an advantage against Chelsea L. Davis in litigation in an attempt to prevent me from instituting or intervening in litigation, filing documents, presenting evidence and presenting claims and defenses, unlawfully depriving me of my access to the courts and my money that I had left from my employment post-McKool Smith P.C., which may be imputed to the Common Employer. The Common Employer's purpose at all times has been to aid and abet a human trafficking enterprise involving forced labor and sex trafficking, to benefit itself and its members, by sexually gratifying its investors and forcing Chelsea L. Davis to work without pay. I incorporate by reference herein my medical records which prove that I was beaten by Leslie D. Ware at my home in January 2013, incorporating pictures of my bruises, and documented sexual abuse from 2011 to 2013, including the detail that Leslie D. Ware sold me for forced sex or labor to investor Harlan R. Crow, to Eric Albritton and to T. John Ward Jr. A stay in the civil case for trafficking may or may not be mandated pending resolution of at least a criminal case against Leslie D. Ware for trafficking Chelsea L. Davis, which has or has not yet been resolved. As a result of the unlawful arrests and detentions, Chelsea L. Davis suffered damages. Leslie Ware paid me to engage in sexual conduct with him and others, including domestic and foreign

investors in the venture of the Smartflash LLC patent infringement lawsuit of my Common Employer, including key players Eric Albritton and T. John Ward Jr. Leslie Ware has forced me to perform labor or services for T. John Ward Jr. and the Common Employer, and I received multiple interest payments from multiple law firms and investors under the umbrella of my Common Employer from 2011 to present for sex and for work from lawyers and other investors in this venture.

I am entitled to $100,000,000, including over Three Million U.S. Dollars for my nearly 9,000 hours of time spent working over the past nearly four years, plus, pursuant to the terms of employment, agreements to pay me $250-$350 per hour and anti-human trafficking laws which provide me with civil remedies based on the net worth of Named Defendants because I am a victim of human trafficking.

***11. Title VII/Fair Labor Standards Act Violations***

Chelsea L. Davis is the victim of quid pro quo and hostile work environment sexual harassment and discrimination and sexual abuse under state and federal law. See, e.g., 42 U.S.C. 2000e-2(a) (2010). The Common Employer, through its agents, supervisors, or employees, violated Chelsea L. Davis's civil rights in violation of Title VII, by discharging her or otherwise discriminating against her with respect to her compensation, terms, conditions, or privileges of employment, because of her sex, limiting, segregating, or classifying its employees in any way which would deprive or tend to deprive her of employment opportunities, and adversely affecting her status as an employee because of her sex. These violations consisted of discrimination of a continuous nature. The Common Employer, through its agents, supervisors or employees, discriminated against Chelsea L. Davis, which led to the loss and impairment, in whole or in

part, of the wages, benefits, privileges, and terms and conditions of Chelsea L. Davis's employment. The above-described acts on the part of the Common Employer caused Chelsea L. Davis substantial injury and damage.

***12. Disability Discrimination Under State and Federal Law***

I am a qualified individual who had a long-standing physical impairment in that I suffered from severe insomnia and PTSD while I was being physically and sexually abused and forced to work that limited me in one or more major life activities, including, but not limited to, my ability to concentrate, among other things. I have a history and record of having said disability specifically acquired because of the Common Employer who employed me and abused me and then retaliated against me by having me raped and drugged when I started talking and standing up for myself, which severely compromised me. My record of said disability takes the form of hospital records, medical records and personnel records that indicates I had a substantially limiting impairment. Consequently, I have a claim arising under and within the meaning of the Americans with Disabilities Act ("ADA"). The Common Employer may have misperceptions regarding me that proved detrimental to my employment, namely, that my impairment is problematic, permanent, and substantially limiting. The Common Employer, through its agents, supervisors, or employees violated my civil rights in violation of the ADA, by threatening to and actually intentionally interfering with my performance of my employment because of any actual medical condition, history and record of disability and the perception of the same including being openly hostile toward me after my return to work from my medical leaves, deviating from normal medical leave reporting processes, snatching documents out of my hands, and retaliating against me unlawfully. The Common Employer, through its agents,

supervisors, or employees discriminated against me which led and is leading to the loss and impairment, in whole or in part, of the wages, benefits, privileges, and terms and conditions of my employment. The above-described acts caused me substantial injury and damage. I ask this Court to enjoin Texas and the Supreme Court of Texas from taking any adverse employment action against me, including suspending my law license and disbarring me.

***13. Equal Pay Act - Wages and Overtime Under State and Federal Law Against the Common Employer***

The Common Employer is aware of the Texas and Equal Pay Act and Fair Labor Standards Act overtime requirements and chose not to pay me minimum wage, promised wages in accordance with and in excess of the standard pay scale and overtime pay for all hours worked in excess of 40 per work week minimum wage, promised wages in accordance with and in excess of the standard pay scale and overtime pay for all hours worked in excess of 40 per work week. The Common Employer willfully misclassified me as an independent contractor even though it consistently demanded me to work for years and refused to pay me overtime and benefits. **The Common Employer pays female lawyers on average fifty-seven cents on the dollar as compared to male lawyers.** The Common Employer knowingly, willfully, and/or with reckless disregard carried out its illegal pattern or practice of failing to pay equal pay, overtime compensation and knowingly, willfully, or with reckless disregard carried out their illegal pattern or practice of failing to pay equal wages or benefits and overtime compensation to me. Because the Common Employer's records are inaccurate and/or inadequate, I meet my burdens if any under state law, the Equal Pay Act and the FLSA by proving that I, in fact, performed work for which I was improperly compensated, of which I request this Court to take judicial notice of all quasi-litigation around state and federal court and before the Supreme Court of Texas, its

delegees, only for the limited purpose of substantiating my time records, and I produce sufficient evidence to show the amount and extent of the work as a matter of a just and reasonable inference prior to any termination. My work and medical records accompany this Complaint in a sealed envelope or may be later attached hereto. The Common Employer's practice of failing to pay me has left me actually penniless, turning to assistance in the way of food stamps, because the Common Employer violated Texas law and the FLSA. None of the exemptions provided by Texas law and the FLSA regulating the duty of employers to pay minimum wage are applicable to the Common Employer or to Chelsea L. Davis.

For example, when I spent time working on the matter, when I drafted and filed responses to fraudulent grievances, when I drafted papers to the Supreme Court of Texas and Texas, to federal judges serving on committees/panels or otherwise part of the tyrannical regime, when I worked on the matter, I did not receive any compensation from the Common Employer after monthly payments ended in January 2013 from Leslie Ware, except a few other payments in 2013 from Samuel Baxter, and one payment in 2014, in spite of the promises of the Common Employer to send me money in accordance with the terms of our consulting, employment and other agreements breached, if any, unconscionable, invalid or otherwise, at $250-$350 per hour, which is at or below my level of expertise, which is now due. The Common Employer acted unlawfully in extending deadlines for itself to pay me on multiple occassions.

***14. Quantum Meruit and Unjust Enrichment Against the Common Employer***

I seek compensation, on grounds of quantum meruit and unjust enrichment, for the innovative systems that I invented, created and developed and for all of my labor and services, as consideration for the work, because the Common Employer promised me compensation beyond

that which I received for my services. As a direct and proximate result, the Common Employer is unjustly enriched by the jury award, depriving me of compensation, for which I seek to recover my fair share and damages to punish the Common Employer for its wrongful conduct to the greatest extent of the law. Proprietary details of the work with regard to specific intellectual property interests and sealed court documents of which this Court is aware are reserved for submission at a hearing.

***15. Restitution***

Chelsea Davis seeks damages, injunctions and an order of restitution for all of her losses as a proximate result of the trafficking and of the venture, plus the greater of the gross income or value to the Common Employer of the victim's services or labor or the value of the victim's labor as guaranteed under the minimum wage and overtime guarantees of the Fair Labor Standards Act (29 U.S.C. 201 et seq.) at $350 per hour and exemplary damages. For example, by drafting a patent application which my supervisor and Baker Botts LLP filed that I learned was fraudulent, Texas received income that it would not have received but for the fraudulent patent application.

***16. Unlawful Conspiracy To Commit Malicious Prosecution for Allegedly Stalking Leslie Ware***

On May 10, 2013 and following, Leslie Ware presented a criminal complaint with the Dallas Police Department and District Attorney Messina Madson of Dallas County, Texas. The complaint accused Chelsea Davis of having committed the offense of stalking. This caused a warrant to issue for Chelsea Davis's arrest and an emergency protection order in Collin County Court, Cause No. 01JM134225. Chelsea Davis was arrested on multiple dates at her home in Collin County in 2013 and taken to Collin County Jail. Leslie Ware then sent an email to himself

from an account he shared with Chelsea Davis and acted without probable cause in making false and misleading statements and omissions to the prosecuting attorney that Chelsea Davis violated a condition of bond that he did not honestly, reasonably, and in good faith believe, causing Chelsea Davis to be detained in custody for a period of 75 days beginning on January 10, 2014. The acts on the part of the Common Employer caused me substantial injury and damages.

***17. Fraud On the Patent Office***

Fraud at least on the patent office (and at least tax avoidance as against interstate commerce) is committed when Baker Botts LLP, through its patent prosecution, and human trafficking operations, commits fraud on the patent office and traffics women to benefit its non-lawyer financiers, judges, Honorary Consul Harlan Crow, jurors, and the state and other governments and funnels state and federal grant money, foreign money and other money through non-profit universities and real estate investment entities. Fraud on the patent office is also committed when Texas forces female lawyers to file fraudulent patent applications which lack a legitimate inventor or invention, like adding canned pumpkin to dog food to help dogs lose weight, which is not new and useful and fails to constitute an invention or promote progress of science and the useful arts; population control and tyranny are not science, although it takes an expert lawyer like myself to digest large volumes of text and tell you what it really means, just like I do with patents. For example, Texas is on both sides of a deal when it creates a foreign shell entity with others to sue itself for patent infringement solely to push domestic profits offshore and avoid tax, trade and other liabilities to the United States and to the people. I incorporate by reference herein evidence of fraud on the patent office in the form of the dog food patent application and demand discovery of the funds managed by Leslie Ware, profit

disbursement by McKool Smith P.C. and its "investment" entities including GECESP Associates LLC and the non-profit CASA of Harrrison County, Texas, the State of Texas's Department of Health and Human Services, the State Bar of Texas and the Client Security Fund.

