AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

for the

District of Delaware

2015 MAY 11 PM 3:40

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Chelsea L. Davis
*Plaintiff/Petitioner*

v.

State of Texas et al
*Defendant/Respondent*

Civil Action No. 15-377

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: Chelsea L. Davis

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 5/6/2015

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ Ø | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ |
| Income from real property *(such as rental income)* | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 250. | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability *(such as social security, insurance payments)* | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance *(such as welfare)* | $ 0 | $ | $ 0 | $ |
| Other *(specify)*: | $ 0 | $ | $ 0 | $ |
| **Total monthly income:** | $ 25 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| Self | 2068 MeadowView Dr | Current | $ 100.00 |
| | Princeton, TX 75407 | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ Ø

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| **Financial institution** | **Type of account** | **Amount you have** | **Amount your spouse has** |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| **Assets owned by you or your spouse** | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #*1* *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #*2* *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

Each name below refuses to pay me, which is why I have to sue them.

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| **Person owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| Leslie Ware and assoc. entities | $ 3,196,187.80 | $ N/A |
| | $ +684,975.00 +++ | $ |
| Jean Pigozzi, Limoland USA, KD Wave Ltd. | $ 43,178.76 | $ |

7. State the persons who rely on you or your spouse for support.

| **Name** (or, if under 18, initials only) | **Relationship** | **Age** |
|---|---|---|
| | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ❒ Yes ❒ No<br>Is property insurance included? ❒ Yes ❒ No | $ 250 +/- | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 800 +/- | $ |
| Home maintenance *(repairs and upkeep)* | $ 250 +/- | $ |
| Food | $ 800 +/- | $ |
| Clothing | $ 250 +/- | $ |
| Laundry and dry-cleaning | $ 50 +/- | $ |
| Medical and dental expenses | $ 1500 +/- | $ |
| Transportation *(not including motor vehicle payments)* | $ 400 +/- | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 250 +/- | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ 100 +/- | $ |
| Life: | $ 100 +/- | $ |
| Health: | $ 400 +/- | $ |
| Motor vehicle: | $ 100 +/- | $ |
| Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ 20 +/- | $ |
| Installment payments | | |
| Motor vehicle: | $ | $ |
| Credit card *(name)*: American Express | $ 100 +/- | $ |
| Department store *(name)*: | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* Legal Research and Postage and Filing Fees | $ 500 +/- | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ +/- 5,87 **0.00** | $ **0.00** |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? My expenses fluctuate.

☐ Yes ☒ No If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☒ Yes ☐ No

If yes, how much? $ 25,000 + (As much as I can borrow.)

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

I have no money and cannot be expected to pay money that I do not have. I have excellent credit.

12. Identify the city and state of your legal residence.

Princeton, TX OR Newark, DE OR Homeless OR Wake Forest, NC

Your daytime phone number: 469-426-5850

Your age: 33 Your years of schooling: High School + 4-yr College + 3-yr Law School

# UNITED STATES DISTRICT COURT

for the District of Delaware

Chelsea L. Davis
*Plaintiff*
v.
Mckool Smith PC et al
*Defendant*

Civil Action No. 1:15-CV-341

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Chelsea L. Davis (TX Bar No. 24059652)/ State Bar of Texas
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: For limited purpose of abatement and judicial pardon, All documents relating to the State Bar of Texas, plus two copies, formatted to meet Texas Rules of Appellate procedure, Federal Rules of Civil Procedure and Federal Rules of Appellate Procedure, Rules of Appellate Procedure plus Texas Rules of Civil Procedure Internal Procedural Rules and Local Rules.

| Place: J. Caleb Boggs Federal Building, 844 N. King St. Unit 18, Wilmington DE 19801-3570 by electronic filing | Date and Time: 5/12/2015 10:00am CST |
|---|---|

☒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: 400 New London Rd. Newark, DE 19711 | Date and Time: 5/12/2015 10:00am CST |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/12/2015

*CLERK OF COURT*

_______________________ OR Chelsea L. Davis

*Signature of Clerk or Deputy Clerk* *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* 469-426-5850, who issues or requests this subpoena, are:

Chelsea L. Davis, 400 New London Rd, Newark DE 19711, cdavis@chelseadavispc.com

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).