AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* State Bar of Texas
on *(date)* 5/12/2015 .

☒ I served the subpoena by delivering a copy to the named person as follows: Clerk, Amos Mazzant Submitting "electronic filing" in the United States District Court for the Eastern District of Texas on *(date)* 5/12/2015 ; or

❐ I returned the subpoena unexecuted because:
.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/12/2015

Chelsea L. Davis
*Server's signature*

Chelsea L. Davis, Officer of the Court and of the United States
*Printed name and title*

Physical: 401 New London Rd.
Newark, DE 19711

Mailing: 25 Highland Park Vlg. Ste 100-830
Dallas, TX 75205

Additional inf

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: State Bar of Texas
Linda Acevedo, John Sirman, and Susan Farris
Chief Disciplinary Counsel
PO BOX 12487
Austin, TX 78711-2487

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Chelsea L. Davis ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Chelsea L. Davis C. Date of Delivery 5/1/2015

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
400 New London Rd.
Newark, DE 19711

RECEIVED 050115 SBOT MAILCENTER

3. Service Type
☒ Certified Mail ☒ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
(Transfer from service label) 7013 1630 0000 3725 9251

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540