CHELSEA DAVIS EXHIBIT A.1.1



CHELSEA DAVIS EXHIBIT A.1.2



CHELSEA DAVIS EXHIBIT A.1.3



CHELSEA DAVIS EXHIBIT A.1.4



CHELSEA DAVIS EXHIBIT A.1.5



CHELSEA DAVIS EXHIBIT A.1.6

