**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

Chelsea L. Davis

v.

McKool Smith P.C., State Bar of Texas, Baker Botts LLP, Asarco LLC, Leslie D. Ware, PanOptis LLP, Harlan R. Crow, Crow Holdings Capital Partners LLC, Samuel F. Baxter, Mark Werbner, Sayles Werbner P.C., C. Roderick Phelan, Lawrence J. Friedman, Chief Disciplinary Counsel Linda Acevedo, Robin Case, Ben Selman, Susan Farris, Edgar Nace, Jaye Crowder, Eric Aguilar, Dallas County, Collin County, Travis County, The Town of Highland Park, The Town of Addison, Texas Health Presbyterian Hospital Dallas, Southern Methodist University, Angeline Bain, Brian Lidji, Emily Tobolowsky, Jill Willis, Pershing Square Capital Management LP, Hayman Capital Management LP, Carlson Capital LP, Kynikos Associates LP, Omega Advisors Inc., Colt Ventures, and Dallas Cowboys Football Club, Ltd.

**NO. 1:15-cv-341**

**JURY TRIAL DEMANDED**

**OBJECTION TO MAGISTRATE JUDGE OF A DISTRICT COURT**

**PETITION FOR UNITED STATES DISTRICT COURT OUTSIDE OF TEXAS SITTING EN BANC**

**<u>NOTICE OF ABATEMENT OF DISCIPLINARY INVESTIGATIONS IN TEXAS</u>**

I, Chelsea L. Davis (hereinafter referred to as "Chelsea", "Chelsea Davis" or in the first person), hereby submit this NOTICE OF ABATEMENT OF CERTAIN DISCIPLINARY INVESTIGATIONS IN TEXAS, which may or may not have been filed, deemed unfiled or non-filed, removed from state court, consolidated, transferred as between the United States District Court for the Northern District of Texas, the United States District Court for the Eastern

District of Texas, and the Board of Disciplinary Appeals, remanded and/or noticed/"appealed" to the extent such investigations are ongoing at the direction of a person fabricated at the following addresses:

*Appearing As If In the United States District Court for the Northern District of Texas*

1. *Davis v. Ackman et al,* 3:13-cv-04973
2. *Davis v. McKool Smith PC et al,* 3:13-cv-04926
3. *Davis v. McKool Smith PC et al,* 3:14-cv-00056
4. *Davis v. McKool Smith PC et al,* 3:14-cv-03962
5. *Ware,* 3:14-xc-03963
6. *McKool Smith PC v. Davis*, 3:14-cv-03975
7. *Davis v. McKool Smith PC et al,* 3:14-cv-04190
8. *Davis v. McKool Smith PC*, 3:15-cv-00437
9. *Davis v. Southern Methodist University et al,* 3:15-cv-00488
10. *Davis v. Crow*, 3:15-cv-00493
11. *Davis v. Ware et al*, 3:15-cv-00495
12. *Davis v. Ware*, 3:15-cv-00524

*Appearing As If In the United States District Court for the Eastern District of Texas*

13. *Davis v. Baxter*, 4:13-cv-00514 (dated 09/09/13)
14. *Davis v. McKool Smith P.C. et al*, 4:14-cv-00754 (dated 11/19/14)
15. *Davis v. GECESP Associates LLC,* 2:14-cv-01065 (dated 11/21/14)
16. *Davis v. Supreme Court of Texa*s, 4:15-cv-00082 (dated 02/04/15)
17. *Davis v. Ware,* 4:15-cv-00144 (dated 02/23/15)
18. *Davis v. Ware*, 4:15-mc-00005 (dated 02/23/15)

Dated: May 12, 2015

Respectfully submitted,

/s/Chelsea L. Davis
Chelsea L. Davis, *Pro-Se*
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

## CERTIFICATE OF SERVICE

Because I am pro-se, I certify that service of this notice is not required. However, as a courtesy, I serve the following counsel listed below by email on this date to:

> trevor.jefferies@aporter.com, vgriffith@velaw.com, jmckey@kendalllawgroup.com, lmccathern@mccathernlaw.com, lstevens@lstevenslaw.com, rmiller@miller-brown.com, cmadden@miller-brown.com, kstone@grayreed.com, jribman@lrmlaw.com, don.colleluori@figdav.com, erin.dwyer@figdav.com, blidji@ldhlaw.com, abain@gbfamilylaw.com, rwells@abernathy-law.com, jthallesq@gmail.com, vlewis@gibsondunn.com, wdawson@gibsondunn.com, bwilliams@gibsondunn.com, cherring@herring-irwin.com, lfriedman@fflawoffice.com, george.lamb@bakerbotts.com

and by email to the State Bar of Texas at john.sirman@texasbar.com, Linda Acevedo at linda.acevedo@texasbar.com, Susan Farris at susan.farris@texasbar.com, and Ben Selman at selman@namanhowell.com.

