# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 11 2015

DAVID J. MALAND, CLERK
BY
DEPUTY

No. 15-40637

4:15cv82

CHELSEA L. DAVIS,

Plaintiff - Appellant

v.

SUPREME COURT OF TEXAS,

Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Texas, Sherman

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of June 10, 2015, for want of prosecution. The appellant failed to timely pay the docketing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Jim deMontluzin

By: ________________________
James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

UNITED STATES COURT OF APPEALS · FIFTH JUDICIAL CIRCUIT

**A True Copy**
**Certified order issued Jun 10, 2015**

Lyle W. Cayce
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 10, 2015

Mr. David Maland
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

No. 15-40637 Chelsea Davis v. Supreme Court of Texas
USDC No. 4:15-CV-82

Dear Mr. Maland,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Jim deMontluzin
James deMontluzin, Deputy Clerk
504-310-7679

cc w/encl: Ms. Chelsea L. Davis