Each of Named Defendants' conduct was fraudulent in that each made a false, material representation to the United States Patent and Trademark Office or to the federal courts in the course of patent litigation that was either known to be false when made or was made without knowledge of its truth, that was intended to be acted upon, that was relied upon, and that caused financial injury to another. As a proximate result, I suffered damages, and I seek actual, general, special, punitive and exemplary damages, for example, for wasting my time.

One or more Named Defendants (1) failed to disclose facts to me, (2) had a duty to disclose those facts, (3) the facts were material, (4) the Named Defendant knew I was ignorant of the facts and I did not have an equal opportunity to discover the facts, (5) Named Defendant was deliberately silent when it had a duty to speak, (6) by failing to disclose the facts, the Named Defendant intended to induce the plaintiff to take some action or refrain from acting, (7) I relied on the Named Defendant's nondisclosure, and (8) I or another was injured as a result of acting without that knowledge.

I exercised reasonable diligence in protecting my own affairs, including ordinary care for the protection of my own interests to discover all facts which would have been discovered by a reasonably prudent person similarly situated. My reliance was reasonable and justifiable. By reason of reliance on the representations and fraudulent concealment of material facts by one or more Named Defendants, I suffered economic and non-economic losses. As a proximate result of each of Named Defendant's conduct, I have been damaged. The wrongful acts of one or more

Named Defendants were done maliciously, oppressively, and with the intent to mislead and defraud another, and I am entitled to punitive and exemplary damages to be ascertained according to proof, which is appropriate to punish and set an example of one or more Defendants.

***18. Breach of Fiduciary Duties***

Named Defendants failed to exercise reasonable oversight over pervasive fraudulent and criminal conduct. Indeed, top State Bar of Texas, Texas and Supreme Court of Texas officials are leading a criminal organization and the diversity, pervasiveness, and materiality of the financial wrongdoing of Texas is extraordinary. Director oversight duties are designed to ensure reasonable reporting and information systems exist that would allow directors to know about and prevent wrongdoing, which Texas breaches because it fails to oversee the Supreme Court of Texas, Board of Disciplinary Appeal and Commission for Lawyer Discipline.

***19. Civil Conspiracy***

Two or more Named Defendants in a combination participated in a single course of action to accomplish a single unlawful purpose or a lawful purpose by unlawful means. Defendants in the combination had a meeting of the minds on the object or course of action, and in furtherance of the object or course of action, committed one or more unlawful, overt acts, causing damages to Chelsea Davis as the proximate result.

Liability for conspiracy depends on participation in some underlying tort for which Chelsea Davis seeks to hold at least one of the named Defendants liable. When a Defendant gives assistance or encouragement to a person committing a tort, and the assistance or encouragement is a substantial factor in causing the tort, the Defendant is considered a tortfeasor

and is responsible for the consequences of the tort. Each of the Defendants may be held liable individually or vicariously liable. Chelsea Davis seeks recovery of all actual, consequential and incidental damages from Named Defendants, who should be held liable for the underlying acts. Chelsea Davis will show unto the Court that each Named Defendant acted with the requisite intent - i.e., with fraud, malice, or gross negligence for purposes of an exemplary damage award. Entities or associations in which lawyers as officers of the Supreme Court of Texas and Texas are members, the Supreme Court of Texas, Commission for Lawyer Discipline, Board of Disciplinary Appeals and District Grievance Committees, may be held vicariously liable for the actions of one or more individuals, especially herein as I show proof of a joint enterprise.

As a direct and proximate result of Named Defendant's conduct, Chelsea Davis suffered general damages in an amount to be ascertained according to proof at trial, within the jurisdictional limits of this Honorable Court. Plaintiff seeks punitive and exemplary damages as described herein.

The Supreme Court of Texas, through its agents, assigns, appointees and delegees, and Texas, through Harlan Crow and his lawyers, intentionally, knowingly, recklessly and/or maliciously participated in a conspiracy to traffic me for forced labor, to cover up Leslie Ware's liabilities for money owed to me, to fail to prosecute Leslie Ware for his criminal assaults, sexual assaults and trafficking of Chelsea Davis, etc. The limitations period of Tex. Civ. Prac. & Rem. Code Ann. §16.0045 applies to claims against nonperpetrators of sexual abuse as well as to claims against alleged perpetrators. The statute of limitations has not yet passed or else is tolled in equity for my causes of action against Named Defendants and the doctrine of res judicata does not apply.

As a direct and proximate result of one or more events of Leslie Ware's conduct and of Named Defendant's conduct, Chelsea Davis suffered mental anguish and emotional distress. Chelsea Davis seeks damages including actual, punitive and exemplary damages.

If Chelsea Davis later determines that she became infected by a disease of which she is not currently aware, if Chelsea Davis later develops cancer or suffers any medical expenses or complications due to a past infection, or if Chelsea Davis is harmed in the future, Chelsea Davis reserves her right to file a separate lawsuit later to recoup monetary damages and all other and further relief at law and in equity.

Chelsea Davis demands a separate judgment against each Named Defendant for money in an amount of money and seeks monetary damages in excess of $1,000,000, which is sufficient to punish Named Defendant for his wrongful conduct. Named Defendants' actions were an actual cause of harm to Chelsea Davis and resulted in actual damages to Chelsea Davis. For example, Chelsea Davis was charged with a DWI, plead no contest due to legal malpractice of her attorney conspiring with Leslie Ware, served time and incurred expenses as a result.

For purposes of an award of exemplary damages based on malice, the wrongful acts of Named Defendants were done maliciously, oppressively, and with the intent to harm Chelsea Davis. Chelsea Davis is therefore entitled to punitive and exemplary damages.

For purposes of an award of exemplary damages based on gross negligence, a person can reasonably anticipate that one or more acts or omissions by one or more of Named Defendants involved an extreme degree of risk, and additional acts by one or more of Named Defendants, as will be discovered during discovery, considering the probability and magnitude of the potential harm to others that is substantially certain to result from, for example, sexual assault; and each of

Named Defendants had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of others. Chelsea Davis is entitled to exemplary damages appropriate to punish and set an example of Named Defendants.

## XI. UNCONSTITUTIONAL STATE LAW/RULES/REGULATIONS

I petition this Court to convene en banc to decide the constitutionality of the following state statutes. I challenge the Constitutionality of state statutes based on federalism, separation of powers and other doctrines and common law principles and contend the State of Texas is in violation of federal laws, including antitrust statutes.

In Texas in 1987, Subtitle G, Title 2 of the Texas Government Code was amended by adding Chapters 81 and 82. Chapter 81 may be cited as "THE STATE BAR ACT." V.A.C.S. ART. 320A-1, SEC. 1; *see* 1987 Tex. ALS 148, 1987 Tex. Gen. Laws 148, 1987 Tex. SB 895 (enacted May 21, 1987). Section 81.003 clarifies that Chapter 81 is subject to the Texas Sunset Act and may be revoked in its entirety. Texas Government Code Chapter 81 (herein referred to as the "Texas State Bar Act"), Rule 8.04 of the Texas Rules of Professional Conduct and the portions of the Texas Penal Code which define heterosexual sex outside of marriage as a third degree felony are unconstitutional for at least the following reasons, the most important of which is the excessive nature of the punishment for the crime.

The State Bar Act delegates apparent authority to the Texas Supreme Court to make rules, and the Texas Supreme Court creates the Texas Rules of Professional Conduct. Rule 8.04 of the Texas Rules of Professional Conduct describe that a lawyer shall not commit a serious crime, which includes any felony involving moral turpitude. According to the Rules, the State Bar is going to disbar me for heterosexual sex outside of marriage, not the guys with whom I had

sex, because Texas has spent nearly two years framing me for nonsense in retaliation to my complaints against the guys and now they have several other felonies to choose from to frame me with. The rules provide time limitations, but Texas granted itself an extension of all deadlines until it could come up with something to pin me with. Now, nearly two years and many headaches later, Texas is preparing to institute its big "case" against me on May 13, 2015 in a closed-to-the-public setting, after which Texas has ordered itself to destroy its file.

Heterosexual sex outside of marriage is sex between a man and a woman. The United States Supreme Court has already shot down Texas's anti-homosexual sex law. But Texas apparently thinks that it can get around the United States Supreme Court opinion by delegating rule-making authority to the Supreme Court of Texas, not Texas (which is Texas), to disbar homosexual and heterosexual lawyers who have sex, talk about it and complain about it. While it is often bad manners to discuss sex, politics and religion, it is not illegal and any law to the contrary is void - that includes the State Bar Act, Rule 8.04 of the Texas Rules of Professional Conduct, Tex. Pen. Code 25.11 and the Internal Procedural Rules of the Board of Disciplinary Appeals.

The fact that the Commission for Lawyer Discipline does nothing, holds no public meetings and appears to have no rules is telling of the regime in place. Until someone defines "crime involving moral turpitude," sets a standard for professional conduct, and enforces it in a non-discriminatory, even-handed manner, the rules are vague, void and do not apply to me.