Dated: May 12, 2015

/s/Chelsea L. Davis
Chelsea L. Davis, *Pro-Se*

Trevor R. Jefferies
TX Bar No. 00790963
Arnold & Porter LLP
700 Louisiana Street, Suite 1600, Houston, Texas 77002
Telephone: +1 713-576-2403
Cell Phone: +1 713-530-8243
trevor.jefferies@aporter.com
ATTORNEY FOR JAMES CHANOS

Vanessa Griffith
TX Bar No. 00790469
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700, Dallas, TX 75201-2975
Tel +1.214.220.7713
Fax +1.214.999.7713
vgriffith@velaw.com
ATTORNEY FOR CLINT CARLSON

Jamie McKey
TX Bar No. 24045262
Kendall Law Group
3232 McKinney Ave Ste 700, Dallas, TX 75204
Tel: 214-744-3000
jmckey@kendalllawgroup.com
ATTORNEY FOR LEON COOPERMAN

Levi G. McCathern, II
TX Bar No. 00787990
McCathern, PLLC
3710 Rawlins St., Suite 1600, Dallas, Texas 75219
Tel: 214.741.2662
Fax: 214.741.4717
lmccathern@mccathernlaw.com
ATTORNEY FOR STEPHEN JONES

Lewis T. Stevens
TX Bar No. 24031366
131 East Exchange Ave., No. 204, Fort Worth, TX 76164
Tel: 817-332-4466
Fax: 817-332-4476
lstevens@lstevenslaw.com
ATTORNEY FOR CHAD BUSHAW

J. Robert Miller Jr.
TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com
400 South Ervay Street, Dallas, Texas 75201-5513
Tel: (214) 748-7600
Fax: (214) 204-9134
ATTORNEY FOR LESLIE D. WARE

KEN STONE
TX BAR NO. 19296300
James Wyatt “JAMIE” RIBMAN
TX Bar No. 00797762
Gray Reed & McGraw P.C., 1601 Elm Street, Suite 4600, Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com
jribman@lrmlaw.com
ATTORNEY FOR HARLAN R. CROW

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza, 901 Main St Ste 3400, Dallas, TX  75202
Phone: 214-939-2007

FAX:  214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com
ATTORNEYS FOR McKOOL SMITH P.C.

Brian M. Lidji
Lidji Dorey & Hooper or Lidji & Dorey
500 N. Akard, Suite 3500, Dallas, TX 75201
Tel: 214-774-1220
Fax: 214-774-1212
blidji@ldhlaw.com
ATTORNEY FOR LESLIE D. WARE AND SAMUEL F. BAXTER

Angeline L. Bain
TX BAR NO. 01546650
Goranson Bain, PLLC, 8350 N. Central Expy, Ste.1700, Dallas, TX 75206
P 214.373.7676
F 214.373.9959
abain@gbfamilylaw.com
ATTORNEY FOR LESLIE D. WARE

Ross Quentin Wells
TX Bar No. 24047087
Abernathy, Roeder, Boyd & Joplin, P.C. or Abernathy Roeder Boyd & Hullett PC
1700 Redbud Boulevard, Suite 300, McKinney, TX 75069
Phone: (214) 544-4000
Fax: (214) 544-4040
rwells@abernathy-law.com
ATTORNEY FOR SAMUEL F. BAXTER

Jeff Hall
TX BAR NO. 00787622
1717 McKinney Avenue, Suite 700, Dallas, TX 75202
Tel: 214-593-6446
Fax: 214-593-6410
jthallesq@gmail.com
ATTORNEY FOR LESLIE D. WARE

Veronica S. Lewis, Texas Bar No. 24000092
v lewis@gibsondunn.com
William B. Dawson, Texas Bar No. 05606300
wdawson@gibsondunn.com
Benjamin D. Williams, Texas Bar No. 24072517
bwilliams@gibsondunn.com
Gibson Dunn, 2100 McKinney Avenue, Suite 1100, Dallas, TX 75201-6912

Tel: +1 214.698.3100
Fax: +1 214.571.2900
ATTORNEYS FOR LESLIE D. WARE

CHARLES "Chuck" HERRING Jr.
Texas Bar No. 09534100
1411 West Avenue, Ste 100, Austin, TX 78701
Tel: 512-320-0665
Fax: 512-519-7580
cherring@herring-irwin.com
ATTORNEY FOR MCKOOL SMITH P.C.

Lawrence J. Friedman
Texas Bar No. 07469300
5301 Spring Valley, Suite 200, Dallas, Texas 75254
Tel: (972) 788-1400
Fax: (972) 788-2667
lfriedman@fflawoffice.com

George C. Lamb III
Texas Bar No. 11836700
Baker Botts LLP, 2001 Ross Ave. Ste. 600, Dallas, TX 75201
Tel: 214-953-6659
Fax: 214-661-4659
george.lamb@bakerbotts.com
ATTORNEY FOR C. RODERICK PHELAN II