Texas applies its laws and rules to discriminate and commit heinous violations of human rights and liberties against certain attorneys to create a second class of targeted attorneys and against certain individuals to create a second class of targeted individuals. For example, who

gets prosecuted for heterosexual sex outside of marriage under Tex. Pen. Code 25.11 entitled "Continuous Violence Against the Family"? Who gets prosecuted for public lewdness under Tex. Pen. Code 21.07? Who gets prosecuted for touching a person who is not your husband with the intent to arouse them? Women - mistresses, sluts, prostitutes - not men, and especially, apparently, smart female lawyers who tell the world how perverse our justice system really is. Sadly, most female lawyers do not complain about sexual harassment and making 57 cents on the dollar to male lawyers for fear of losing their jobs, their reputations and going to jail.

Texas laws discriminate against women because they were written by male lawyers who abuse women and literally throw women and children in the trash when they are through with them. Note Amy and Leslie Ware's devotion to planned parenthood, population control, white supremacy and forced abortions on women, especially those knocked up by cheating men and rapists. Men lack regard for the family. Men should be penalized for cheating on their wives, not the unmarried women with whom they cheat. Create a family commission for cheaters who violate their marriage vows - that is a great idea. But I am a single, professional woman, and I am going to continue to practice law whether Texas's family commission likes it or not. And if they want to disbar me, please have the family commission sue me in district court. But as long as I did not harm anyone, which I did not, I did not commit fraud or misrepresentation, and my clients agree that I am a great lawyer, then leave me alone.

I respectfully request this Court to enjoin the application of the State Bar Act, Tex. Pen. Code 25.11, and the Texas Rules of Professional Conduct, resorting to the common law - let clients sue lawyers - approach. I also respectfully request this Court to enjoin criminal

prosecution against me for the DWI, for the Terroristic Threat to the State Bar of Texas and for contempt of court/felony failure to pay child support.

The Department of Homeland Security defines "good moral character," no pun intended at 8 CFR § 316.10. ObamaCare tells the government not to consider the moral character of fellows for health-care fellowships, stating "No information in the records or possession of the Public Health Service concerning the moral character or loyalty of a fellow will be made available to any fellowship committee involved in recommending appointments of fellows." 42 CFR § 61.14. So now health care professionals are allowed to kill old or disabled people, but lawyers cannot have heterosexual sex. And I am the one who should not practice law because I am giving the American public the courtesy of a warning about what our state legislatures are accomplishing by enacting roughly 30,000 new laws per year that they do not read in context of all of the other laws already on the books.

Under 48 U.S. Code § 1423f, "No person shall sit in the legislature who is not a citizen of the United States, who has not attained the age of twenty-five years and who has not been domiciled in Guam for at least five years immediately preceding the sitting of the legislature in which he seeks to qualify as a member, or who has been convicted of a felony or of a crime involving moral turpitude and has not received a pardon restoring his civil rights." I hereby apply for a "judicial pardon" from this Court to restore my civil rights to the extent any have been suspended and prevent Texas from taking away my civil rights. Under 20 CFR 40.21, "a Consular Officer must base a determination that a crime involves moral turpitude upon the moral standards generally prevailing in the United States." The Code of Federal Regulations advises that I deserve a pardon and full restoration of my civil rights, especially considering that my

moral standards are far higher than the moral standards generally prevailing in the United States and supremely higher than the moral standards generally prevailing among lawyers and judges in Texas, and I say that as an expert witness to the moral standards prevailing among lawyers and judges in Texas, which role I hereby authorize myself to take. The fact that our federal government defines the term "purely political offense", as used in INA 212(a)(2)(B), admits that purely political offenses are a nationwide phenomenon and the reason that the death penalty should be illegal nationwide. "Purely political offense ... includes offenses that resulted in convictions obviously based on fabricated charges or predicated upon repressive measures against racial, religious, or political minorities." INA 212(a)(2)(B). In Texas, because the State Bar plans to admit evidence in my absence, along with alleged confessions and admissions, prior to even arresting me and charging me with anything, I could get convicted of a crime I did not commit and for which I have an affirmative defense, sentenced to the death penalty and executed next month if these laws are permitted to persist and the State Bar of Texas and Texas get its/their way.

In short, the Texas State Bar Act is unconstitutional and contrary to the rule of law for several reasons including (1) it infringes individual liberty and irrationally singles out a discrete group of lawyers for second-class treatment on the one hand and another discrete group of lawyers for above-the-law-class treatment on the other hand; and (2) it violates the United States Constitution Art. I, for example, at Sec. 10 and the Bill of Rights. **Laws That De-Criminalize the Criminal Acts of Lawyers Contravene The Rule Of Law and a Democratic Form of Government,** which state and federal legislatures *and courts* lack authority to abrogate. Texas lawyers, Texas and the Supreme Court of Texas, who receive payments in state and interstate

commerce to write unconstitutional laws, rules and regulations, misleading the public as to their clients' purpose, which is to create a tyrannical regime and population control, for example, by using Great Britain's court system and Barrister rules, must be immediately enjoined from operating such a regime.

Individual liberty is infringed where lawyers and judges are permitted to commit crimes without consequence. Such lawyers and judges who know they are above the law commit crimes because they know they can get away with it and they especially enjoy the thrill of victimizing young female lawyers in the name of teaching them how the law *really* works. In the past, lawyers and victims of lawyers in Texas could sue offender lawyers to disbar them and to seek civil redress for personal injuries. Now, it appears that victims must file suit out of state to sue offender lawyers to disbar them and to seek civil redress for personal injuries. How convenient that the old, white-haired men in power created rules to prevent laws from applying to them. For example, the State Bar Act says it is not subject to open records laws and delegates no obligation to protect privacy rights of lawyers. HIPPA? "No thanks" says the State of Texas. Freedom of Speech? "Not if you say something contrary to Texas lawyers, judges and courts." Freedom from discrimination? "Not if you want to keep your law license." Due Process? "We pick the judge and jury, your lawyer and ours, we won't tell you who it is and we'll keep substituting the judge and jurors willy nilly until we get what we want" says Texas.

What about sex? "If you complain you were raped by a lawyer or judge, we'll penalize you and leave the rapist alone. If you complain you were trafficked by a lawyer or judge, we'll come after you and leave the trafficker alone. Plus, we don't even require the rapist or trafficker to appear and testify, and we won't penalize him for perjury even if he lies. In fact, we don't ask

rapists and traffickers any questions because we do not care. We tell the Texas Rangers that rape and trafficking among lawyers and judges are legal activities." says Texas and the Supreme Court of Texas. That ain't right! *See* Texas Penal Code. Clearly, the State of Texas is coming after me and not the men who harmed me when **we both had heterosexual sex outside of marriage, which a third degree felony in Texas.** There Is a Growing Consensus That the Rule of Law Does Not Apply To Certain Lawyers Or Judges In Texas Because Texas Tries To Prevent Everyone From Suing Those Lawyers, Including Criminal Prosecutors.

Tex. Const. art. I, § 13 provides an "open courts" guarantee, and provides that all courts shall be open, and every person for an injury done him, in his lands, goods, person or reputation, shall have remedy by due course of law. Tex. Const. art. I, § 13. This provision includes at least three separate constitutional rights: 1) courts must actually be operating and available; 2) the legislature cannot impede access to the courts through unreasonable financial barriers; and 3) meaningful remedies must be afforded, so that the legislature may not abrogate the right to assert a well-established common law cause of action unless the reason for its action outweighs the litigants' constitutional right of redress. One relevant test for Tex. Const. art. I, § 13 open courts guarantee is that legislative action withdrawing common-law remedies for well established common-law causes of action for injuries to one's lands, goods, person, or reputation is sustained only when it is reasonable in substituting other remedies. Police power cannot take away one's remedies - any court that says that is forgetting *Marbury v. Madison*.

For example, in matters and proceedings before the Board of Disciplinary Appeals, benefits are not awarded in direct proportion to the extent of impairment or awarded without regard to the actual wage loss - no remedies are available. Supplemental income benefits are not

awarded based on wage loss, for example, if the extent of impairment equals or exceeds 15 percent - no remedies are available. The open courts guarantee guarantees open courts, and the Board of Disciplinary Appeals fails me because it threatens to disbar me without cause, etc. without compensation. Physical impairment is one accepted criteria for measuring benefits, not losses. Texas should not be permitted to kill me or to take away my property just because I have a physical impairment of a sexually transmitted disease, but that is what Texas thinks it can do, as expressed in its unconstitutional sections.

Workers covered by the Texas Workers' Compensation Act, Tex. Lab. Code Ann. § 401.001 et seq., receive lifetime medical benefits, wage replacement during convalescence, impairment benefits, and long-term wage replacement if they suffer a moderately severe physical impairment. These benefits, which are available without regard to the employer's negligence and without reduction for the employee's negligence, adequately replace the common law negligence cause of action. If the Texas Workforce Commission understood the theory of liability for the Common Employer, perhaps that would be an acceptable alternative to litigation in Delaware. But legislatures do not understand that theory, and it is up to this Court to act in equity to craft a remedy that the court believes to be more inclusive and equitable to me.

Tex. Const. art. I, § 3 guarantees equal protection. The use of the *Grievance Committees* violates equal protection in many ways such as: 1) by unreasonably distinguishing between clients whose injuries are recognized under the *rules* and lawyers whose injuries are not recognized; 2) by conclusively presuming guilt, an unreasonable classification as to those lawyers against whom grievance are maliciously classified as complaints when the same complaint against the man is dismissed, and (3) continuing to harass me, deny me wages and

force me to work without pay; and (4) by arbitrarily distinguishing between workers receiving an impairment rating of disabled and those that do not meet this threshold, especially where there is absolutely no justification for the "disabled" threshold, such that it also violates due course of law. *T*he Common Employer was negligent and I am not more than 50 percent negligent.

Under the Texas Workers' Compensation Act, Tex. Lab. Code Ann. § 401.001 et seq., a claimant is deemed to reach maximum medical improvement, signaling an end to temporary benefits, no later than two years after those benefits begin to accrue, regardless of whether the claimant's condition has actually stabilized. Tex. Lab. Code Ann. §§ 401.011(30), 408.102(a). I seek redress of disability benefits from Texas for the rest of my life, considering my current would-be salary rate of at least $320,000, to be determined through discovery.

Tex. Const. art. V, § 10 protects the right to have a jury resolve fact questions in all "causes" brought in the district courts. Access to a jury must be provided at the initial adjudication, with the right to appeal, and the jury trial on appeal must be secured in certain instances.

A trial by jury means something more than a hearing before a commission. In civil cases it means a due and orderly trial before the statutory number of men, properly qualified for such jury service, impartial, residing within the jurisdiction of the court, drawn and selected according to statute, duly impaneled under the direction of a court of competent jurisdiction, and sworn to render an impartial verdict according to the law and the evidence, the hearing to be in the presence and under the supervision of a court duly authorized and empowered to rule on the evidence, and, except in courts of justices of the peace, to charge on the law of the case, and to

set aside the verdict if, in the opinion of the court, it is contrary to the law and the evidence. Texas, especially the Board of Disciplinary Appeals, fails me.

I have a procedural right to jury trial and the substantive right to preservation of common law causes of action. Because Texas says "appeals in administrative proceedings are not "causes" within the meaning of Tex. Const. art. V, § 10," which is wrong, Texas skips a person's due process rights completely where trial by jury is not provided at the trial court level. Texas fails to limit the attorney's fee that it may charge lawyers like myself after it harasses me with numerous lawyers, law firms and investigators for years, which constitutes an excessive, unconstitutional penalty. Texas purports that the debt, let's say Texas wants to charge me $10,000,000, is not dischargeable in bankruptcy. This is purely political garbage. Compare the Texas Labor Code, in which attorney fees and costs cannot exceed 25 percent of the claimant's recovery. Tex. Lab. Code Ann. § 408.221(h). Texas's recovery must be ZERO, and Texas's attorney fees and costs if I lose cannot exceed ZERO, especially considering that I already pay more than doctors, nurses and dentists per year for a professional license.

I demand a protective order immediately to temporarily enjoin the Board of Disciplinary Appeals, the Supreme Court of Texas and Texas, along with their officers and directors (excluding myself) from holding a "final hearing" or rendering a "final decision," including one regarding disability, benefits or discipline in any matter(s), action(s) or proceeding(s). No trial court has granted or denied injunctive relief against any of the parties to any case or appeal based on the constitutionality of the statute. No authorities are cited as supporting the Constitutionality of the State Bar Act (herein referred to as "the Act").

The Act provides that the State Bar of Texas, as a legal entity, "shall have a seal which may not be used for private purposes." Sec. 81.013. The State Bar of Texas may sue and be sued, may enter into contracts and "may acquire by gift, bequest, devise, or other manner any interest in real or personal property. (b) The State may acquire, hold, lease, encumber, and dispose of real and personal property in the exercise of its powers and the performance of its duties under this Chapter." *Id.* at Sec. 81.014-81.016. This makes the State Bar, as a legal entity, akin to a corporation. I respectfully request this Court to enjoin the State Bar of Texas from encumbering anything of mine and to void or set aside any "orders" or reprimands seeking to financially harm me.

In 1931, Judge Clark dissented to the constitutionality of the State Bar Act in Oklahoma, stating: "The court should look behind the name to the thing named to determine its character, and not the mere title under which it passes. Where the power is given in such language as to make a corporation in effect, it will be so declared, although not actually expressed to be by the Legislature. It is a principle of law which has been so often acted upon that where rights, privileges, and powers are granted by law to an association of persons by collective name, and by which such rights or powers are exercised without acting in a corporate capacity, such associations are, by implication, a corporation so far as to enable them to exercise the rights and powers granted." *Kelley v. State Bar of Okla.*, 1931 OK 186, P2 (Okla. 1931) (J. Clark dissenting).

The State Bar of Texas is a private, not public, corporation, which plainly violates the Texas Constitution. Section 1, art. 12, of the Constitution of Texas provides: "No private corporation shall be created except by general laws." Tex. Const. Art. XII, § 1. A majority of

the State Bar of Texas's board of directors are elected by certain members of the State Bar of Texas, not the general public. Perhaps the old Section 6, art. 12 of the Texas Constitution may have partially legalized the State Bar of Texas under the Texas Constitution, but that section was repealed in 1993. Tex. Const. Art. XII, § 6 (repealed). It cannot be said that the State Bar of Texas is a public corporation because, if it were a public corporation, which serves the state, then the election of its public officials could not be limited to a small percent of the qualified electors of the state. To hold that it is a public corporation and that its governing body or bodies, the Board of Directors, could be elected by the vote of the State Bar alone (about 88,000), would be to say that millions of qualified electors in Texas would be disfranchised and not permitted to participate in the affairs of their government.

The State Bar of Texas plainly violates the Texas Constitution because it violates fundamental principles of separation of powers. The Legislature tried to give to the State Bar of Texas legislative, judicial, and executive powers, which it lacked authority to give. The State Bar of Texas purports to have authority to pass laws or rules for the conduct of attorneys and provide penalties for violations.

"No bill of attainder, ex post facto law, retroactive law, or any law impairing the obligation of contracts, shall be made." Tex. Const. Art. I, § 16.

That would be like a legislature passing laws, then prosecuting lawyers for the violation of the laws so enacted by the legislature, and then sitting in judgment on the prosecuted lawyers to convict and sentence them. A state legislature lacks such authority and certainly lacks authority to delegate such authority to a private corporation. It further violates Section 1, art. 12, of the Constitution of Texas, which provides: "No private corporation shall be created except by

general laws," Tex. Const. Art. XII, § 1, because the State Bar of Texas was created by a special, not general, law. The organization and creation of the State Bar as a private corporation continue to be created and modified by special laws, not by a general law, clearly in contravention of this section of the Texas Constitution.

Courts continue to claim that the power to admit applicants to practice law, the power to regulate the profession and the power to disbar members of the profession are judicial, not legislative, functions. That continues to be used as the justification to allow the Supreme Court of Texas to unilaterally make its own rules. Courts claim that it is up to the Supreme Court of Texas to determine who is qualified to become one of its officers, for what cause she ought to be removed and to order her removal.

The Supreme Court of United States in *Ex parte A. H. Garland*, 18 L. Ed. 366, in the body of the opinion said:

> "The attorney and counselor being, by a solemn judicial act of the court, clothed with his office, does not hold it as a matter of grace and favor. The right which it confers upon him to appear for suitors, and to argue causes, is something more than a mere indulgence, revocable at the pleasure of the court, or at the command of the Legislature. It is a right of which he can only be deprived by the judgment of the court, for moral or professional delinquency."

The holding by the United States Supreme Court that the right to practice law cannot be revoked at the pleasure of the court or command of the Legislature sounds like a correct rule of law. But the State Bar Act directly controverts this law by presuming an attorney's guilt at the whim of State Bar investigators. The State Bar Act also provides that, if an attorney at law does not pay his annual membership fees, he shall not be permitted to enjoy his profession. Can the right to

practice law be taken from an indigent citizen of Texas without a judicial determination at the command of the Legislature?

I do not agree with the theory advanced as a reason for the State Bar of Texas, that *all* attorneys in Texas are so corrupt that they must necessarily be regulated and controlled by *certain ones* of them; it is the *certain ones* of them who are in power are so corrupt that they must not be permitted to regulate and control *all* lawyers in Texas, especially the ones like myself who went from rich to poor because I refused to compromise the public good.

The State Bar Act is unconstitutional because it is not an adequate substitute for common law negligence, not rationally related to legitimate state purpose, does not provide for trial by jury of relevant issues. violates the open courts, equal protection, due course of law, and trial by jury guarantees of the Texas Constitution and United States Constitutions, adopts an impairment-based system without benefits without the necessity of proving negligence, violates the equal protection guarantee because the Act's requirement that a claimant be reasonably believed to suffer from a disability to be eligible for disbarment is not rationally related to a legitimate state purpose, does not meet constitutional due course requirements because the Act's use of disability in general and the disability threshold for disbarment or "benefits" (meaning pay Texas money if you are disabled) in particular is not rational nor reasonable; and the Act does not provide that relevant issues will be decided by a jury.

For all issues regarding compensability of the injury (for example, whether it occurred in the course and scope of employment) and eligibility for and the amount of income and death benefits, there is a right to trial by jury, which Texas apparently skips. Prosecuting me without a prosecutor should not be permitted. Collecting inadmissible evidence and admitting it in a

disability matter for a malicious purpose and then charging me for it should not be permitted. Commission and board decisions are not even decisions of a properly composed commission or panel or board or judicial forum and should not be accorded any weight. Guy Harrison, for example, chairman of the Texas Commission for Lawyer Discipline, is a guy I met at a party where naked women were walking around the President's house letting men touch their body-painted breasts for money. The last time I saw Guy or the President was in a hot tub naked. And the Chair of the District Six Grievance Committee and former judge Carlos Cortez were also at the party. Surely, this Court will prevent these immoral lawyers judging my physical or mental "disability." I maintain my refusal to appear for their nonsense in a kangaroo "court" in which no judge will even be there. I interpret "no judge", no commission, and no board to mean "no court" and no notice of any hearing because there cannot be a hearing without a court.

The State Bar Act is unconstitutional as an ex post facto law in violation of the Texas Constitution and the United States Constitution. The State Bar Act attempts to change the punishment defined for a crime, like by adding new penalties or extending sentences, and it attempts to alter the rules of evidence in order to make conviction for a crime likelier than it would have been when the deed was committed. A law may have an *ex post facto* effect without being technically *ex post facto*. For example, the repeal of the law permitting people to sue in court to disbar lawyers has been unconstitutionally applied as an ex post facto law by preventing people post-repeal from suing lawyers in court to disbar them. *Ex post facto* laws are expressly forbidden by the United States Constitution in Article 1, Section 9, Clause 3. Article 11, paragraph 2 of the Universal Declaration of Human Rights provides that no person be held guilty

of any criminal law that did not exist at the time of offense nor suffer any penalty heavier than what existed at the time of offense. *See also* Article 15, paragraph 1 of the International Covenant on Civil and Political Rights. Article 25 of the American Declaration of the Rights and Duties of Man provides in part that "[n]o person may be deprived of his liberty except in the **cases** and according to the procedures established by pre-existing law" (emphasis added). The right to be tried in accordance to "pre-existing law" is reiterated in article 26. Article 15 of the Arab Charter on Human Rights provides that "[n]o crime and no penalty can be established without a prior provision of the law. In all circumstances, the law most favorable to the defendant shall be applied." Texas, as opposed to Arab Nations, chooses the law most favorable to itself, not to the human being.

> "The sentiment that *ex post facto* laws are against natural right is so strong in the United States, that few, if any, of the State constitutions have failed to proscribe them. The federal constitution indeed interdicts them in criminal cases only; but they are equally unjust in civil as in criminal cases, and the omission of a caution which would have been right, does not justify the doing what is wrong. Nor ought it to be presumed that the legislature meant to use a phrase in an unjustifiable sense, if by rules of construction it can be ever strained to what is just."
> — Thomas Jefferson, Letter to Isaac McPherson, August 13, 1813

The State Bar Act is an unconstitutional bill of attainder in violation of the Texas Constitution and the United States Constitution. The State Bar of Texas has a running conspiracy by which it thinks it can scheme to deprive lawyers of their estates/inheritance by causing such things to be ordered in advance to be donated to the State Bar of Texas or Southern Methodist University. What a farse! The Texas Constitution at Article 1 (Titled "Bill of Rights") Section 16, entitled "*Bills of Attainder; Ex Post Facto or Retroactive Laws: Impairing Obligation of Contracts*" violates the United States Constitution by stating: "No bill of attainder,

ex post facto law, retroactive law, or any law impairing the obligation of contracts, shall be made," if that Section is ever interpreted to allow for a contract or for a superseding of a person's will by order of a court or a body of the State Bar of Texas calling for legal heirs to be deprived of their estate.

The State Bar of Texas has conspired to try to take away a potential inheritance before I even get it even though my parents are not parties to any matter or proceeding. Such would be a totally unconstitutional and unlawful taking and unlawful reprimand. But those certain slimy individuals in power think they can rape me and take away my property without consequence because they control the State Bar of Texas and I am a lawyer.

To effect a true separation of powers as between the legislature and the courts, the states and the federal government, and to guarantee the liberties of man, no government should be allowed to prevent me from practicing law for free, i.e. providing legal services to clients without charging them any money when I am unemployed, from practicing law for a percentage-of-recovery only contingency fee when I am unemployed or from practicing law next year without paying a licensing fee this year, considering that I have not made any money this year and I am indigent. Any rule to the contrary is detrimental to the public welfare.

The State Bar Act provides: "The Supreme Court shall set fees for members of the State Bar." Sec. 81.054. Now, I cannot afford the excessive fees of membership without going into debt. Other state legislatures have fixed a sum not exceeding $10, but, if a legislature could do that, it might fix a sum of $100,000, thereby depriving many citizens of Texas of their constitutional rights to keep their law license. To require every attorney in private practice in Texas to pay a membership fee to fund the State Bar of Texas is unnecessary and

disproportionately unduly burdensome to many attorneys. It is also an illegal tax on a discrete group of people that has no rational relationship to a legislative purpose, especially considering that the State Bar of Texas (particularly Chief Disciplinary Counsel Linda Acevedo, who has never made a single decision to discipline a lawyer) is so bad at regulating lawyers and judges, Texas courts have become a national joke (which is only funny to those who are not sued in Texas courts and hilarious to those Texas lawyers like Leslie Ware and Samuel Baxter who are among the world's wealthiest lawyers and the state of Texas itself, which invests in their fraudulent hundred-million dollar lawsuits).

No necessity exists in Texas for having in each community an administrative grievance committee to regulate the conduct of the lawyers in that community, and the committee members have blatant conflicts of interest preventing them from disciplining the lawyers and judges in their own communities with whom and before whom they earn a living. Grievance committees are contrary to the principles of our government and have proven to be nothing more than a fraternity and a mode of protecting male lawyers and those without morals from criminal consequences while terrorizing female lawyers and those with morals with unfair, overly severe consequences.

The State Bar of Texas unconstitutionally excludes the public from taking part in the election of the governing board and rules for regulating lawyers and excludes its own members from electing certain governors and committee members, monopolizing executive power like a tyrant. It has been stated that the average citizen is not competent to participate in the selection of the Board of Directors. Apparently the State Bar of Texas believes that lawyers aren't competent to participate either because the candidates available to choose from are rigged and

selected by the President to begin with. The fact is that average citizens are exactly the persons who are supposed to be represented by lawyers, average citizens should be able to afford to hire lawyers for at least basic things like a divorce and a medical power of attorney, average citizens are the persons represented by attorneys appointed to represent them, and average citizens are more interested than anyone else in the character and fitness of attorneys appointed to represent them. The average citizen was competent enough to elect the judge out of office who was accused of raping several women and an eight year old child once they learned of the accusations.

The State Bar Act appears to vest no judicial power in the Board of Directors or Commission and to fail to reserve judicial determinations to the Supreme Court of Texas. Instead, the rules delegate disciplinary decisions to committees, in which committee members are appointed by the President of the Board of Directors of the State Bar of Texas, in an attempt to delegate judicial power to non-forums and are thus unconstitutional and void. The framework is the same as that used by Nazi Germany in the name of "health policy" to kill people. The system that Texas has created with the State Bar Act to kill the practice of law among lawyers and make lawyers subservient to a "State-run moral commission" is precisely the model being used to create a health care workforce to kill the practice of medicine among doctors and make doctors subservient to a "State-run moral commission." The result is absolute tyranny and a military dictatorship in which the government enables itself to kill the very spirit of democracy, and only the weak and independently wealthy in a global economy survive. Do not be fooled that federal courts hear cases worth $75,000 because they do not - no law firm will take a federal lawsuit worth $75,000 because lawyers do not work a civil case for $30,000. But lawyers would

work more cases for ordinary people in fair courts with easier procedural rules. That is why this Court must be the first to say that the State Bar Act, Texas Rules of Professional Conduct, and the Texas Rules of Disciplinary Procedure are so convoluted procedurally that no lawyer could figure out how to represent herself in two years, much less sixty days. The procedural rules create a hoax, a no-win situation, a no right or wrong situation. In other words, the procedural rules dictate "Getting To Maybe," which is the theme of all top law schools today and the antithesis to the public good. Literally, the devil is in the details.

Section 81.073 provides:

GRIEVANCE COMMITTEE DISTRICTS. (A) DISCIPLINARY JURISDICTION IS DIVIDED AMONG GRIEVANCE COMMITTEE DISTRICTS. EACH BAR DISTRICT HAS AT LEAST ONE GRIEVANCE COMMITTEE DISTRICT. THE BOARD OF DIRECTORS, WITH THE ADVICE OF THE DIRECTOR OF EACH BAR DISTRICT, SHALL DETERMINE WHETHER THE STATE BAR'S GRIEVANCE DUTIES CAN BE PERFORMED EFFECTIVELY BY ONE COMMITTEE FOR THE ENTIRE BAR DISTRICT OR IF THE BAR DISTRICT SHOULD BE DIVIDED INTO MORE THAN ONE GRIEVANCE COMMITTEE DISTRICT.

(B) IF A BAR DISTRICT CONTAINS MORE THAN ONE GRIEVANCE COMMITTEE, ALL THE GRIEVANCE COMMITTEES IN THE DISTRICT HAVE CONCURRENT JURISDICTION OF ANY COMPLAINT DOCKETED BY ANY OF THE COMMITTEES IN THE DISTRICT. THE COMMITTEE THAT ORIGINALLY DOCKETS A COMPLAINT MAY, WITH THE CONSENT OF ANOTHER COMMITTEE IN THE DISTRICT, TRANSFER THE COMPLAINT TO THE OTHER COMMITTEE. THE DISTRICT DIRECTOR, TO EQUALIZE THE DOCKETS OR FOR OTHER GOOD CAUSE, MAY TRANSFER COMPLAINTS FROM ONE COMMITTEE TO ANOTHER IN THE DISTRICT.

(C) EACH GRIEVANCE COMMITTEE CONSISTS OF THE NUMBER OF MEMBERS THAT THE BOARD OF DIRECTORS CONSIDERS NECESSARY FOR THE EXPEDITIOUS TRANSACTION OF COMMITTEE BUSINESS.

(D) THE PRESIDENT, ON RECOMMENDATION OF THE DIRECTOR OR DIRECTORS FOR A DISTRICT, SHALL APPOINT THE MEMBERS OF THE GRIEVANCE COMMITTEE.

> (E) EACH MEMBER OF A GRIEVANCE COMMITTEE MUST BE A RESIDENT OF THE GRIEVANCE COMMITTEE DISTRICT.
>
> (F) ONE-THIRD OF THE TOTAL MEMBERSHIP OF EACH GRIEVANCE COMMITTEE MUST BE REPRESENTATIVES OF THE GENERAL PUBLIC WHO ARE NOT LICENSED ATTORNEYS AND WHO DO NOT HAVE, OTHER THAN AS CONSUMERS, A FINANCIAL INTEREST IN THE PRACTICE OF LAW.
>
> (G) EACH COMMITTEE SHALL ANNUALLY SELECT ITS CHAIRPERSON. ( V.A.C.S. ART. 320A-1, SECS. 12(C), (D), (E).)

Section 81.074 provides:

> GRIEVANCE COMMITTEE POWERS AND DUTIES. (A) EACH GRIEVANCE COMMITTEE HAS THE POWERS AND DUTIES CONFERRED BY THIS CHAPTER AND THE POWERS AND DUTIES IMPOSED BY SUPREME COURT RULE AS PROVIDED BY THIS CHAPTER.
>
> (B) A GRIEVANCE COMMITTEE SHALL CONSIDER AND INVESTIGATE ANY ALLEGED GROUND FOR DISCIPLINE OR ALLEGED INCAPACITY OF ANY ATTORNEY, EITHER CALLED TO ITS ATTENTION OR ON ITS OWN MOTION, AND SHALL TAKE APPROPRIATE ACTION UNDER THE DISCIPLINARY RULES IN EFFECT.
>
> (C) EACH GRIEVANCE COMMITTEE SHALL MAINTAIN RECORDS OF ALL MATTERS PROCESSED AND THE DISPOSITION OF THOSE MATTERS. COMMITTEE RECORDS ARE CONFIDENTIAL AND ARE NOT SUBJECT TO THE OPEN RECORDS LAW.... THE FINAL ACTION OF A COMMITTEE RESULTING IN A VOTE TO PUBLICLY REPRIMAND, SUSPEND, OR SEEK DISBARMENT SHALL BE MADE PUBLIC, EXCEPT THAT THE PROCEEDINGS RESULTING IN A PRIVATE REPRIMAND REMAIN CONFIDENTIAL. THE COMMITTEE, WITH THE CONSENT OF THE ACCUSED ATTORNEY, MAY DISCLOSE FINAL ACTION THAT CLEARS THE ATTORNEY OF MISCONDUCT OR THAT FINDS NO JURISDICTION OR LACK OF PROBABLE CAUSE TO PROCEED. ALL RECORDS MUST BE FORWARDED TO THE GENERAL COUNSEL, AND THE GENERAL COUNSEL SHALL MAINTAIN A PERMANENT RECORD OF THE ACTIONS. THE PERMANENT RECORD IS PUBLIC FOR STATISTICAL PURPOSES ONLY, BUT OTHERWISE REMAINS CONFIDENTIAL AS PROVIDED BY THIS SECTION.

This places the primary authority for regulation of attorneys to practice law, not in the Board of Directors as in other states, but in each grievance committee and makes the Supreme Court of Texas an arm of each grievance committee instead of the grievance committee being an arm of the Supreme Court of Texas. Plus, the actual governance is left to the rules, which the legislature lacked at the time it enacted the legislation, meaning the chapter must be void because it does nothing to effect any purpose. No court has ever conceded that a state legislature has authority to take away from a supreme court the right to admit, disbar, or reinstate attorneys in a state, but it should be obvious and this Court must concede that the Supreme Court of Texas lacks the authority to delegate away from itself its judicial duties as fiduciaries of justice.

Legislatures should create private rights of action for all people, not excluding lawyers. Giving grievance committees carte blanche leeway to transfer any proceeding to itself to dismiss it results in a kangaroo court, not diligent exercise of a court's judicial power. And a grievance committee is not a court. For example, victims of human trafficking like myself should get to sue in court and bring their private right of action, regardless of what any grievance committee has to say about it. Victims should not lose their rights just because they are lawyers or just because the offender is a lawyer. Likewise, criminal rape cases against lawyers should not be transferred by the rapist's buddies to his local grievance committee and dismissed. No legislature and no supreme court should be permitted to delegate legislative, executive and judicial powers of which it does not have as they relate to each and every law to a grievance committee of a private corporation of lawyers for lawyers. This system was written based on a British model in which only Barristers have the ears of courts. Here is America, we are only supposed to have one class of lawyers, not two. I pose the greatest threat to the old regime

because I have completed my training as solicitor/associate and have graduated to my tenure as Barrister, at which point I get to call out the flaws of the system and complain to the court myself to hold lawyers and judges accountable for their misconduct in perpetuating an old, un-American regime in which poor victims have no voice.

It would be unconstitutional to permit grievance committees to transfer matter(s), proceeding(s) or complaint(s) from one district to another or from one committee to another within a district. A district grievance committee director must not be permitted to transfer complaints from one committee to another willy nilly. How is an accused attorney supposed to find her "case" or have any clue what she must defend herself against, before whom and where? How can she make objections when she is prevented from knowing who and what to object against?

Rule 8.01(e) of the Internal Procedural Rules of the Board of Disciplinary Appeals effective in 2013-2014 appears to provide: "Should any member of the District Disability Committee become unable to serve, the BODA chair may appoint a substitute member." BODA IPR 8.01(e). I contest the Constitutionality of delegating authority to appoint a judge and jury to the BODA chair, which evidences the Supreme Court of Texas's blatant disregard of due process and either abuse of power or exceeding its authority in violation of separation of powers.

Under the rules, "The term 'Sanction' may include the following additional ancillary requirements. a. Restitution (which may include repayment to the Client Security Fund of the State Bar of any payments made by reason of Respondent's Professional Misconduct); and b. Payment of Reasonable Attorneys' Fees and all direct expenses associated with the proceedings." Really, without limitation - that is not what the legislature intended, and the

legislature had no clue that Texas was going to use lawyers to create a "Client Security Fund" for itself to invest in litigation and fund terrorism for the state to make money.

Under Rule 2.02, Composition of Members, states:

> Each elected Director of the State Bar shall nominate, and the President of the State Bar shall appoint, the members of the Committees within the District that coincides with the Director's district, according to rules and policies adopted from time to time by the Board. Each Committee must consist of no fewer than nine members, two-thirds of whom must be attorneys licensed to practice law in the State of Texas and in good standing, and one-third of whom must be public members. All Committee panels must be composed of two-thirds attorneys and one-third public members. Each member of the Committee shall reside within or maintain his or her principal place of employment or practice within the District for which appointed. Public members may not have, other than as consumers, any financial interest, direct or indirect, in the practice of law. There may be no ex officio members of any Committee."

But attorney members do have a financial interest, direct and indirect, in making money for the "Client Security Fund," which is a direct conflict of interest. The Commission for Lawyer Discipline is a permanent committee of the State Bar of Texas and is composed of six attorney members appointed by the Bar's president and six public, non-attorney members appointed by the Supreme Court of Texas. All commissioners (i.e. members of the Commission) also have a financial interest, direct and indirect, in making money for themselves and the "Client Security Fund," which is a direct conflict of interest.

Texas thinks "the geographical constraints imposed by article V, section 7 of the Texas Constitution and section 74.094(e) of the Texas Government Code do not apply in a disciplinary proceeding." *Acevedo v. Comm'n for Lawyer Discipline*, 131 S.W.3d 99, 104 (Tex. App. San Antonio 2004). Says who? Why? Do you mean subject matter Jurisdiction, because that is a requirement for all courts under Article III for purposes of there being a case or controversy, and Texas cannot exempt itself from the requirement that there must be a case or controversy in order

for there to be a disciplinary proceeding as if the State of Texas had free reign to stalk lawyers even when no client or uninterested person complained about their legal services. Such investigation and terrorism, including wire-tapping my phone, violates my right to privacy and state and federal laws governing wiretapping.

The Texas Government Code at Tex. Gov't Code § 74.094, which is unconstitutional, provides:

> (a) A district or statutory county court judge may hear and determine a matter pending in any district or statutory county court in the county regardless of whether the matter is preliminary or final or whether there is a judgment in the matter. The judge may sign a judgment or order in any of the courts regardless of whether the case is transferred. The judgment, order, or action is valid and binding as if the case were pending in the court of the judge who acts in the matter. The authority of this subsection applies to an active, former, or retired judge assigned to a court having jurisdiction as provided by Subchapter C.
> (b) The judges shall try any case and hear any proceeding as assigned by the local administrative judge.
> (c) The clerk shall file, docket, transfer, and assign the cases as directed by the local administrative judge in accordance with the local rules.
> (d) Judges of district courts and statutory county courts may serve as masters and magistrates of courts, other than their own, subject to other provisions of law and court rules.
> (e) A judge who has jurisdiction over a suit pending in one county may, unless objected to by any party, conduct any of the judicial proceedings except the trial on the merits in a different county.
> (f) A pretrial judge assigned to hear pretrial matters in related cases under Rule 11, Texas Rules of Judicial Administration, may hold pretrial proceedings and hearings on pretrial matters for a case to which the judge has been assigned in:
> (1) the county in which the case is pending; or
> (2) a county in which there is pending a related case to which the pretrial judge has been assigned.

Texas courts have to tell me where my "case" is in order for me to defend myself against it, even prior to filing. The State Bar of Texas should not have all the power of the Department of Homeland Security to spy on everyone as if every lawyer was a potential terrorist about to blow the coverup of the tyrannical regime.

Past disciplinary decisions show a trend that each disciplinary member's law firm had a client who harbored animus against the attorney, like Leslie Ware's attorney Angie Bain, who represents billionaire client of McKool Smith P.C., harbors animus against me because Les Ware is paying her to vote against me, and like Jason Friedman, Larry Friedman's son, has clients Leslie Ware and Phil Smith who harbor animus against me. Every member is being paid to vote against me.

The right to practice law in the state courts has not traditionally been a privilege or immunity of a citizen of the United States; it has been considered a property right to reserve to the states the right to control and regulate the granting of license to practice law in the courts of the state. However, that cannot be right because citizens have the right to participate in their government and defend against their own safety from domestic terrorism funded by a state. The Law, like every other branch of government, must be governed and controlled by the citizenship of the United States, for the people - by the people, for the people - not by the state, for the state. This is not a military dictatorship and that means Texas cannot create a new form of government through its Supreme Court.

The State Bar Act and other laws violate my fundamental rights, including my right to privacy, my right to vote, my rights guaranteed by the First Amendment, my rights guaranteed by the Bill of Rights, my right to procreate, and my right to interstate travel. The administrative remedies are a misrepresentation because no remedies are provided to the accused lawyer. The system fails to provide any relief sought, and thus the common law remedy is still available and should be revived in full form.

## XII. ATTORNEY FEES

As a result of Named Defendants wrongful conduct, Plaintiff Chelsea L. Davis, the attorney Texas Bar No. 24059652, has been required to work alone, without any assistance and without a mediator or arbitrator, from 2013 to present to bring this lawsuit. Accordingly, Chelsea L. Davis, the attorney Texas Bar No. 24059652 (and no other attorney) is entitled to receive attorney fees and three times attorney fees.

## XIII. DAMAGES

As a proximate result of each of Named Defendants' conduct, Chelsea Davis suffered damages. I seek up to and over $1,000,000 in monetary damages. Chelsea Davis suffered: loss of earnings in the past; loss of earnings in the future; and loss of employee entitled benefits. I contracted an incurable sexually transmitted disease, the Human Papilloma Virus, which is of the DNA type which is known to cause cervical cancer with 100% certainty such that I must have the pre-cancerous portions and likely all of my cervix removed, which prevents me from having children and someday becoming a mother. For purposes of an award of exemplary damages based on malice, the wrongful acts of Named Defendants were done maliciously, oppressively, and with the intent to harm Chelsea Davis. She is therefore entitled to exemplary damages appropriate to punish and set an example of each of Named Defendants. For purposes of an award of exemplary damages, a person can reasonably anticipate that one or more acts or omissions complained of herein involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others that is substantially certain to result from, for example, sexual assault; and the named defendant had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of others. Chelsea Davis is therefore entitled to exemplary damages appropriate to punish and set

an example of each of Named Defendants.

I seek the "relief" and remedies available for employment discrimination, whether caused by intentional acts or by practices that have a discriminatory effect or other cause, that will make me “whole” (in the condition I would have been in but for the discrimination, which started on or before April 2010):

- back pay,
- hiring,
- promotion,
- reinstatement,
- front pay,
- reasonable accommodation, and
- other actions that will make me “whole” (in the condition I would have been in but for the discrimination, which started on or before April 2010).
- my attorney fees for myself,
- expert witness fees for myself as an expert witness, and
- court costs.

I also seek compensatory and punitive damages also available where, as here, intentional discrimination is found. Damages must be made available to compensate me for actual monetary losses and for mental anguish and inconvenience. Punitive damages are available because my Common Employer acted with malice or reckless indifference.

In cases concerning reasonable accommodation under the ADA, compensatory or punitive damages because my Common Employer cannot demonstrate that “good faith” efforts

were made to provide reasonable accommodation.

## XIV. NOTICES AND INJUNCTIONS

I demand my Common Employer to post notices to all lawyers addressing its violations of my rights and advising them of their rights under the laws to sue Texas and the Supreme Court of Texas if they are a victim of Leslie Ware or Samuel Baxter and were mistreated and conspired against by Texas and the Supreme Court of Texas. Such notices must be accessible, as needed, to persons with visual or other disabilities that affect reading.

I demand my Common Employer to take corrective or preventive actions to cure the source of the identified discrimination and minimize the chance of its recurrence, as well as discontinue the specific discriminatory practices involved herein.

## XV. PRAYER

I, Chelsea Davis, pray for leave to exceed page limits, file documents, extensions of time and that: Texas and Supreme Court of Texas be cited to appear, to produce documents, and to specifically answer this complaint individually and jointly, that judgment be entered for Chelsea Davis against Texas and Supreme Court of Texas and the Common Employer for an award of monetary damages, actual, punitive, and exemplary damages, etc., for liability for trafficking of persons and named causes of action, Chelsea Davis be awarded judgment in a monetary amount of damages sufficient to punish Texas and Supreme Court of Texas and the Common Employer for its wrongful conduct up to $1,000,000 and over $1,000,000, Chelsea Davis be awarded pre-judgment interest at the maximum rate allowable by law, Chelsea Davis be awarded a judgment, Chelsea Davis be awarded a judgment for all costs of court incurred by Chelsea Davis, including filing fees, clerk fees and service fees, and court reporter fees, Chelsea Davis be

granted judgment for post-judgment interest until the total amount of judgments are paid, and Chelsea Davis demands judgment for other relief to which Chelsea Davis deems herself entitled herein in this document ALL TO MAKE ME WHOLE - MEANING GIVE ME MONEY AND DO NOT TAKE IT BACK AND GRANT AN INJUNCTION AGAINST THE STATE OF TEXAS, prohibiting it from enforcing its laws recited herein as unconstitutional. I seek a pardon for myself to be granted immunity and restored my civil rights.

WHEREFORE, PREMISES CONSIDERED, Chelsea L. Davis prays that judgment, upon motion or otherwise, be entered for Chelsea L. Davis against Named Defendants for damages to which Chelsea L. Davis is entitled pursuant to this Complaint, and any amendment(s) and attachments hereto, including but not limited to back pay, loss of earnings in the past, and statutory relief at law, and equity; damages in an amount within the jurisdictional limits of this Court, compensatory damages for pain and mental suffering in the past, job search related expenses, lost wages, lost benefits, mental anguish, humiliation, embarrassment, and loss of enjoyment of life.

WHEREFORE, PREMISES CONSIDERED, I pray that each of Named Defendants be cited to appear and answer, that judgment(s) be entered for me against each or one or more of Named Defendants for liability for each or one or more causes of action; and judgment(s) be entered for me against each of Named Defendants for damages in an amount within the jurisdictional limits of this Court, for prejudgment interest to compensate me for the lost use of the money in a damages award during the time lapse between the accrual of each cause of action and the date of the judgment on the cause of action at the maximum rate allowable by law, for postjudgment interest to compensate me for the lost use of the money in a damages award that

accrues from the date the judgment is signed until the date the judgment is satisfied at the legal rate, court costs, including clerk fees and service fees, court reporter fees, and other costs permitted by law, and such other and further relief, at law or in equity, to which I deem myself justly entitled.

## XVI. DEMAND FOR JURY TRIAL

Chelsea Davis demands a jury trial.

Dated: May 11, 2015

Respectfully submitted,

/s/Chelsea L. Davis
Chelsea L. Davis, *Pro-Se*
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

## CERTIFICATE OF ATTORNEY

I certify that all facts alleged which are within my personal knowledge are true and correct, and I reserve my right to amend this Complaint in accordance with Local Rules, the Federal Rules of Civil Procedure and other state and federal laws. I further certify that this complaint has merit and does not violate any rules governing professional ethics.

/s/Chelsea L. Davis
Chelsea L. Davis, *Pro-Se*

Trevor R. Jefferies
Arnold & Porter LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: +1 713-576-2403
Cell Phone: +1 713-530-8243
trevor.jefferies@aporter.com
ATTORNEY FOR JAMES CHANOS

Vanessa Griffith
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Tel +1.214.220.7713
Fax +1.214.999.7713
E-mail vgriffith@velaw.com
ATTORNEY FOR CLINT CARLSON

Jamie McKey
Kendall Law Group
jmckey@kendalllawgroup.com
ATTORNEY FOR LEON COOPERMAN

Levi G. McCathern, II
McCathern, PLLC
3710 Rawlins St., Suite 1600
Dallas, Texas 75219
214.741.2662 Office
214.741.4717 Fax
lmccathern@mccathernlaw.com
ATTORNEY FOR STEPHEN JONES

Lewis T. Stevens
TX24031366
131 East Exchange Ave., No. 204
Fort Worth, TX 76164
T-817-332-4466
F-817-332-4476
lstevens@lstevenslaw.com
ATTORNEY FOR CHAD BUSHAW

J. Robert Miller Jr.
TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com
400 South Ervay Street
Dallas, Texas 75201-5513
(214) 748-7600
FAX: (214) 204-9134
ATTORNEY FOR LESLIE D. WARE

ANGIE BAIN

TX BAR NO. 01546650
Goranson Bain PLLC
8350 N. Central Expressway
Suite 1700
Dallas, TX 75206
214.373.7676
Fax: 214.373.9959

KEN STONE
TX BAR NO. 19296300
JAMIE RIBMAN
Gray Reed & McGraw P.C.
1601 Elm Street, Suite 4600
Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com
jribman@lrmlaw.com
ATTORNEY FOR HARLAN R. CROW

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza
901 Main St Ste 3400
Dallas, TX 75202
Phone: 214-939-2007
FAX: 214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com
ATTORNEYS FOR McKOOL SMITH P.C.

Brian M. Lidji - Ware/Baxter settlement counsel
Lidji Dorey & Hooper
500 N. Akard
Suite 3500
Dallas, TX 75201
Direct 214-774-1220

Fax 214.774.1212
blidji@ldhlaw.com
ATTORNEY FOR LESLIE D. WARE AND SAMUEL F. BAXTER

Angeline L. Bain
Goranson Bain, PLLC
8350 N. Central Expy, Ste.1700
Dallas, TX 75206
P 214.373.7676
F 214.373.9959
abain@gbfamilylaw.com
ATTORNEY FOR LESLIE D. WARE

Ross Wells
Abernathy, Roeder, Boyd & Joplin, P.C.
1700 Redbud Boulevard, Suite 300
McKinney, TX 75069
Phone: (214) 544-4000
Fax: (214) 544-4040
rwells@abernathy-law.com
ATTORNEY FOR SAMUEL F. BAXTER

Jeff Hall
2200 Ross Avenue Suite 5350
Dallas, TX 75201
214-658-6513
jthallesq@gmail.com
TX BAR NO. 00787622
ATTORNEY FOR LESLIE D. WARE

Veronica S. Lewis, SBN 24000092
v lewis@gibsondunn.com
William B. Dawson, SBN 05606300
wdawson@gibsondunn.com
Benjamin D. Williams, SBN 24072517
bwilliams@gibsondunn.com
Gibson Dunn
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Tel: +1 214.698.3100
Fax: +1 214.571.2900
ATTORNEYS FOR LESLIE D. WARE

CHARLES “Chuck” HERRING Jr.

Texas Bar No. 09534100
1411 West Avenue, Ste 100
Austin, TX 78701
Tel: 512-320-0665
cherring@herring-irwin.com
ATTORNEY FOR MCKOOL SMITH P.C.

Lawrence J. Friedman
State Bar No. 07469300
5301 Spring Valley, Suite 200
Dallas, Texas 75254
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)
lfriedman@fflawoffice.com

George Lamb
Baker Botts LLP
2001 Ross Ave. Ste. 600
Dallas, TX 75201
Fax (214) 661-4659
george.lamb@bakerbotts.com
ATTORNEY FOR C. RODERICK PHELAN

TANGERINE™

## Re: 5:30pm?

1 message

**Harlan Crow** <HCrow@crowholdings.com> Wed, Dec 22, 2010 at 10:27 PM
To: "texaspatent@gmail.com" <texaspatent@gmail.com>

I like your legs and your clothes off, let me know if you whant more, harder, more in you and and on you , travel and wiLder! Like a group fuck with private photos. I want more of you soon, let's stay in touch
-----Original Message-----
To: TexasPatent
Subject: Re: 5:30pm?
Sent: Dec 22, 2010 1:43 AM

Do you want to come by here and have a fuck while everybody is here, now?

-----Original Message-----
From: TexasPatent
To: Harlan Crow
Subject: 5:30pm?
Sent: Dec 20, 2010 4:35 PM

Harlan, will you be available around 5:30pm?

Thanks!

=======
E-MAIL CONFIDENTIALITY
=======

This message is for the intended recipient only. It may contain confidential, proprietary or protected information. If you are not the intended recipient of this message, you are prohibited from reviewing, disclosing, printing, copying or disseminating this message. If you receive this message in error, please immediately notify the sender by return e-mail, delete the message from your system and destroy all copies. Unauthorized interception of this e-mail is
prohibited. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. Please virus check all emails and attachments to prevent widespread contamination and corruption of files and operating systems.

By sending this e-mail, the sender does not consent to conduct any transactions that may be the subject of this e-mail by electronic means. Any consent must be separately and expressly obtained in writing from an authorized representative of Crow Holdings. Any views expressed in this message are those of the individual sender, except where the message states otherwise. Please be aware that we may monitor all e-mail communication through our networks.

IRS Circular 230 Required Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

TANGERINE™

Chelsea Davis <cdavis@chelseadavispc.com>

## Re: 5:30pm?

1 message

**Harlan Crow** <HCrow@crowholdings.com> Wed, Dec 22, 2010 at 1:43 AM
To: "texaspatent@gmail.com" <texaspatent@gmail.com>

Do you want to come by here and have a fuck while everybody is here, now?
-----Original Message-----
From: TexasPatent
To: Harlan Crow
Subject: 5:30pm?
Sent: Dec 20, 2010 4:35 PM

Harlan, will you be available around 5:30pm?

Thanks!

=======
E-MAIL CONFIDENTIALITY
=======

This message is for the intended recipient only. It may contain confidential, proprietary or protected information. If you are not the intended recipient of this message, you are prohibited from reviewing, disclosing, printing, copying or disseminating this message. If you receive this message in error, please immediately notify the sender by return e-mail, delete the message from your system and destroy all copies. Unauthorized interception of this e-mail is
prohibited. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. Please virus check all emails and attachments to prevent widespread contamination and corruption of files and operating systems.

By sending this e-mail, the sender does not consent to conduct any transactions that may be the subject of this e-mail by electronic means. Any consent must be separately and expressly obtained in writing from an authorized representative of Crow Holdings. Any views expressed in this message are those of the individual sender, except where the message states otherwise. Please be aware that we may monitor all e-mail communication through our networks.

IRS Circular 230 Required Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

TANGERINE™

## Re: 5:30pm?

**Harlan Crow** <HCrow@crowholdings.com> Wed, Dec 22, 2010 at 1:55 AM
To: "texaspatent@gmail.com" <texaspatent@gmail.com>

Or do you want to get fucked another time by the guy you are fucking now and have a fresh dick in you at around 10:00 am. I'd prefer we do it here now, my dick is hard and for you to come in quietly while everybody, including security, is here, get nude ,do it, would be fun. There are plenty of dicks around for you and plenty of pussy for me but this would be risky and erotic

----- Original Message -----
From: Harlan Crow
Sent: Wednesday, December 22, 2010 01:43 AM
To: 'texaspatent@gmail.com' <texaspatent@gmail.com>
Subject: Re: 5:30pm?

Do you want to come by here and have a fuck while everybody is here, now?
-----Original Message-----
From: TexasPatent
To: Harlan Crow
Subject: 5:30pm?
Sent: Dec 20, 2010 4:35 PM

Harlan, will you be available around 5:30pm?

Thanks!

=======
E-MAIL CONFIDENTIALITY
=======

This message is for the intended recipient only. It may contain confidential, proprietary or protected information. If you are not the intended recipient of this message, you are prohibited from reviewing, disclosing, printing, copying or disseminating this message. If you receive this message in error, please immediately notify the sender by return e-mail, delete the message from your system and destroy all copies. Unauthorized interception of this e-mail is
prohibited. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. Please virus check all emails and attachments to prevent widespread contamination and corruption of files and operating systems.

By sending this e-mail, the sender does not consent to conduct any transactions that may be the subject of this e-mail by electronic means. Any consent must be separately and expressly obtained in writing from an authorized representative of Crow Holdings. Any views expressed in this message are those of the individual sender, except where the message states otherwise. Please be aware that we may monitor all e-mail communication through our networks.

IRS Circular 230 Required Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written

TANGERINE™

Chelsea Davis <cdavis@chelseadavispa.com>

## RE: Of course

1 message

**Harlan Crow** <HCrow@crowholdings.com> Thu, Jan 6, 2011 at 9:33 PM
To: TexasPatent <texaspatent@gmail.com>

Tried to call you< got no response.would like to fuck you in and with abunch of pppppppeople soon

-----Original Message-----
From: TexasPatent [mailto:texaspatent@gmail.com]
Sent: Thursday, January 06, 2011 9:26 PM
To: Harlan Crow
Subject: Of course

Hi Mr. Night Owl!
I was home sick with a stomach flu on Tuesday and Wednesday, but I should be well by tomorrow. I know I was still contagious last night.
Talk to you soon!

--
Sent from my mobile device

=======
E-MAIL CONFIDENTIALITY
=======

This message is for the intended recipient only. It may contain confidential, proprietary or protected information. If you are not the intended recipient of this message, you are prohibited from reviewing, disclosing, printing, copying or disseminating this message. If you receive this message in error, please immediately notify the sender by return e-mail, delete the message from your system and destroy all copies. Unauthorized interception of this e-mail is
prohibited. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. Please virus check all emails and attachments to prevent widespread contamination and corruption of files and operating systems.

By sending this e-mail, the sender does not consent to conduct any transactions that may be the subject of this e-mail by electronic means. Any consent must be separately and expressly obtained in writing from an authorized representative of Crow Holdings. Any views expressed in this message are those of the individual sender, except where the message states otherwise. Please be aware that we may monitor all e-mail communication through our networks.

IRS Circular 230 Required Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

TANGERINE™

## RE: Of course

**Harlan Crow** <HCrow@crowholdings.com> Thu, Jan 6, 2011 at 9:45 PM
To: TexasPatent <texaspatent@gmail.com>

Can we fuck and travel and fuck soon? I want to fuck friday

-----Original Message-----
From: TexasPatent [mailto:texaspatent@gmail.com]
Sent: Thursday, January 06, 2011 9:26 PM
To: Harlan Crow
Subject: Of course

Hi Mr. Night Owl!
I was home sick with a stomach flu on Tuesday and Wednesday, but I should be well by tomorrow. I know I was still contagious last night.
Talk to you soon!

--
Sent from my mobile device

=======
E-MAIL CONFIDENTIALITY
=======

This message is for the intended recipient only. It may contain confidential, proprietary or protected information. If you are not the intended recipient of this message, you are prohibited from reviewing, disclosing, printing, copying or disseminating this message. If you receive this message in error, please immediately notify the sender by return e-mail, delete the message from your system and destroy all copies. Unauthorized interception of this e-mail is
prohibited. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. Please virus check all emails and attachments to prevent widespread contamination and corruption of files and operating systems.

By sending this e-mail, the sender does not consent to conduct any transactions that may be the subject of this e-mail by electronic means. Any consent must be separately and expressly obtained in writing from an authorized representative of Crow Holdings. Any views expressed in this message are those of the individual sender, except where the message states otherwise. Please be aware that we may monitor all e-mail communication through our networks.

IRS Circular 230 Required Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.



**Bond #: 201416251**
**Posted: 10/17/2014**

**2500.00 Cash Bond Out of County/All Other Municipalities**
**Status: Posted 10/17/2014**

Name **Davis, Chelsea Lynn**
Alias **Davis, Chelsea L; Davis, Chelsea L,**
SO # **325249**
DL #

Address **25 Highland Park Vlg**
**Ste 100-830**
**Dallas, TX 75205**
Desc **White Female 5' 4" 100 lbs**
Hair **Blond or Strawberry**
Eyes **Brown**

Book # **2014-BK-16195**
Arresting Agency **Collin County Sheriff's Office**

Booked **10/17/2014**
Released **10/17/2014**
Facility

| Code | Offense | Offense Date | Bond Amt |
|---|---|---|---|
| 50050003 | CONTEMPT OF CHILD SUPPORT ORDER | | 2500.00 |